

FILED
CLERK, U.S. DISTRICT COURT

7/24/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___DD___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>MOHAMAD YASSIN ALCHARIHI,<br>DEFENDANT(S) | CASE NUMBER<br>CR No.  2:20-cr-00307-MWF<br><br>**NOTICE TO COURT OF**<br>**RELATED CIVIL FORFEITURE CASE**<br><br>(PURSUANT TO GENERAL ORDER 19-03) |

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to:

United States v. One Ancient Mosaic, Case No. 2:18-cv-04420-JFW-SS, which:

__X__ was previously assigned to the Honorable John F. Walter;

_____ has not been previously assigned.

The above-entitled cases may be related for the following reasons:

__X__ arise from the same or a closely related transaction, happening, or event;

__X__ call for determination of the same or substantially related or similar questions of law and fact; or

__X__ involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

Additional explanation (if any):

Dated: July 23, 2020

_____
MATTHEW W. O'BRIEN
Assistant United States Attorney