NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
MARK A. WILLIAMS (Cal. Bar No. 239351)
Assistant United States Attorney
Deputy Chief, Environmental and Community Safety Crimes Section
MATTHEW W. O'BRIEN (Cal. Bar No. 261568)
Assistant United States Attorney
Environmental and Community Safety Crimes Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3359/8644
    E-mail:    Mark.A.Williams@usdoj.gov;
               Matthew.O'Brien@usdoj.gov
ANN MARIE E. URSINI (Cal. Bar No. 269131)
Senior Trial Attorney
Human Rights and Special Prosecutions Section
Criminal Division
EVAN N. TURGEON (D.C. Bar No. 1010816)
Trial Attorney
National Security Division
United States Department of Justice
    1301 New York Ave
    Washington, DC 20530
    Telephone: (202) 353-0176
    E-mail:    Annmarie.Ursini@usdoj.gov
  Evan.Turgeon@usdoj.gov
Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>MOHAMAD YASSIN ALCHARIHI,<br>  aka "Mohamad al-Sharihi" and<br>  "Mohamad AlCharihi,<br><br>    Defendant. | No. CR 20-307-GW<br><br><u>AMENDED ORDER DESIGNATING CLASSIFIED INFORMATION SECURITY OFFICER</u> |

    Having read and considered the Government's 18 U.S.C. App. 3, § 2 Notice and Memorandum of Points and Authorities in Support

Thereof, the Court is aware that this case will likely involve classified information.  Federal law explicitly provides that federal courts must have security procedures for the handling of classified information.  <u>See</u> Classified Information Procedures Act, Pub. L. 96-456 § 9, 94 Stat. 2025 (1980).

IT IS HEREBY ORDERED that pursuant to Paragraph 2 of the Revised Security Procedures Established Pursuant to Pub L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States for the Protection of Classified Information, W. Scooter Slade, Security Specialist, is appointed as the Classified Information Security Officer in the above-captioned matter.  The Court further appoints Daniel O. Hartenstine, Matthew Mullery, Maura Peterson, Carli Rodriguez-Feo, and Harry Rucker as Alternate Classified Information Security Officers in the above-captioned matter.

IT IS SO ORDERED.

November 9, 2020
DATE

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

Presented by:

  /s/
MARK A. WILLIAMS
MATTHEW W. O'BRIEN
Assistant United States Attorneys

ANN MARIE E. URSINI
Senior Trial Attorney

EVAN N. TURGEON
Trial Attorney