TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MARK A. WILLIAMS (Cal. Bar No. 239351)
Assistant United States Attorney
Chief, Environmental and Community Safety Crimes Section
MATTHEW W. O'BRIEN (Cal. Bar No. 261568)
Assistant United States Attorney
Environmental and Community Safety Crimes Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-3359/8644
     E-mail:     Mark.A.Williams@usdoj.gov
                 Matthew.O'Brien@usdoj.gov

CHRISTIAN A. LEVESQUE (D.C. Bar No. 501778)
Trial Attorney
Human Rights and Special Prosecutions Section
Criminal Division
ADAM P. BARRY (Cal. Bar. No. 294449)
Trial Attorney
National Security Division
United States Department of Justice
     950 Pennsylvania Avenue, NW
     Washington, DC 20530
     Telephone:  (202) 538-2373/233-0788
     E-mail:     Christian.Levesque@usdoj.gov
                 Adam.Barry@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR No. CR 20-307-GW |
| Plaintiff, | GOVERNMENT'S NOTICE OF CLASSIFIED, IN CAMERA, EX PARTE FILING PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 16(d)(1) |
| v. | |
| MOHAMAD YASSIN ALCHARIHI, aka "Mohamad al-Sharihi" and "Mohamad AlCharihi, | |
| Defendant. | |

The government hereby gives notice that it has filed, for *in camera* and *ex parte* review by the Court, a classified pleading, pursuant to the Classified Information Procedures Act and Federal Rule of Criminal Procedure 16(d)(1).

Dated: October 4, 2021

Respectfully submitted,

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division


*/s/ Mark A. Williams*
MARK A. WILLIAMS
MATTHEW W. O'BRIEN
Assistant United States Attorneys

*/s/ Christian Levesque*
CHRISTIAN LEVESQUE
Trial Attorney

*/s/ Adam P. Barry*
ADAM P. BARRY
Trial Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA