1 TRACY L. WILKISON
Acting United States Attorney
2 SCOTT M. GARRINGER
Assistant United States Attorney
3 Chief, Criminal Division
MARK A. WILLIAMS (Cal. Bar No. 239351)
4 Assistant United States Attorney
Chief, Environmental and Community Safety Crimes Section
5 MATTHEW W. O'BRIEN (Cal. Bar No. 261568)
Assistant United States Attorney
6 Environmental and Community Safety Crimes Section
1300 United States Courthouse
7 312 North Spring Street
Los Angeles, California 90012
8 Telephone: (213) 894-3359/8644
E-mail: Mark.A.Williams@usdoj.gov
9 Matthew.O'Brien@usdoj.gov

10 KENNTEH A. POLITE
Assistant Attorney General
11 Criminal Division
CHRISTIAN A. LEVESQUE (D.C. Bar No. 501778)
12 Trial Attorney
Human Rights and Special Prosecutions Section
13 United States Department of Justice
1301 New York Ave
14 Washington, DC 20530
Telephone: (202) 538-2373
15 E-mail: Christian.Levesque@usdoj.gov

16
Attorneys for Plaintiff
17 UNITED STATES OF AMERICA

18                    UNITED STATES DISTRICT COURT

19               FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 20 UNITED STATES OF AMERICA, | No. CR 20-307-GW |
| 21          Plaintiff, | STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| 22               v. | |
| 23 MOHAMAD YASSIN ALCHARIHI, aka "Mohamad al-Sharihi" and | |
| 24   "Mohamad AlCharihi, | **CURRENT TRIAL DATE:** December 14,2021 |
| 25          Defendant. | **PROPOSED TRIAL DATE:** April 26, 2022 |
| 26 | |
| 27 | |
| 28 | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant Attorney General for the Criminal Division and Assistant United States Attorneys Mark Williams and Matthew O'Brien and Trial Attorney Christian Levesque, and defendant MOHAMAD YASSIN ALCHARIHI ("defendant"), both individually and by and through his counsel of record, Ashley S. Mahmoudian and Isabel Bussarakum ("the parties"), hereby stipulate as follows:

1. The Indictment in this case was filed on July 24, 2020, and a summons to appear was issued. Defendant first appeared before a judicial officer of the court in which the charges in this case were pending on September 4, 2020. The Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial commence on or before November 13, 2020.

2. On September 4, 2020, the Court set a trial date of October 27, 2020.

3. Pursuant to the parties' stipulations, the Court previously continued the trial date in this case from October 27, 2020 to May 18, 2021 and from May 18, 2021 to December 14, 2021, and found the interim periods to be excluded in computing the time within which the trial must commence, pursuant to the Speedy Trial Act.

4. Defendant is released on bond pending trial. The parties estimate that the trial in this matter will last approximately four days.

5. By this stipulation, defendant moves to continue the trial date from December 14, 2021 to April 26, 2022, and to continue the status conference from December 2, 2021 to April 7, 2022. This is the third request for a continuance.

6.    The parties request the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate findings under the Speedy Trial Act:

a.    Defendant is charged with Entry of Goods Falsely Classified, in violation of 18 U.S.C. § 541, and Criminal Forfeiture, in violation of 18 U.S.C. § 2461(c).  On September 30, 2021, Isabel Bussarakum entered her appearance as defendant's counsel.

b.    The government has produced discovery to the defense, including over 30,000 pages of materials, including law enforcement reports, search warrant returns, electronic evidence, expert materials, evidence regarding foreign law, video recordings, and other records.  Some of this evidence is in a foreign language.

c.    In light of the foregoing, counsel for defendant represents that they will not have the time that they believe is necessary to prepare.  Counsel for defendant represents that additional time is necessary to confer with defendant, conduct and complete an independent investigation of the case, conduct and complete additional legal research including for potential pre-trial motions, review the discovery and potential evidence in the case, and prepare for trial in the event that a pretrial resolution does not occur.  Defense counsel represents that failure to grant the continuance would deny them reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.    Defendant believes that failure to grant the continuance will deny him adequate representation.

e.    The government does not object to the continuance.

f.    The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of

the attorney for the government or the defense, or failure on the part of the attorney for the Government to obtain available witnesses.

For purposes of computing the date under the Speedy Trial Act by which defendant's trial must commence, the parties agree that the time period of December 14, 2021 to April 26, 2022, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(iv) because the delay results from a continuance granted by the Court at defendant's request, without government objection, on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel

//
//
//
//
//
//
//
//
//
//
//
//
//

1  and would deny defense counsel the reasonable time necessary for

2  effective preparation, taking into account the exercise of due

3  diligence.

4      IT IS SO STIPULATED.

5

6  Dated: November 12, 2021        Respectfully submitted,

7                                  TRACY L. WILKISON
                                   Acting United States Attorney
8
                                   SCOTT M. GARRINGER
9                                  Assistant United States Attorney
                                   Chief, Criminal Division
10

11                                 _/s/_____
12                                 MARK A. WILLIAMS
                                   MATTHEW W. O'BRIEN
13                                 Assistant United States Attorneys

14                                 KENNETH A. POLITE
                                   Assistant Attorney General
15                                 Criminal Division

16

17                                 _/s/_____
                                   CHRISTIAN A. LEVESQUE
18                                 Trial Attorney

19                                 Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA
20

21 DATED: November 10, 2021        _/s/ (via email authorization)_____
22                                 ASHLEY MAHMOUDIAN
                                   ISABEL BUSSARAKUM
23                                 Deputy Federal Public Defenders
                                   Attorneys for Defendant
24                                 MOHAMAD YASSIN ALCHARIHI

25

26

27

28

                                   5

1       I am MOHAMAD YASSIN ALCHARIHI's attorney.  I have carefully

2   discussed every part of this stipulation and the continuance of the

3   trial date with my client. I have fully informed my client of his

4   Speedy Trial rights.  To my knowledge, my client understands those

5   rights and agrees to waive them.  I believe that my client's decision

6   to give up the right to be brought to trial earlier than April 26,

7   2022, is an informed and voluntary one.

8   _____    11/10/2021

9   ASHLEY S. MAHMOUDIAN           Date
    ISABEL BUSSARAKUM

10  Attorney for Defendant
    MOHAMAD YASSIN ALCHARIHI

11

12

13      I have read this stipulation and have carefully discussed it

14  with my attorney.  I understand my Speedy Trial rights.  I

15  voluntarily agree to the continuance of the trial date and give up my

16  right to be brought to trial earlier than April 26, 2022.  I

17  understand that I will be ordered to appear in Courtroom 9D of the

18  Federal Courthouse, 350 W. 1st Street, Los Angeles, California on

19  April 26, 2022 at 8:30 a.m.

20  _____    11-09-2021

21  MOHAMAD YASSIN ALCHARIHI      Date
    Defendant

22

23

24

25

26

27

28