TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
MARK A. WILLIAMS (Cal. Bar No. 239351)
Assistant United States Attorney
Chief, Environmental and Community Safety Crimes Section
MATTHEW W. O'BRIEN (Cal. Bar No. 261568)
Assistant United States Attorney
Environmental and Community Safety Crimes Section
  1300 United States Courthouse
  312 North Spring Street
  Los Angeles, California 90012
  Telephone: (213) 894-3359/8644
  E-email: Mark.A.Williams@usdoj.gov
      Matthew.O'Brien@usdoj.gov
CHRISTIAN A. LEVESQUE (DC Bar No. 501778)
Trial Attorney
Human Rights and Special Prosecutions Section
Criminal Division
ADAM P. BARRY (Cal. Bar No. 294449)
Trial Attorney
National Security Division
United States Department of Justice
  950 Pennsylvania Avenue, NW
  Washington, DC 20530
  Telephone: (202) 538-2373/233-0788
  E-mail: Christian.Levesque@usdoj.gov
      Adam.Barry@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT

MAR 9, 2022

CENTRAL DISTRICT OF CALIFORNIA
BY    JG    DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 20-307-GW |
|   Plaintiff, | [~~PROPOSED~~] ORDER |
|   v. | |
| MOHAMAD YASSIN ALCHARIHI,<br> Aka "Mohamad al-Sharihi" and<br> "Mohamad AlCharihi." | |
|   Defendant. | |

1

ORDER

The Court, having carefully considered the Government's <u>Ex Parte</u>, <u>In Camera</u>, Under Seal Motion and Memorandum of Law for a Protective Order, the declaration filed therewith, and the underlying classified information **GRANTS** the Government's Motion for a Protective Order in its entirety.

The Court finds that the Government's Motion for a Protective Order was properly filed <u>ex parte</u>, <u>in camera</u>, for this Court's review, pursuant to CIPA § 4 and Fed. R. Crim. P. 16(d)(1). The Court has conducted an <u>ex parte</u>, <u>in camera</u> review of the Government's classified Motion, the supporting classified Declaration, and the underlying classified information.

On the basis of the Court's review of the arguments set forth in the Government's Motion and Memorandum of Law, the classified Declaration, and the underlying classified information, the Court finds that the classified information referenced in the Government's Motion and Memorandum of Law implicates the Government's classified information privilege because the information is properly classified and its disclosure could cause serious, and in some cases, exceptionally grave, damage to the national security of the United States. Furthermore, the Court finds that none of the classified information is exculpatory. See <u>Brady v. Maryland</u>, 373 U.S. 83 (1963).

Additionally, the Court finds that the "relevant and helpful"

standard articulated in United States v. Roviaro, 353 U.S. 53 (1957), and United States v. Yunis, 867 F.2d 617 (D.C. Cir. 1989), is the appropriate standard by which to analyze whether the government must disclose in discovery classified information where, as here, the government has properly invoked the classified information privilege. See also United States v. Sarkissian, 841 F.2d 959 (9th Cir. 1988). To this end, the Court finds that in applying the Roviaro/Yunis standard, none of the classified information referenced in the Government's motion is relevant and helpful to the defense. In addition, the Court finds that defendant's interest in disclosure of the classified information is substantially outweighed by the government's interest in protecting the national security information and the sources and methods by which it is obtained. The Court also finds that the withholdings authorized by this Order are consistent with the Government's discovery obligations under Federal Rule of Criminal Procedure 16, and Brady v. Maryland, Giglio v. United States, and their progeny.

Accordingly, IT IS ORDERED that the Government is authorized to withhold the specified classified information outlined above from discovery to the defendant.

IT IS FURTHER ORDERED that the Government's Motion and Memorandum of Law and the accompanying exhibits shall not be disclosed to the defendant, and shall be sealed and maintained in a facility appropriate for the storage of such classified information

by the Classified Information Security Officer as the designee of the Clerk of Court, in accordance with established security procedures, for any future review, until further order of this Court.

IT IS SO ORDERED, on this 26th day of October, 2021.

/S/
GEORGE H. WU
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF CALIFORNIA