# Exhibit A – Invoice and Shipping Documents

# AHMET BOSTANCI
*Sanatçı*
(Heykeltraş - Mozaik - Ressam)

Tel.: 0 536 665 32 65
Çekmece Mah. 82. Sk. No.: 3 Defne/HATAY
23 Temmuz V.D.: 423 942 980 90
Tic. Oda No.: 14982

Sayın : MOHAMAD Y ALCHARIHI
 palmadale ca port of long
BEACH CALIFORNIA
AMERİKA BİRLEŞİK DEVLETLERİ

**FATURA / INVOICE**
SERİ : A   SIRA NO:

№ 131551

İl Kodu : 31

04.06.2015

Tarih - Date   /   / 201

| Ambalaj Adedi | Brüt Kg. | MALIN CİNSİ DESCRIPTION | Net Kg. | FİYATI / UNITPRICE |  | KIYMETİ / AMOUNT |  |
|---|---|---|---|---|---|---|---|
|  |  |  |  | DÖVİZ | T. Lirası | DÖVİZ | T. Lirası |
| AMBALAJ | BRÜT KG. | MALIN CİNSİ | NET KG. | SAT.ES.MİK |  | BİRİM | TUTAR |
| 1,00 KL | 10,00 kg | 50x40cm BAHÇE SÜS VAZOSU | 9,00 kg | 1,00 AD. |  | 7,83 $ | 7,83 $ |
|  | 10,00 kg | 60x40cm BAHÇE SÜS VAZOSU | 10,00 kg | 1,00 AD. |  | 7,83 $ | 7,83 $ |
| 1,00 KL | 22,00 kg | 60x40cm BAHÇE SÜS VAZOSU | 21,00 kg | 2,00 AD. |  | 7,83 $ | 15,66 $ |
| 1,00 AD | 2,00 kg | 20x20cm BAHÇE SÜS VAZOSU | 2,00 kg | 1,00 AD. |  | 7,83 $ | 7,83 $ |
| 2,00 AD | 6,00 kg | 30x30cm BAHÇE SÜS VAZOSU | 6,00 kg | 2,00 AD. |  | 7,83 $ | 15,66 $ |
| 3,00 AD | 12,00 kg | 40x40cm BAHÇE SÜS VAZOSU | 12,00 kg | 3,00 AD. |  | 7,83 $ | 23,49 $ |
| 3,00 AD | 30,00 kg | 50x40cm BAHÇE SÜS VAZOSU | 30,00 kg | 3,00 AD. |  | 7,83 $ | 23,49 $ |
| 5,00 AD | 55,00 kg | 70x40cm BAHÇE SÜS VAZOSU | 55,00 kg | 5,00 AD. |  | 7,83 $ | 39,15 $ |
| 8,00 AD | 96,00 kg | 80x40cm BAHÇE SÜS VAZOSU | 96,00 kg | 8,00 AD. |  | 7,83 $ | 62,64 $ |
| 20,00 AD | 260,00 kg | 90x40cm BAHÇE SÜS VAZOSU | 260,00 kg | 20,00 AD. |  | 7,83 $ | 156,60 $ |
| 12,00 AD | 192,00 kg | 100x40cm BAHÇE SÜS VAZOSU | 192,00 kg | 12,00 AD. |  | 7,83 $ | 93,96 $ |
| 4,00 AD | 72,00 kg | 110x40cm BAHÇE SÜS VAZOSU | 72,00 kg | 4,00 AD. |  | 7,83 $ | 31,32 $ |
| 7,00 AD | 126,00 kg | 115x40cm BAHÇE SÜS VAZOSU | 126,00 kg | 7,00 AD. |  | 7,83 $ | 54,81 $ |
| 10,00 AD | 180,00 kg | 120x40cm BAHÇE SÜS VAZOSU | 180,00 kg | 10,00 AD. |  | 7,83 $ | 78,30 $ |
| 2,00 AD | 40,00 kg | 140x40cm BAHÇE SÜS VAZOSU | 40,00 kg | 2,00 AD. |  | 7,83 $ | 15,66 $ |
| 2,00 RL | 560,00 kg | 450x220cm MOZAİK TABLO (DOĞAL KESME TAŞLI YER DÖŞEMESİ) | 560,00 kg | 2,00 AD. |  | 587,00 $ | 1.174,00 $ |
| 1,00 RL | 90,00 kg | 300x200cm MOZAİK TABLO (DOĞAL KESME TAŞLI YER DÖŞEMESİ) | 90,00 kg | 1,00 AD. |  | 391,00 $ | 391,00 $ |
| 82,00 KAP | 1.763,00 kg |  | 1.761,00 kg |  |  |  | 2.199,23 $ |

YALNIZ : İKİBİNYÜZDOKSANDOKUZ DOLAR YİRMİÜÇ SENTTİR.
ARACI BANKA : GARANTİ BANKASI SANAYİ ŞB.
TESLİM ŞEKLİ : FOB
ÖDEME ŞEKLİ : VESAİK

AHMET BOSTANCI
Mozaik ve Heykel Sanatçısı
23 Temmuz V.D.-T.C. 423 942 980 90
Çekmece Mah. 82. Sok. No: 2-DEFNE/HATAY
Gsm: 0536 665 32 65
okyanusmozaik@hotmail.com

GARANTİ BANKASI IBAN : TR28 0006 2001 2040 0009 0981 32

We Hereby declare and Certify that the contents covered by this receipt are all Turkish origin and has nothing to do whit Israel what so ever.

ALC-GOV-001000

| AMBALAJ | | ÇEKİ LİSTESİ | ADET | | BİRİM KG. | | BRÜT KG. | NET KG. |
|---|---|---|---|---|---|---|---|---|
| 1,00 | KL | 50x40cm BAHÇE SÜS VAZOSU | 1,00 | AD. | 10,00 | 9,00 | 10,00 | 9,00 |
| | | 80x40cm BAHÇE SÜS VAZOSU | 1,00 | AD. | 10,00 | 10,00 | 10,00 | 10,00 |
| 1,00 | KL | 60x40cm BAHÇE SÜS VAZOSU | 2,00 | AD. | 11,00 | 10,50 | 22,00 | 21,00 |
| 1,00 | AD. | 20x20cm BAHÇE SÜS VAZOSU | 1,00 | AD. | 2,00 | 2,00 | 2,00 | 2,00 |
| 2,00 | AD. | 30x30cm BAHÇE SÜS VAZOSU | 2,00 | AD. | 3,00 | 3,00 | 6,00 | 6,00 |
| 3,00 | AD. | 40x40cm BAHÇE SÜS VAZOSU | 3,00 | AD. | 4,00 | 4,00 | 12,00 | 12,00 |
| 3,00 | AD. | 60x40cm BAHÇE SÜS VAZOSU | 3,00 | AD. | 10,00 | 10,00 | 30,00 | 30,00 |
| 5,00 | AD. | 70x40cm BAHÇE SÜS VAZOSU | 5,00 | AD. | 11,00 | 11,00 | 55,00 | 55,00 |
| 8,00 | AD. | 80x40cm BAHÇE SÜS VAZOSU | 8,00 | AD. | 12,00 | 12,00 | 96,00 | 96,00 |
| 20,00 | AD. | 90x40cm BAHÇE SÜS VAZOSU | 20,00 | AD. | 13,00 | 13,00 | 260,00 | 260,00 |
| 12,00 | AD. | 100x40cm BAHÇE SÜS VAZOSU | 12,00 | AD. | 16,00 | 16,00 | 192,00 | 192,00 |
| 4,00 | AD. | 110x40cm BAHÇE SÜS VAZOSU | 4,00 | AD. | 18,00 | 18,00 | 72,00 | 72,00 |
| 7,00 | AD. | 115x40cm BAHÇE SÜS VAZOSU | 7,00 | AD. | 18,00 | 18,00 | 126,00 | 126,00 |
| 10,00 | AD. | 120x40cm BAHÇE SÜS VAZOSU | 10,00 | AD. | 18,00 | 18,00 | 180,00 | 180,00 |
| 2,00 | AD. | 140x40cm BAHÇE SÜS VAZOSU | 2,00 | AD. | 20,00 | 20,00 | 40,00 | 40,00 |
| 2,00 | AD. | MOZAİK TABLO ( 450x220cm DOĞAL KESME TAŞLI YER DÖŞEMESİ ) | 2,00 | AD. | 280,00 | 280,00 | 560,00 | 560,00 |
| 1,00 | AD. | MOZAİK TABLO ( 300x200cm DOĞAL KESME TAŞLI YER DÖŞEMESİ ) | 1,00 | AD. | 90,00 | 90,00 | 90,00 | 90,00 |
| 82,00 | KAP | | 84,00 | AD. | | | 1.763,00 | 1.761,00 |



AHMET BOSTANCI
Mozaik ve Heykel Sanatçısı
23 Temmuz V.D.-TİC. 423 942 980 90
Çekmece Mah. 82 Sok. No 2 DEFNE/HATAY
Gsm: 0535 965 32 85
okyanusmozaik@hotmail.com

ALC-GOV-001001

| | |
|---|---|
| 1. İhracatçı / Consignor / Expéditeur<br><br>AHMET BOSTANCI<br>HEYKELTRAŞ-MOZAİK-RESSAM<br>ANTAKYA - HATAY | No K 0169797  ORJİNAL / ORIGINAL / ORIGINAL<br><br>**MENŞE ŞAHADETNAMESİ**<br>**CERTIFICATE OF ORIGIN**<br>**CERTIFICAT D'ORIGINE** |
| 2. Alıcı / Consignee / Destinataire<br><br>MOHAMAD Y ALCHARIHI<br>▮▮▮▮▮ palmadale ca ▮▮▮ port of long<br>BEACH CALIFORNIA<br>AMERİKA BİRLEŞİK DEVLETLERİ | 3. Menşe Ülkesi / County of Origin / Pays d'origine<br><br>TÜRKİYE |
| 4. Taşımaya İlişkin Bilgiler (Tercihe Bağlı)<br>Transport Details (Optional)<br>Informations relatives au transport (mention facultative) | 5. Gözlemler / Remarks / Remarques |

| 6. Sıra No; kolilerin marka ve işaretleri, sayı ve türleri; eşyanın tanımı<br>Item number; marks, numbers, number and kind of packages; description of goods<br>Numéro d'ordre – Marques, numéros, nombre et nature des colis – Désignation des marchandises | 7. Miktar / Quantity / Quantité |
|---|---|
| 82 KAP    FATURA MUHTEVİYATI MUHTELİF VAZO - MOZAİK TABLO<br>FATURA TARİH NO: 04.06.2015 - 131551 | 1.763,00 KG |

AHMET BOSTANCI
Mozaik ve Heykel Sanatçısı
22 Temmuz V.D. - T.C. 123 942 980 90
Çekmece Mah. 82. Sok. No. 2/DEFNE/HATAY
Gsm: 0535 565 52 65
okyanusmozaik@hotmail.com

8. Yukarıda Tanımlanan Eşyaların 3 Nolu Kutuda Belirtilen Ülke Menşeli Olduğu Tasdik Olunur.
The Undersigned Authority Certifies That The Goods Described Above Originate In The Country Shown In Box 3
L'autorité soussignée certifie que les marchandises désignées ci-dessus sont originaires du pays figurant dans la case No 3

Antakya Ticaret ve Sanayi Odası

Zuhal OZCAN
Kalite Yönetimi ve Akreditasyon Şefi

Düzenleme Yeri ve Tarihi, İsim, İmza ve Yetkili Merciinin Mührü
Place and date of issue, name, signature and stamp of competent authority          03-07-2015
Lieu et date de délivrance, désignation, signature et cachet de l'autorité compétente

ANKARA FORM-0 312 278 30 40

| PO Number(s): | Vessel Name / Voyage :POLLUX DG308S |
|---|---|
| MBL # : TR20332063 | Loading Date : |
| HBL# : | |
| CNTR # : TEMU5168780 | |
| To be completed by supplier/buyer<br>1.Seller (Name and Full Address)<br><br>AHMET BOSTANCI<br>CEKMECE MAH. 82. SK. NO:3<br>DEFNE HATAY | To be completed at origin<br>2.Buyer (Name and Full Address)<br><br>MOHAMAD Y ALCHARIHI                    36811<br>                              PALMADALE CA        PORT OF<br>LONG BEACH CALIFORNIA          @HOTMAIL.COM |
| 3.Importer of record number<br>To be completed by Cargo Trans on arrival in Us | To be completed by Cargo Trans on arrival in Us |
| 5.Manufacturer or Supplier (Name and Full Address)<br>To be completed by factory @ origin<br>AHMET BOSTANCI<br>CEKMECE MAH. 82. SK. NO:3<br>DEFNE HATAY | 6.Ship to party (Name and Full Address)<br><br><br>MOHAMAD Y ALCHARIHI                    36811<br>                              PALMADALE CA        PORT OF<br>LONG BEACH CALIFORNIA          @HOTMAIL.COM |
| 7.Country of Origin<br>To be completed at origin<br>AHMET BOSTANCI<br>CEKMECE MAH. 82. SK. NO:3<br>DEFNE HATAY | 8.Commodity HTSUS number (6 digits)<br>To be completed at origin<br>item# :            HTS# :       690810<br>item# :            HTS# :       680291<br>item# :            HTS# :<br>item# :            HTS# : |
| 9.Container stuffing location (Name and Full Address)<br>To be completed at origin<br><br>AHMET BOSTANCI<br>CEKMECE MAH. 82. SK. NO:3<br>DEFNE HATAY | 10. Consolitador (Name and Full Address)<br>To be completed at origin<br>AHMET BOSTANCI<br>CEKMECE MAH. 82. SK. NO:3<br>DEFNE HATAY |

**REMARKS:The manufacturer (or supplier), country of origin, and commodity HTSUS number must be linked to one anohter at the line item level.
**REMARKS:The details of IFS rules have been attached in anohter sheet.Pls input the above data accordingly.
**REMARKS:All ISF10 elements must be submitted no later than 24 hours before cargo is laden aboard the vessel at foreign port




**Nursel Group**
Cemil Günay

Tel. & Fax: +90 326 225 25 35
e-mail: info@nurselgroup.com
web: www.nurselgroup.com
Şükrü Kanatlı V.D.: 358 155 246 32
Ş. Osman Durmaz Cad. Feza Givelek İşh.
A Blok No.5    Antakya / HATAY

İRSALİYELİ FATURA

SERİ A: Sıra No: N° 123319

Mersis No = 358/1552463200015    Tarih: 05.06.2015
Sayın: Mohamad Y Alcharihi
[redacted] palmdale
California / USA

Düzenleme Tarihi: 05.06.2015

| MALIN CİNSİ | MİKTARI | FİYATI | TUTARI |
|---|---|---|---|
| Deniz ihracat Navlunu | | USD | 2,900 |
| Conteynir No = TEMU 5168780 | | | |
| Bl no = TR 20332063 | | | |
| 82 kap - 1,763 kg | | | |
| Fiat Bed = 7724,44 TL | | | |

Yalnız: ikibin dokuzyüz USD

TOPLAM: 2,900
K.D.V %: —
GENEL TOPLAM: 2,900

BANKA HESAP NUMARALARI
Türkiye İş Bankası TL IBAN: TR64 0006 4000 0016 1001 8498 23
USD IBAN: TR38 0006 4000 0026 1003 5762 07
EURO IBAN: TR29 0006 4000 0026 1003 5794 73

Teslim Ettim.    Teslim Aldım.

| SHIPPER | | | | | VOYAGE NUMBER |
|---|---|---|---|---|---|
| AHMET BOSTANCI<br>CEKMECE MAH. 82. SK. NO:3<br>DEFNE - HATAY | | | **ORIGINAL**<br>**BILL OF LADING** | | DG308S |
| | | | | | BILL OF LADING NUMBER |
| | | | | | TR20332063 |

| CONSIGNEE | EXPORT REFERENCES |
|---|---|
| MOHAMAD Y ALCHARIHI<br>[redacted] PALMADALE CA<br>93551 PORT OF LONG BEACH CALIFORNIA<br>[redacted]@hotmail.com | |

**CMA CGM**

CARRIER: CMA CGM - Société Anonyme au capital de 175 000 000 euros
Head Office: 4, quai d'Arenc - 13002 Marseille - France
Tel: (33) 4 88 91 90 00 - Fax: (33) 4 88 91 90 95
B 562 024 422 R.C.S. Marseille

NOTIFY PARTY. Carrier not to be responsible for failure to notify
SAME AS CONSIGNEE

| PRE CARRIAGE BY* | PLACE OF RECEIPT* | FREIGHT TO BE PAID AT | NUMBER OF ORIGINAL BILLS OF LADING |
|---|---|---|---|
| | | MERSIN | THREE (3) |
| OCEAN VESSEL | PORT OF LOADING | PORT OF DISCHARGE | FINAL PLACE OF DELIVERY* |
| POLLUX | ISKENDERUN | LONG BEACH, CA | |

| MARKS AND NOS<br>CONTAINER AND SEALS | NO AND KIND<br>OF PACKAGES | DESCRIPTION OF PACKAGES AND GOODS AS STATED BY SHIPPER<br>SHIPPER'S LOAD STOW AND COUNT  SAID TO CONTAIN | GROSS WEIGHT<br>CARGO | TARE | MEASUREMENT |
|---|---|---|---|---|---|
| | | | KGS | KGS | CBM |
| TEMU5168780<br>SEAL B8215890 | 1 x 20ST  82 PIECE(S)<br><br>GARDEN ORNAMENTAL VASE,<br>MOSAIC TABLE<br>HS CODE : 690810,680291<br>TOT PKGS 82 PP<br>FREIGHT PREPAID<br>FREE IN<br>Shipped on Board POLLUX 07-JUN-2015 CMA CGM South Turkey<br>Shp.Agency JSC As agents for the Carrier | | 1763.000 | 2230 | 25.000 |

CMA CGM SOUTH TURKEY
GEMİ ACENTELİĞİ A.Ş.
Yeni Mh. [illegible] Plz No 54 Kat 6-7
33050  Akdeniz / MERSIN
Liman V.D. 211-055 3771    Tel 0324 237 14 24
Tic. Sic. No: 42176              Fax 0324 235 99 33

Weight in Kgs Total: 1 CONTAINER(S)                                     Sheet 1 of 2    1763.000   2230   25.000

ABOVE PARTICULARS DECLARED BY SHIPPER. CARRIER NOT RESPONSIBLE.

ADDITIONAL CLAUSES

4. Cargo at port is at receiver risk, expenses and responsibility
5. FCL
77. THC at destination payable by consignees as per line/port tariff
191. Unless the value of cargo is declared on the face of this bill of lading or waybill in the conditions set for on the reverse, limitation of liability in respect of loss or damage to goods shall not exceed US$ 500 per package, or customary freight unit if goods are not shipped in package.
194. For the purpose of the present carriage, clause 14(2) shall exclude the application of the York/Antwerp rules, 2004.
214. U.S. demurrage and detention conditions are billed per CMA-CGM (America)'s U.S. tariff or service contracts filed with the FMC
216. Mis-declaration of cargo weight endangers crew, port workers and vessels' safety. Your cargo may be weighed at any place and time of carriage and any mis-declaration will expose you to claims for all losses, expenses or damages whatsoever resulting thereof and be subject to freight surcharge.

225. The shipper acknowledges that the Carrier may carry the goods identified in this bill of lading on the deck of any vessel and in taking remittance of this bill of lading the Merchant (including the shipper, the consignee and the holder of the bill of lading, as the case may be) confirms his express acceptance of all the terms and conditions of this bill of lading and expressly confirms his unconditional and irrevocable consent to the possible carriage of the goods on the deck of any vessel.
274. The Merchant is responsible for returning any empty container, with interior clean at the designated place, and within 60 days following to the date of release, failing which the container shall be construed as lost. The Merchant shall be liable to indemnify the Carrier for any loss or expense whatsoever arising out of the foregoing, including but not limited to liquidated damages equivalent to the sound market value - or the depreciated value due by the Carrier to a container lessor. The Carrier is entitled to collect a deposit from the Merchant at the time of release of the container which shall be remitted as security for payment of any sums due to the Carrier, in particular for payment of all detention and demurrage and/or container indemnity as referred above.
315. Following to the slow down / lock out affecting the US west coast ports, cargo may be discharged in an alternative port without notice - subject to availability - or be on forwarded to the intended port of

RECEIVED by the carrier from the shipper in apparent good order and condition (unless otherwise noted herein) the total number or quantity of Containers or other packages or units indicated above stated by the shipper to comprise the cargo specified above for transportation subject to all the terms hereof (including the terms on page one) from the place of receipt or the port of loading, whichever is applicable. Delivery of the Goods will only be made on payment of all Freight and charges. On presentation of this document (duly endorsed) to the Carrier, by or on behalf of the holder, the rights and liabilities arising in accordance with the terms hereof shall (without prejudice to any rule of common law or statutes rendering them binding upon the shipper, holder and carrier) become binding in all respects between the Carrier and Holder as though the contract contained herein or evidenced hereby had been made between them.
All claims and actions arising between the Carrier and the Merchant in relation with the contract of Carriage evidenced by this Bill of Lading shall exclusively be brought before the Tribunal de Commerce de Marseille and no other Court shall have jurisdiction with regards to any such claim or action. Notwithstanding the above, the Carrier is also entitled to bring the claim or action before the Court of the place where the defendant has his registered office.
In witness whereof three (3) original Bills of Lading, unless otherwise stated above, have been issued, one of which being accomplished, the others to be void.
(OTHER TERMS AND CONDITIONS OF THE CONTRACT ON PAGE ONE)

| PLACE AND DATE OF ISSUE | MERSIN | 07 JUN 2015 | SIGNED FOR THE CARRIER CMA CGM S.A.<br>BY CMA CGM South Turkey Shp.Agency JSC |
|---|---|---|---|

ALC-GOV-001005



ALC-GOV-001006