# Exhibit B – Translation of Invoice

UNCLASSIFIED

# AHMET BOSTANCI

Artist
(Sculptor –Mosaic  –Painter)

Tel.: 0 536 665 32 65
Cekmece Mah. 87 Sk. No: 3 Defne/HATAY
23 Temmuz V.D.: 423 942 980 90
Tic. Oda No.: 14982



Sayın : MOHAMAD Y ALCHARIHI
palmadale ca     port of long
BEACH CALIFORNIA
AMERİKA BİRLEŞİK DEVLETLERİ



İl Kodu : 31

## FATURA / INVOICE
SERİ : A    SIRA NO:

№ 131551

04.06.2016

Tarih - Date       /       / 201

| #of Units | Gross Kg. | Description | Net Kg. | Unit Price | Total Price |
|---|---|---|---|---|---|
| 1.00 | 10.00kg | 50x40cm Garden Ornament Vase | 9.0kg | $7.83 | $7.83 |
| 1.00 | 10.00kg | 60x40cm Garden Ornament Vase | 10.0kg | $7.83 | $7.83 |
| 2.00 | 22.00kg | 60x40cm Garden Ornament Vase | 20.0kg | $7.83 | $15.66 |
| 1.00 | 2.00kg | 20x20cm Garden Ornament Vase | 2.0kg | $7.83 | $7.83 |
| 2.00 | 6.00kg | 30x30cm Garden Ornament Vase | 6.0kg | $7.83 | $15.66 |
| 3.00 | 12.00kg | 40x40cm Garden Ornament Vase | 12.0kg | $7.83 | $23.49 |
| 3.00 | 30.00kg | 60x40cm Garden Ornament Vase | 30.0kg | $7.83 | $23.49 |
| 5.00 | 55.00kg | 70x40cm Garden Ornament Vase | 55.0kg | $7.83 | $39.15 |
| 8.00 | 96.00kg | 80x40cm Garden Ornament Vase | 96.0kg | $7.83 | $62.64 |
| 20.0 | 260.00kg | 90x40cm Garden Ornament Vase | 260.0kg | $7.83 | $156.60 |
| 12.0 | 192.00kg | 100x40cm Garden Ornament Vase | 192.0kg | $7.83 | $93.96 |
| 4.00 | 72.00kg | 110x40cm Garden Ornament Vase | 72.0kg | $7.83 | $31.32 |
| 7.00 | 126.00kg | 115x40cm Garden Ornament Vase | 126.0kg | $7.83 | $54.81 |
| 10.0 | 180.00kg | 120x40cm Garden Ornament Vase | 180.0kg | $7.83 | $78.30 |
| 2.00 | 40.00kg | 140x40cm Garden Ornament Vase | 40.0kg | $7.83 | $15.66 |
| 2.00 | 560.00kg | 450x220cm Mosaic Panel (Natural Cut Floor Pieces) | 560.0kg | $587 | $1,174 |
| 1.00 | 90.00kg | 300x200cm Mosaic Panel (Natural Cut Floor Pieces) | 90.0kg | $391 | $391 |
| 84.00 | 1,763.00 | | 1,761.00 | | $2,199.23 |

Only Two thousand one hundred ninety nine dollars and twenty three cents
Intermediary Bank       Garanti Bankasi Sanayi Branch
Deposit Method: FOB
Payment Method: Document



AHMET BOSTANCI
Mozaik ve Heykel Sanatçısı
23 Temmuz V.D.-T.C 423 942 980 90
Cekmece Mah. 62 Sk. No: 2-DEFNE/HATAY
Gsm: 0536 665 32 65
@hotmail.com

UNCLASSIFIED

ALC-GOV-002396

UNCLASSIFIED

PACKING LIST

| #of Units | Gross Kg. | Description | Net Kg. |
|---|---|---|---|
| 1.00 | 10.00kg | 50x40cm Garden Ornament Vase | 9.0kg |
| 1.00 | 10.00kg | 60x40cm Garden Ornament Vase | 10.0kg |
| 2.00 | 22.00kg | 60x40cm Garden Ornament Vase | 20.0kg |
| 1.00 | 2.00kg | 20x20cm Garden Ornament Vase | 2.0kg |
| 2.00 | 6.00kg | 30x30cm Garden Ornament Vase | 6.0kg |
| 3.00 | 12.00kg | 40x40cm Garden Ornament Vase | 12.0kg |
| 3.00 | 30.00kg | 60x40cm Garden Ornament Vase | 30.0kg |
| 5.00 | 55.00kg | 70x40cm Garden Ornament Vase | 55.0kg |
| 8.00 | 96.00kg | 80x40cm Garden Ornament Vase | 96.0kg |
| 20.0 | 260.00kg | 90x40cm Garden Ornament Vase | 260.0kg |
| 12.0 | 192.00kg | 100x40cm Garden Ornament Vase | 192.0kg |
| 4.00 | 72.00kg | 110x40cm Garden Ornament Vase | 72.0kg |
| 7.00 | 126.00kg | 115x40cm Garden Ornament Vase | 126.0kg |
| 10.0 | 180.00kg | 120x40cm Garden Ornament Vase | 180.0kg |
| 2.00 | 40.00kg | 140x40cm Garden Ornament Vase | 40.0kg |
| 2.00 | 560.00kg | 450x220cm Mosaic Panel | 560.0kg |
| 1.00 | 90.00kg | 300x200cm Mosaic Panel | 90.0kg |
| | | | |
| 84.00 | 1,763.00 | | 1,761.00 |



AHMET BOSTANCI
Mozaik ve Heykel Sanatçısı



ALC-GOV-002397