# Exhibit C – Soo Hoo Service Agreement

FMC No 1621

- Customs Bonds
- Customs Services
- Ship Agent Services
- FDA Consulting services
- Customs Consulting Service
- Entertainment Transportation Services



CHB No 5082

- Vessel Charter
- Marine Insurance
- Vessel Documentation
- Foreign Freight Forwarder
- Vessel Clearance & Entrance
- Remote Filer – All U.S. Ports

## SERVICE AND REPAYMENT AGREEMENT

This Service and Repayment Agreement ("Agreement") is entered into by and between Mohamad Al Gharibi ("Client" or "Customer") and Soo Hoo Customs Broker Inc. ("Soo Hoo") at Los Angeles, California this 10th day of August, 2015.

### TERMS AND PAYMENT

1. Soo Hoo, upon receipt of complete shipping documents, or Client's written or oral request, will perform the normal and customary functions of a customs' broker, freight forwarder or shipper's agent as the case may be on behalf of Client.
2. Soo Hoo may, at its election, disburse funds in payment of Customs duties, services, bonds, carrier's charges, and other normal and customary expenses incurred in performing its services. Soo Hoo may also require payment of a deposit before undertaking or continuing any services or advances or may at any time refuse to undertake or continue to perform services or make advances without prior payment. Or, Soo Hoo may ask Client to pay Customs duties and freight charges directly.
3. In consideration for Soo Hoo performing services, on behalf of Client, including any advancement of funds, Client agrees to pay for Soo Hoo's services, and anticipated advances, prior to Soo Hoo's performing services or advancing funds unless Client has established credit, if necessary. If the Client qualifies for credit, Client agrees to pay the total shown on Soo Hoo's invoice upon receipt by the Client. Unpaid balances will be deemed delinquent and in default after 30 days and subject to a late charge of 18% per annum, computed on invoices on a monthly basis. Client agrees that the balance due may include, but is not limited to, costs incurred, compensation for services of Soo Hoo, adjusted duty, adjusted freight charges, demurrage and other costs and expenses.
4. Client grants Soo Hoo a general lien and a security interest in any property and documents of Client which is, has been, or will be (i.e. in transit) in Soo Hoo's possession or control, until full payment is made on any unpaid balance for past and/or present services, fees, costs and/or charges which Client owes Soo Hoo, and authorizes Soo Hoo to retain the property, or stop it in transit, to secure full payment. Client agrees that in the event the outstanding balance is not timely paid, Soo Hoo, in addition to exercising any other rights not described herein, may terminate the relationship hereunder and/or suspend all further services and advancement of monies including withholding of clearance/forwarding documents and all other documents relating to current shipments.
5. If payment is not timely made as provided, all unpaid accounts with Soo Hoo may, at its option, be declared in default and become fully due and payable immediately.
6. Client agrees that in the event of default, Soo Hoo may apply any funds from third party checks as a full and complete set-off of all monies due to it by the Client.
7. Client agrees to pay reasonable collection costs in the event of default and to pay reasonable attorneys' fees and costs in the event the account is referred to any attorney for collection, prosecution, enforcement of any judgment and/or appeal whether or not legal action or arbitration is instituted.
8. Client agrees that this Agreement is to be governed by the laws of the State of California, and that at the option of Soo Hoo, the venue and forum of any suit brought to enforce this agreement may be laid in Los Angeles County, California.
9. Client acknowledges and agrees that Client is responsible for any perishable shipments left at the Port of Los Angeles/Long Beach.
10. This Agreement shall be a continuing Agreement but may be terminated at any time by Client or Soo Hoo upon reasonable written notice.
11. Client agrees that all business handled by Soo Hoo is pursuant to the National Customs Brokers and Freight Forwarder Association of America, Inc.'s Terms and Conditions which appear on the reverse side of Soo Hoo's invoices. Client agrees to engage Soo Hoo in its capacity as freight forwarder, customs broker and/or shipper's agent under said Terms and Conditions and Client hereby acknowledges receipt of said Terms and Conditions of Service.
12. CLIENT UNDERSTANDS AND AGREES THAT SOO HOO'S LIMITATION OF LIABILITY IS FIFTY ($50.00) DOLLARS PER SHIPMENT. SHIPMENTS ARE NOT INSURED BY SOO HOO UNLESS CLIENT SPECIFICALLY REQUESTS INSURANCE IN WRITING AND SOO HOO CONFIRMS INSURANCE IN WRITING.

Executed this 10th day of August, 2015 at 10:40 AM.

(Signature)

Print name: Mohamad Al Gharibi
Title: Self Employee

Work No.: 818-_____
Social Security No.: _____
Driver's License No.: (including state) _____ CA