# Exhibit D –
# Stephen Miotto
# Restoration Report



# MIOTTO MOSAIC ART STUDIOS INC.

### RESTORATION REPORT

The first step in restoring this mosaic was, to access the condition of the mosaic and any damage done in removing the mosaic from it's original substrate, and the the subsequent rolling of it like a carpet. Upon visual inspection it was evident that many of the tessera were damaged, either through wear and tear through time or in the removal process or rolling it up. I believe that many tessera were crushed when the mosaic was rolled into itself, with the fabric on the outside and the tessera on the inside of the roll. Due to the fragile state of the mosaic, and the amount of damaged and cracked tessera, I made the decision that the mosaic had to be set onto a new substrate, before attempting to remove the fabric that had been glued to the surface. I believe that the glue used was a neoprene synthetic rubber, that was used in the late sixties and early seventies, this gives us an indication of the time that the mosaic was removed from its original substrate.





132 CRANE ROAD • CARMEL, NEW YORK 10512 • TEL. 845-628-8496 • FAX 845-628-1845
miottomosaics@mac.com

1

ALC-GOV-000046

 

DIVIDING THE MOSAIC IN TO FIVE PIECES

Given the size and weight of the mosaic we decided to divide the mosaics into 5 panels. We carefully cleaned the back of the mosaic to remove all dirt and dust from the surface, any tessera that were loose were saved to be used later for repairs. We first used soft brushes and then a light duty vacuum cleaner to do this cleaning. We had to spray water on to the back of the mosaic to bring out the color of the tessera, because the Lime , from the Lime & Sand  mortar that was used to originally set the mosaic, (the method used in the first century AD to set mosaics) was still on the surface of the tessera),  so we could see the design and decide where to divide the mosaic in to sections. Using a small fine tip razor we carefully cut through the fabric to divide the mosaic in to 5 sections.

2

ALC-GOV-000047





ALC-GOV-000048



PREPARING PANELS FOR THE MOSAIC

For the panels to adhere the mosaic to we chose a honeycomb board (20mm), with fiberglass sheathing top and bottom, this board is very stable, strong, lightweight and resists warping. Our next step was to create a center line running horizontally across the mosaic; since the mosaic is basically free form around the perimeter, this was necessary to be used as a registration point between the 5 panels.



4

ALC-GOV-000049




We then carefully slid each section of the mosaic on to a honeycomb panel, and traced the perimeter of each section on to a honeycomb panel. Once we had traced all of the sections, using a jig saw we carefully cut all the panels to size. We then sanded the surface of the honeycomb panels, and scarified the surface with a carbide tool; when this was done we stapled fiberglass mesh to the surface of the panels. All this was done to insure a good bond, when attaching the mosaic to the panels. After placing all the panels together, We then set and drew 4 horizontal lines on to the panels and attached two stainless steel t- nuts at each of this lines for each panel, giving each panel 8 attachments points from the back for installation of the panels. A scale drawing was created showing the placement of all these attachment points, creating an adjusted and calibrated  guide map for the installation process.




ALC-GOV-000050







SETTING THE MOSAIC

Since the mosaic was surface mounted to the tessera, we had to back grout the mosaic with mortar to ensure full coverage and filling of all the voids on the back of the mosaic; bringing the grouted mosaic to a uniform thickness. We then put thin set mortar with a notched trowel on to the panel, we took the panel flipped it over onto the mosaic, and clamped the panel and the plywood supporting the mosaic together; and flipped everything over. We removed the plywood and placed the mosaic on the floor. We carefully checked all the edges to of the mosaic and the panel, and carefully rubbed with a wood block, and the rolled the back of the mosaic with a roller, making sure the mosaic was completely adhered to the honeycomb panel and set at a uniform depth. We repeated this process for the five panels, carefully setting each panel next to each other making sure the mosaic was set at the same depth for all five panels.

ALC-GOV-000051






ALC-GOV-000052





ALC-GOV-000053





9

ALC-GOV-000054

We had tested numerous solvents to release the glue and remove the fabric, we decided that Lacquer thinner worked the best. Using a roller we soaked the fabric with the lacquer thinner, as we did a section , we then covered the fabric with a rag and soaked that as well, and then covered that area with plastic to prevent the evaporation of the thinner.

When a panel was completely covered we waited a period of time and stared to remove the fabric one section at at time, this process was painstaking and time consuming, the glue was thicker in areas, and in some areas was not only on the surface , but had settled deep within the joints of the mosaic as well. Once we had the fabric removed, we realized that there was still a lot of glue on the tessera, in the joints of the tessera, as well as dirt and stains on the surface of the mosaic. We cleaned the surface, using lacquer thinner, solvent based paint removers,and a citrus based stain remover. There was still glue adhering to the edges of the tessera and in the joints, and the surface of the tessera was still dirty and and stained in different areas. We made a slurry of very fine sand and water, and brushed the mosaic, after cleaning this off, we mechanically removed remaining bits of glue with dental picks and razors. We then cleaned the mosaic with a commercial cleaner,( TSP) rinsed it and did another cleaning with a light solution of sulfumic acid. We then did one more cleaning with a steam cleaner and brushes.



ALC-GOV-000055






ALC-GOV-000056





ALC-GOV-000057

REPAIRING AREAS AND REPLACING MISSING TESSERA.

Through out this entire process we had saved any tessera that had come loose as well as some areas that were cut off the outer perimeter of the mosaic,we searched and located some marble that matched the colors in the mosaic and cut tessera to sizes used in the mosaic. After setting all the panels on to a wall, we fixed all the joints between the panels, making each panel fit seamlessly next to each other. We then repaired, or replaced the most egregious damaged areas in the mosaic , using our judgement dependent on colors we had available to match the existing mosaic . Care was taken to carefully cut each tessera to match the size used in the surrounding areas.
To remove all dust and or grout haze created by the repair process, we cleaned the mosaic once more with a light solution of Sulfumic acid. We then applied an impregnating enhancing sealer to the mosaic , to protect the surface and to bring out the color of the marble.



ALC-GOV-000058







ALC-GOV-000059





15

ALC-GOV-000060



ALC-GOV-000061










17

ALC-GOV-000062





18

ALC-GOV-000063



19

ALC-GOV-000064