# Exhibit E – 3/19/2016 FBI Interview of Stephen Miotto

FD-302 (Rev. 5-8-10)



UNCLASSIFIED//FOUO

## FEDERAL BUREAU OF INVESTIGATION

Date of entry  06/08/2016

    STEPHEN J. MIOTTO, of MIOTTO MOSAIC ART STUDIOS INC., located at, 132 Crane Road, Carmel, NY 10512, telephone number: ▮▮▮▮▮▮, cellphone number: ▮▮▮▮▮▮, email address: ▮▮▮▮▮▮m, while present at his studio located on his residence property, after being advised of the identity of the interviewing Agents, provided the following information;

    STEPHEN MIOTTO (hereafter referred to as MIOTTO) was contacted by MOHAMAD ALCHARIHI (hereafter referred to as ALCHARIHI) sometime around November 2015. ALCHARIHI got his name from a previous client, CONRAD SCHMIDT (PH) Studios in Milwaukee. Apparently ALCHARIHI had been calling all over the country looking for someone to do restoration work on his mosaic. ALCHARIHI sent MIOTTO images of the mosaic.

    MIOTTO provided ALCHARIHI'S address and phone number as; ▮▮▮▮▮▮ S▮▮▮▮▮▮, telephone number: ▮▮▮▮▮▮.

    MIOTTO advised that he is not a conservator, art historian or a restorer, by trade his work more lends itself to artistry.

**MOSAIC RESTORATION WORK: MOHAMAD ALCHARIHI**

    ALCHARIHI told MIOTTO that the mosaic was up to 2000 years old. The people that owned it in Turkey who sold it to him had the right to sell it at the time. He advised that it took him 10 years to get it out of Turkey. Ten years to get all the paperwork. MIOTTO advised that ALCHARIHI stated, in sum and substance that, the laws have since changed where it came from, now the government has to sign off on things. In addition, ALCHARIHI, stated that the mosaic was peeled off the floor 25 years ago and had fabric glued to the surface. It had been rolled-up for 25 years. MIOTTO advised that the glue and fabric appeared old.

    MIOTTO explained that the stones were rolled-up on the inside which caused considerable damage to many of the stones. The mosaic should have been rolled with the stones on the outside. MIOTTO advised that he wanted to obtain stones to match the missing and ruined stones as much as possible

UNCLASSIFIED//FOUO

| | | | |
|---|---|---|---|
| Investigation on | 03/19/2016 at | Carmel, New York, United States (In Person) | |
| File # | ▮▮▮▮▮▮ | Date drafted | 03/21/2016 |
| by | SAVONA MERIDITH A | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

ALC-GOV-000041

Continuation of FD-302 of (U//FOUO) Stephen J. Miotto- interview , On 03/19/2016 , Page 2 of 3

however, he was told by ALCHARIHI that because the mosaic came out of the area 25 years ago, the stones could not be matched. MIOTTO used stones from the edges of the mosaic that could not be repaired as salvaged pieces.

MIOTTO hired two employees to assist with the restoration of the mosaic. CATALINO GARCIA, who lives in Florida and works for MIOTTO part-time and VINCENT MAZZACONE, who lives in Cortlandt, NY who is a builder and cabinet maker. All restoration work was done at ALCHARIHI'S home in Palmdale, CA, in the garage and backyard. MIOTTO provided a Restoration Report that he prepared for ALCHARIHI that explained the work in progress from beginning to end, including images. MIOTTO suggested splitting the mosaic into 5 panels.

ALCHARIHI is very happy with the restoration work. He has sold the mosaic to someone, FNU LNU, in Qatar. MIOTTO has no information as to who the buyer is or the sale price. ALCHARIHI has advised MIOTTO that the buyers want MIOTTO to travel to QATAR for the installation of the mosaic and they will pay his fee and expenses. ALCHARIHI wants MIOTTO to build a crate for the mosaic. The crate needs to be built very soon. ALCHARIHI has asked MIOTTO what he should charge the buyer, however, MIOTTO told ALCHARIHI that he is not the one to make that decision. There are too many variables that he is unaware of. According to MIOTTO, "It's too difficult to price."

MIOTTO went to CA three times, once for a week, once for 10 days and once again for a week. The break up in the schedule was due to pre-scheduled work of MIOTTO. MIOTTO advised that ALCHARIHI has another mosaic that needs some restoration work but it is not an antiquity. ALCHARIHI told MIOTTO there is another mosaic, back in Turkey that he purchased but that he cannot bring to the U.S. yet because he does not have the money. It is with the same person that helped him get this mosaic. He is not worried that it will be sold to anyone but him because he is the only one with the right paperwork. ALCHARIHI showed MIOTTO an image of the mosaic that he said was in Turkey, on his phone. He bought both mosaics at the same time but could only afford to bring one to the U.S.

ALCHARIHI is Syrian. He has a religious Muslim family. MIOTTO described ALCHARIHI'S children as all American boys.

MIOTTO has been paid in full, $40,000. He needs to check his records but, he remembers two bank checks and one personal check. MIOTTO paid his employees from the $40,000 he received.

Recently, ALCHARIHI showed MIOTTO some form document regarding shipping, but MIOTTO really didn't pay much attention because he was working. MIOTTO told ALCHARIHI that he uses a Broker to ship items.

UNCLASSIFIED//FOUO

Continuation of FD-302 of (U//FOUO) Stephen J. Miotto- interview , On 03/19/2016 , Page 3 of 3

    MIOTTO advised that he is traveling for work related matters unrelated to this, April 18, he is going to Africa and in August he traveling to Brazil.

    MIOTTO provided images of the mosaic to Writers email account and forwarded 1 email from ALCHARIHI to Writers email account. (see attachment)

UNCLASSIFIED//FOUO

ALC-GOV-000043