# Exhibit F –
# 11/2/2016 FBI Interview of Stephen Miotto

Case 2:20-cr-00307-GW Document 63-6 Filed 01/05/23 Page 2 of 9 Page ID #:381

FD-302 (Rev. 5-8-10)

- 1 of 8 -

OFFICIAL RECORD
Document participants have digitally signed. All signatures have been verified by a certified FBI information system.

# FEDERAL BUREAU OF INVESTIGATION

Date of entry  06/23/2017

    Steven Miotto (Miotto) was interviewed telephonically by Federal Bureau of Investigations Special Agent (SA) Elizabeth Rivas and Department of Homeland Security, Homeland Security Investigations SA Razmik Madoyan. The interview was surreptitiously recorded. After being advised of the identities of the interviewing agents and the nature of the interview, Miotto provided the following information:

    Miotto is a mosaic artisan who works for artists and architects to create work based on designs created by others.

    Although Miotto has restored many mosaics, he would not consider himself a conservator or a mosaic expert. When Miotto has repaired a mosaic he typically added the missing detail to the mosaic and matched the colors and the design of the piece. Regarding mosaic iconography, Miotto stated that he had some familiarity with iconography that he obtained through work experience and work he performed on mosaics in Ukrainian and Russian Orthodox churches.

    When asked about his contact with Mohamad Alcharihi (Alcharihi) he stated that he was first contacted by Alcharihi by email or telephone. Miotto estimated it was about last October or November, sometime before Christmas. Alcharihi said he obtained Miotto's name from one of Miotto's former clients. Alcharihi stated that he needed someone to restore a mosaic. Miotto believed someone from Conrad Schmitt Studios in Milwaukee had referred Alcharihi to him, via email.

    Miotto and Alcharihi communicated via email. Alcharihi wanted Miotto to provide a price to restore the mosaic based on photos Alcharihi provided. Miotto told Alcharihi that he could not get an understanding of the piece without seeing it. Miotto asked Alcharihi if he would pay Miotto's travel expenses to view the mosaic in person. Alcharihi agreed and paid Miotto's Los Angeles travel expenses for the first trip. Miotto stayed in Los Angeles for two days.

    When Miotto viewed the mosaic, he took a small sample of the tessera from the edges of the mosaic where the mosaic was frayed. Miotto advised that he had problems taking the canvas and glue off of the front of the

Investigation on  11/02/2016  at  Los Angeles, California, United States (Phone)

File #  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  Date drafted  11/03/2016

by  SA Elizabeth Rivas

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

ALC-GOV-000267

mosaic. Miotto took the sample strips of stones/tessera back home with him so he could try to match the colors within the mosaic.

Alcharihi was in a rush to have the mosaic restored before the new year. Miotto had other work commitments and did not believe he could complete the mosaic as quickly as requested. Alcharihi said he had a client who was very interested in the mosaic and Miotto believed that Alcharihi did not want the client to lose interest in the mosaic.

Regarding Alcharihi's client, over time, Miotto learned that the client was the Royal Family of Qatar who planned to open or build a museum. Miotto understood that Alcharihi was dealing with an agent for the buyer/client. The client wanted the mosaic completed by January 2016 and that was why Alcharihi wanted the mosaic restored right away. Miotto knew that the buyer would be visiting and he believed it was in the month of January. Miotto thought the clients, or others, had visited Los Angeles to inspection the mosaic.

Regarding the condition of the mosaic, Miotto stated that when he first saw the mosaic it was laying flat. He described the mosaic as appearing similar to an old rug with stones. Miotto understood the process of how things were removed and how ancient mosaics were set using mostly lime and sand and not real cement. Miotto said in the past a softer mortar was used that enabled the mosaic to be peeled off from where it was in place. The removal process included gluing a canvas to the mosaic's surface first and then the mortar underneath the mosaic was broken off. The mosaic was likely then rolled off of the ground or from where it had been installed. The canvas was glued to the reverse side of the mosaic which allowed the mosaic to be viewed from the back. Miotto had heard of that process but had not seen it before. He was surprised how durable the mosaic was having been removed by this process.

Miotto sprayed the mosaic with water on the face side so he could see the colors, images and design of the mosaic through the glued canvas. Miotto noted that the mosaic design had been cut off at the edges of the mosaic. The first day he saw the mosaic, Miotto tried to remove the glue from the tiles on the front of the mosaic with glue remover. He hoped the glue was water soluble, but it was not.

Miotto was concerned because he did not know what price to charge Alcharihi for the restoration. Miotto took pieces/samples of the canvas home. He was not sure what solvent to use to remove the glue. He initially tried acetone but it did not work. He tested other solvents and ultimately used lacquer thinner to remove the glue. During the first visit, after Miotto took samples from the mosaic when he left the residence, the mosaic remained in a flat position.

When asked how much he was paid for the restoration he stated the he incurred almost all of material and other costs associated with the restoration. He was paid approximately $30,000 to $40,000 for the restoration. The cost included benches that Miotto built, travel expenses, materials and other costs he incurred restoring the mosaic. In a few instances Alcharihi paid for some of the material costs, such as extra benches and saw horses, that were needed.

Regarding the history of the mosaic, during his first visit to see the mosaic at Alcharihi's residence, Alcharihi said the mosaic was very old about 2,000 years old and it was from Turkey. Alcharihi told Miotto it took him ten years to obtain the necessary paperwork to get the mosaic out of the country legally. Alcharihi told Miotto that the law changed in Turkey after Alcharihi removed the mosaic. The new law required that anything found, even by a private person, had to be given to the government. Miotto said he believed Alcharihi wanted Miotto to believe everything about the mosaic was above board.

Miotto was asked if there were any indications that led him to believe that there was something unusual with Alcharihi. Miotto stated now thinking that he was contacted by email from a Syrian man named Mohamad, who had a mosaic from Turkey, he later thought, "What am I getting myself into?" On his first meeting with Alcharihi he was not suspicious, but Miotto wanted to be alert.

During Miotto's first visit to Alcharihi's residence which he called a fact-finding trip, he believed that was when he learned that Alcharihi was from Syria. When asked on the initial viewing of the mosaic when he thought the mosaic was unearthed, based on the canvas and material, Miotto stated he did not know. Alcharihi told Miotto that the mosaic was unearthed ten to fifteen years prior. Miotto stated that he did not believe it had been removed recently because the mosaic did not appear fresh. Miotto stated the mosaic looked old and the mosaic could have been ten or twenty years. Miotto stated there was not anything to tell him the time period that Alcharihi indicated was not true. Miotto stated the color of the glue holding the mosaic to the canvas appeared to be old.

Miotto stated that he had never previously seen a mosaic in this condition. Miotto was further questioned about his experience with mosaics and how they were stored. He was asked whether he could determine if a mosaic was removed a year ago or twenty years ago. Miotto stated that he does not have the professional knowledge to make that determination and he would not have a clue of the time period.

Regarding cutting the mosaic, Miotto said Alcharihi had ambitious goals and wanted the mosaic completely restoration in three weeks. The mosaic was in one piece and was heavy. Miotto imagined that the mosaic was being stored in a warehouse and expected a forklift would be needed to move the piece. When Miotto saw the conditions at Alcharihi's residence where he had to work, the costs would increase if Miotto had to rent equipment to move the mosaic. Alcharihi want the piece ready for the client and it was easier for Miotto to work on the mosaic if he cut it into pieces. Miotto came up with the solution of cuting the mosaic. This would also be easier for Alcharihi to crate the mosaic and ship it to the customer. Miotto fabricates large new mosaics which are typically cut into pieces and then installed as one piece. Miotto said that working with the mosaic in pieces is what he knew. Based on the size of the mosaic, and the work conditions, this method was how Miotto could handling restoring the mosaic.

Miotto was upfront with Alcharihi and made it clear that he was not a historian or a conservator. He told Alcharihi he could make the mosaic presentable and with as much respect for the materials as he could.

Miotto visited California on two occasions after the holidays. Miotto had two individuals work with him on the mosaic. One individual was Vincent Mazzacone (Mazzacone) who helped Miotto get the mosaic ready. Mazzacone was paid about $3,000. Mazzacone is a high-end builder and cabinet maker. Mazzacone helped build the benches and the board for the mosaic. Mazzacone now lives in Worchester County, New York. At the time Mazzacone worked with Miotto, Mazzacone was living in Wappingers Falls, in the Courtland Manor area in Putnam County. The second person who helped work on the mosaic was Catalino Garcia (Catalino). Miotto recalled making two trips back to California to work on the mosaic, but he was not sure if Catalino was with him on both trips. In the restoration report that Miotto prepared, there are pictures of the workers. The person with the cowboy hat in photos is Mazzacone. The third trip Miotto made to Los Angeles was to complete his work on the mosaic.

Miotto divided the mosaic into pieces where the seams would disappear. He cut the canvas without losing the scene. The mosaic was then attached to the boards and they traced the boards as keys. The borders of the mosaic were cut according to each piece that was traced. Miotto referred to the mosaic as a big puzzle. Miotto prepared prep boards and then sanded the pieces and used fiberglass mesh as a mechanical bond to attach to the board.

FD-302a (Rev. 05-08-10)

Continuation of FD-302 of  (U) Telephonic Interview of Stephen Miotto.  , On  11/02/2016  , Page  5 of 8

The process to remove the canvass was more difficult. They flipped the mosaic to see the face of the mosaic. They had to clamp all of pieces in place. They removed the ply-board and left the mosaic on the board with each piece next to each other on the floor. Then they removed the canvas from each piece, one at a time. The lacquer thinner evaporated. In some places the canvas peeled off easily and in other places it was more difficult.

Viewing the mosaic, Miotto noted that there had been prior restoration to the mosaic. Specifically, there was a section of the mosaic that contained a large amount of missing tessera. Miotto wanted to leave that missing section of the mosaic, empty or as it was. Alcharihi wanted Miotto to fill in the section of the mosaic were tessera was missing. Miotto did not want to restore it, but he tried to design options to fill the space. Miotto tried his best to reproduce a design. Alcharihi consulted with the client about various aspects of the restoration. Miotto based this response on questions he asked Alcharihi who responded the he would have to ask the client. Miotto had quoted Alcharihi a price for restoring the mosaic before being asked to create a possible design for the area with missing tessera.

When Miotto worked on the mosaic, Alcharihi was present at the residence one to two days and Alcharihi went to work the remaining days.

Miotto tried to salvage all of the loose tessera from the frayed borders of the mosaic. Miotto had to work in the back yard of Alcharihi's residence and not in the driveway. Regarding the garage door, Miotto cracked open the door to let air into the garage. Miotto asked Alcharihi for heat because it was cold in the garage. Regarding whether he was given instructions about not opening the garage door, Miotto indicated that he understood the garage door was not operable. Miotto also understood that it would be closed not to let people know what was going on, not for nefarious reasons, but not to show people your business. When further asked how he came to the understanding, he stated it was just a feeling that they should not open the garage door. He also understood that considering zoning rules and that the neighbors might be mad that industrial work was being performed in a residential neighborhood. Miotto did not remember whether Alcharihi told him not to open the garage door or to avoid lifting the garage door to open it.

The mosaic was completed shortly before Miotto was contacted by FBI SA Meridith Savona. All Miotto needed to do was to finish up a restoration report. At the time, Alcharihi was pushing Miotto to complete the report because Alcharihi needed to get the report to the client. Regarding the report, Miotto received a call from Alcharihi

ALC-GOV-000271

indicating that the buyer wanted a report. Miotto sent Alcharihi the report via email.

When Miotto was asked if he could identify where on the mosaic he added tessera, he stated on the front of the mosaic after the glue was cleaned, they used tweezers and dental picks to remove the glue. They did not regrout an area because it would have made the mosaic look different from the other pieces so they re-grouted from the back of the mosaic. The missing area of tessera he advised was where a vulture of some sort appeared to have previously been in the mosaic.

Miotto was asked if he could identify the colors he added the mosaic. He indicated that he used some tessera that he had in his studio to repair the mosaic so some of the tessera used were not original pieces. Miotto used a mixture of tiles from the actual mosaic and some pieces of marble that he also had. He could not identify which pieces were original and pieces he added that he brought to California from New York. When asked about the black tessera pieces on the mosaic Miotto stated that those pieces were original and it appeared that it had "mica" in it. He further stated that mica referred to something that might shine, like little glints of metal, but these pieces were all original. There was a large area near the mosaic border that had missing pieces. He added tessera to areas where Alcharihi told him to add.

Regarding the reference in his report that he used sand to clean the mosaic, Miotto said there was glue added deep into the joints and there was a belief that the sand and a brush would loosen the glue.

Regarding the report, and the sentence, "I believe that the glue used was a neoprene synthetic rubber that was used in the late sixties and early seventies," Miotto stated that he believed there was one sentence in the report that Alcharihi asked him to add during a telephone conversation they had. Miotto sent Alcharihi a draft of the report and Alcharihi asked Miotto to add a sentence to the report. Miotto confirmed that the sentence related to the neoprene synthetic rubber was provided by Alcharihi and Miotto has the email chain related to this requested addition. Then Miotto stated that there were three places that Alcharihi requested that he make changes to the report. Alcharihi identified the changes in the color red in the email exchange.

It took Miotto about ten minutes to add the sentences Alcharihi requested to the report. While Miotto was on the telephone with the interviewing agents he located an email that he sent to Alcharihi with the draft report.

ALC-GOV-000272

Continuation of FD-302 of (U) Telephonic Interview of Stephen Miotto. ,On 11/02/2016 ,Page 7 of 8

When asked what he thought at the time when Alcharihi was asking him to change the report Miotto said he did not think anything of it.

Miotto reviewed his email account and identified that he was referring to an email dated March 3, 2016. Alcharihi indicated that he simplified the report and he was trying to be more technical. Miotto created the report and sent the draft text of the report to Alcharihi.

Miotto forwarded the email chain that he was referencing to SA Rivas. Miotto stated that the email contained the changes Alcharihi requested in the Restoration Report

When asked if there were other mosaics in Alcharihi's garage, Miotto stated that he was told by Alcharihi that there were two other mosaics. Alcharihi showed Miotto another mosaic that was another old one that was coming to the U.S. Alcharihi told Miotto that he had all of the paperwork to import the mosaic into the U.S. and the mosaic was from the same time period. Alcharihi wanted Miotto to work on another mosaic and mentioned having the mosaic shipped directly to Miotto for restoration. Alcharihi knew that Miotto worked more on this mosaic than he had expected and Alcharihi mentioned wanting to offer Miotto a bonus.

Regarding vases that Alcharihi had at is residence, Miotto stated that Alcharihi had many pumps with water. Alcharihi said he would send one to Miotto, but he never did.

Miotto believed Alcharihi was a highly intelligent guy that was finding a different way to make a living than most people.

Miotto was paid by check, three payments and one was $11,000 which he believed was paid from Alcharihi's personal account.

When asked if he knew how much the mosaic he restored was worth, Miotto said he did not know, Alcharihi should know. Miotto said he should have charged Alcharihi more for the work he performed. Miotto was trying to be fair with Alcharihi.

Regarding the drafts that Miotto prepared for the bird in the mosaic, he stated he did not feel comfortable with the versions he provided.

Miotto never met Alcharihi's brother. When Miotto saw Alcharihi's neighbors, he waived hello.

It was Miotto's understanding that Alcharihi purchased the mosaic with his own money.

ALC-GOV-000273

Continuation of FD-302 of (U) Telephonic Interview of Stephen Miotto. , On 11/02/2016 , Page 8 of 8

Alcharihi requested that Miotto provide an estimate of the travel and costs for installing the mosaic in Qatar. Alcharihi told Miotto that the mosaic was going to be installed in a new museum and Miotto could install the piece as a bonus. Miotto believed Alcharihi was trying to get Miotto more money as a bonus for the work he previously performed.

In conversations with Alcharihi, Miotto advised that they spoke of travel, life in Syria and Turkey. Alcharihi said he previously worked in a hydro plant or greenhouse in Saudi Arabia.

ALC-GOV-000274