# Exhibit G – Photographs of Mosaic Produced as Government Expert Materials



ALC-GOV-026224



ALC-GOV-026225



ALC-GOV-026226



ALC-GOV-026227



ALC-GOV-026228



ALC-GOV-026229



ALC-GOV-026230



ALC-GOV-026231



ALC-GOV-026232



ALC-GOV-026233



ALC-GOV-026234



ALC-GOV-026235



ALC-GOV-026236



ALC-GOV-026237



ALC-GOV-026238



ALC-GOV-026239



ALC-GOV-026240



ALC-GOV-026241



ALC-GOV-026242



ALC-GOV-026243



ALC-GOV-026244



ALC-GOV-026245



ALC-GOV-026246



ALC-GOV-026247



ALC-GOV-026248



ALC-GOV-026249



ALC-GOV-026250



ALC-GOV-026251



ALC-GOV-026252



ALC-GOV-026253



ALC-GOV-026254



ALC-GOV-026255



ALC-GOV-026256



ALC-GOV-026257



ALC-GOV-026258



ALC-GOV-026259



ALC-GOV-026260



ALC-GOV-026261



ALC-GOV-026262



ALC-GOV-026263



ALC-GOV-026264



ALC-GOV-026265



ALC-GOV-026266



ALC-GOV-026267



ALC-GOV-026268



ALC-GOV-026269



ALC-GOV-026270



ALC-GOV-026271



ALC-GOV-026272



ALC-GOV-026273