

ALC-GOV-026298



ALC-GOV-026299



77

ALC-GOV-026300



ALC-GOV-026301



ALC-GOV-026302



ALC-GOV-026303



ALC-GOV-026304



ALC-GOV-026305



ALC-GOV-026306



ALC-GOV-026307



ALC-GOV-026308



ALC-GOV-026309



ALC-GOV-026310



ALC-GOV-026311



ALC-GOV-026312



ALC-GOV-026313



ALC-GOV-026314



ALC-GOV-026315



ALC-GOV-026316



ALC-GOV-026317



ALC-GOV-026318



ALC-GOV-026319



ALC-GOV-026320



ALC-GOV-026321



ALC-GOV-026322



ALC-GOV-026323



ALC-GOV-026324



ALC-GOV-026325



ALC-GOV-026326