# Exhibit 1 - 9/28/2021 Govt's Expert Disclosure, and Michael Cohn's Report & CV



# United States Department of Justice

## United States Attorney's Office
## Central District of California

---

*Mark A. Williams*
*Phone: (213) 894-3359*
*E-mail: mark.a.williams@usdoj.gov*

*1300 United States Courthouse*
*312 North Spring Street*
*Los Angeles, California 90012*

September 28, 2021

**VIA E-MAIL**

Georgina Wakefield
Ashley Mahmoudian
Deputy Federal Public Defenders
Federal Public Defender's Office
321 E. 2ⁿᵈ St.
Los Angeles, CA 90012

> Re:   United States v. Alcharihi
>         CR No. 20-307-GW

Dear Ms. Wakefield and Ms. Mahmoudian:

Pursuant to Rule 16(a)(1) of the Federal Rules of Criminal Procedure, this letter constitutes the government's initial disclosure regarding its intention to call the following experts at trial in this matter: Dr. Eric Doehne, Eduardo P. Sánchez, Basileus Zeno, Michael Cohn, and Heather Sparks. The United States intends to introduce expert and/or opinion testimony from these witnesses on the topics summarized below (and discussed in more detail in the reports referenced below) under Rules 702, 703, and/or 705 of the Federal Rules of Evidence.

Pursuant to Rule 16(b)(1)(C), the government hereby requests disclosure of testimony that you intend to use under Rules 702, 703 and/or 705 of the Federal Rules of Evidence.

The following paragraphs summarize the anticipated testimony of each expert, but please refer to the reports cited below and attached for a more complete description of their background, training, experience, analysis, opinions, and bases and reasons for their opinions, all of which we anticipate these witnesses will testify about at trial.

### Dr. Eric Doehne

Dr. Doehne is a conservation scientist and the principal consultant at Conservation Sciences, a Los Angeles-based international consulting firm that uses interdisciplinary tools and data to evaluate, diagnose, authenticate, and preserve cultural heritage resources, among other things. We anticipate that Dr. Doehne will testify regarding his evaluation, testing, and analysis of the mosaic at issue in this case ("the Mosaic"). Dr. Doehne will testify that various factors indicate that the composition and condition of the Mosaic's tesserae are consistent with the

Wakefield / Mahmoudian
RE:  U.S. v. Alcharihi
September 28, 2021
Page 2

Mosaic being ancient and from the Eastern Mediterranean area. He will also testify that the Mosaic is authentic and likely from Syria.

The reasons and bases for Dr. Doehne's testimony are his training and experience as well as the examination and analysis that he conducted on the Mosaic. Further information regarding Dr. Doehne's experience and anticipated testimony is attached hereto as **Exhibit A**, containing his CV and the report that was produced in discovery (ALC-GOV-022814 - ALC-GOV-022837).

### Eduardo P. Sánchez

Mr. Sánchez is an antiquities conservator who also examined and analyzed the Mosaic. We anticipate that Mr. Sánchez will testify regarding his analysis of the Mosaic, including his opinions and conclusions regarding the Mosaic's iconography, technical attributes, and surface and structural condition. For example, Mr. Sanchez will testify that characteristic wear of the Mosaic matches other mosaics from the ancient Mediterranean periods, and that the surface wear patterns on the stone combined with surface pitting indicate centuries-old patterns of deterioration. He will also discuss how the Mosaic's glass tesserae exhibit corrosion is an indication of a process that takes a long period of time to produce certain characteristic changes that occurred here, and he is expected to opine that mineral deposits and calcified mineral accretions throughout the mosaic are most likely from water, salts, and minerals from the surrounding find area. In addition to testifying regarding the other information and opinions discussed in his report, Mr. Sánchez will conclude that there is a high probability that the Mosaic is ancient and from a Mediterranean location.

The reasons and bases for Mr. Sánchez's testimony are his training and experience and his examination and analysis of the Mosaic. Further information regarding his experience and anticipated testimony is attached hereto as **Exhibit B**, containing his CV and the reported that was produced in discovery (ALC-GOV-022639 - ALC-GOV-022645).

### Basileus Zeno

Mr. Zeno has training and experience in art and archaeology, including hands-on experience with Syrian mosaics. We anticipate that Mr. Zeno will testify regarding his examination and analysis of the Mosaic and his opinions regarding the Mosaic's iconography, style, age, and geographic origin. Mr. Zeno will testify that the Mosaic is authentic and consistent with the style and iconography of mosaics found in Syria, and that he estimates that the Mosaic is approximately 2,000 years old. Mr. Zeno will also testify regarding the likelihood that the Mosaic was previously located on a floor. In addition, Mr. Zeno will testify that there has been an increase in illegal excavations of cultural property in Syria, and that looted artifacts are routinely transported from Syria through Turkey.

The reasons and bases for Mr. Zeno's testimony are his training and experience along with his examination and analysis of the Mosaic. Further information regarding his experience and anticipated testimony is attached hereto as **Exhibit C**, containing copies of his CV, reports,

Wakefield / Mahmoudian
RE:  U.S. v. Alcharihi
September 28, 2021
Page 3

and declarations that were produced in discovery (ALC-GOV-022624-ALC-GOV-022629; ALC-GOV-026150-ALC-GOV-026223).

### Michael Cohn

Mr. Cohn is an appraiser experienced in evaluating antiquities and artwork. We anticipate that Mr. Cohn will testify regarding his review and analysis of the Mosaic as well as other mosaics, and his opinion that the Mosaic has a fair market value of $450,000. The reasons and bases for Mr. Cohn's testimony are his training and experience and his examination and analysis of the Mosaic. Further information regarding his experience and anticipated testimony is attached hereto as **Exhibit D**, containing copies of his CV and report that were produced in discovery (ALC-GOV-022887-ALC-GOV-022910).

### Heather Sparks

Finally, although we do not view her testimony as "expert testimony" per se because she will primarily testify concerning facts, investigative steps, and the importation process associated with the Mosaic at issue in this case, we are designating United States Customs and Border Protection ("CBP") Import Specialist Heather Sparks as an expert out of abundance of caution. We anticipate that Ms. Sparks will testify regarding her review of the import documents associated with the Mosaic as well as her experience with imports in general. Ms. Sparks observed that the Country of Origin for the Mosaic was listed as Israel, despite the lack of any information in the import materials establishing that the Mosaic came from Israel, and that the importer failed to pay certain fees associated with the import. Ms. Sparks will testify that had the Country of Origin been listed as Syria or Turkey, the import documentation would have been scrutinized and additional supporting documentation would have been requested.

Ms. Sparks will explain that importers must accurately describe and declare the true value of the entire shipment, and that the declared value of the merchandise and the Country of Origin, among other things, play a role in determining the amount of import duties to be paid and the scrutiny the import will receive. The description of the merchandise being imported is particularly important because CBP uses that information to assign duties and to keep track of merchandise entering the United States. Ms. Sparks will also testify that a Formal Entry is required for imports that exceed $2,500. Ms. Sparks will explain that paying $12,000 for one imported item but declaring the total value of all imported items to be $2,199 is considered false invoicing and constitutes providing false material information, and that undervaluing imported items deprives that United States of revenues. Ms. Sparks will testify that had the correct amount and country of origin been declared for the Mosaic import, the shipment would have resulted in additional scrutiny by CBP.

Ms. Sparks will also testify that based on her training and experience, antiquities smugglers declare antiquities as other merchandise to avoid unwanted attention by CBP even though legitimate antiquity imports do not require the payment of import duties, and that multiple invoices are used to avoid detection by authorities. Ms. Sparks will testify that even if

Wakefield / Mahmoudian
RE:  U.S. v. Alcharihi
September 28, 2021
Page 4

an importer hires a customs broker, it is still the importer's responsibility to provide correct information to Customs.

The reasons and bases for Ms. Sparks' testimony are her training, experience, familiarity with facts and evidence in this case, and her knowledge and experience concerning imports generally and the techniques antiquities smugglers use to avoid detection or scrutiny by U.S. authorities, among other topics identified. Further information regarding her anticipated testimony is attached hereto as **Exhibit E**, containing a report produced in discovery (GOV-000346-ALC-GOV-000350).

The government reserves the right to supplement this letter with additional information about any of the aforementioned witnesses and/or their anticipated testimony prior to trial. The government further reserves the right to replace any of the aforementioned experts with a similarly qualified expert should the need arise and/or to provide supplemental expert witnesses should it be deemed necessary. In addition, if your case on defense raises any issues that these experts are qualified to address, we may also ask these witnesses to testify on rebuttal.

 If you have any questions or concerns, or would like to discuss further, please feel free to contact me.

Very truly yours,

/s/

MARK A. WILLIAMS
MATHEW W. O'BRIEN
Assistant United States Attorneys
Environmental and Community Safety Crimes Section

CHRISTIAN A. LEVESQUE
Trial Attorney
U.S. Department of Justice

# EXHIBIT D



**Michael Cohn**
**Fine Art Consultants LLC**
Appraisers Contemporary Art + Asian Antiquities

\*\*\* mc-artconsultants.com

### Fair Market Value Appraisal for Information Purposes

**Effective Valuation Date:**
8/13/15
**Client**
U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Investigation

█████████████████████
█████████████4
**Prepared by:**
Michael Cohn Fine Art Consultants, LLC
of █████████████████████

**Issue Date of Report:**
9/27/18

**TITLE PAGE  & TABLE OF CONTENTS**……………….....…………………..i

**OBJECT REPORT pages**…………………… 1-8

**APPRAISER'S CERTIFICATION & FAIR  MARKET  VALUE**……...ii,iii

**SCOPE OF WORK**……………………………………….……….iv,v

**APPRAISER'S QUALIFICATIONS**…………………….....………vi

**STATEMENTS, INDEMNIFICATION and DISCLAIMER** ……,,,……vii, viii

**PROCEDURES & GENERAL STATEMENT**………………………,…ix

**APPRAISAL TERMINOLOGY & DEFINITIONS**………….,,,,,,,,,,,,,,,,,x, xi, xii

**SOURCES OF DATA & BIBLIOGRAPHY**……………….,,,,,,,,,,,,,,,,,xiii

**Michael Cohn**
**Fine Art Consultants LLC**
Appraisers Contemporary Art + Asian Antiquities

*** mc-artconsultants.com

## APPRAISER'S CERTIFICATION & FAIR  MARKET  VALUE

I, Michael Cohn, hold myself out to the public as a professional appraiser of  Asian Art and American, European, Modern, and Contemporary Fine Arts.

The objective of this report is to provide an unbiased fair market value guideline and a basis for information use  by client only. I have no bias with respect to the parties involved with this assignment.

I certify that, to the best of my knowledge and belief, the statements of fact contained in this report are true and correct; the reported analyses, opinions and conclusions are limited only by the reported Assumptions, Limiting Conditions, Extraordinary Assumptions and Hypothetical Conditions. The values expressed herein are based on my professional judgment and opinion and are not representations or warranties that the items will realize such values if offered for sale in an appropriate market.

This Appraisal Report is prepared in conformity with the 2018-2019 Uniform Standards of Professional Appraisal Practice, written by the Appraisal Standards Board of the Appraisal Foundation in Washington, D.C. The Appraisal Foundation is a congressionally sanctioned, not-for-profit organization, established in 1987 and dedicated to the advancement of professional valuation for appraisers and users of appraisal services to ensure public trust in the work performed by appraisers. To my knowledge and recollection, I have performed no services, as an appraiser or in any other capacity, regarding the particular objects which are the subject of this report within the three-year period immediately preceding the acceptance of this assignment. I have no past, present, or contemplated future financial or other interest in the appraised property.

Total pages of report: 21 pages,
Total number of articles appraised: #1
Examination Date:  8/20/18
Research Date(s): 07/09/2018 to 09/20/2018
Effective Valuation Date: 08/13/2015
Issue Date of Report: 09/27/2018

I examined the articles listed herein) and without any past, present, or contemplated future interest, declare the current fair market value of each item as of the effective valuation date, the date or expected date of transfer of ownership. Valuation is based on research and analysis of sales comparison data. No other party provided significant assistance in the valuation of the appraised property.

**Purpose: Information   Value: Fair Market   AppID/Eff. Date: LA8/13/15      Page      ii**

ALC-GOV-022888



**Michael Cohn**
**Fine Art Consultants LLC**
Appraisers Contemporary Art + Asian Antiquities

*** mc-artconsultants.com

Compensation for this Appraisal Report is not contingent upon the arrived valuation. Fee is based on an hourly rate, plus expenses. No person, group, or organization was given a fee in connection with the procurement of this appraisal assignment Additionally, neither compensation nor my engagement is contingent upon the reporting of a predetermined value or direction in value that favors the cause of the clients, the amount of the value estimate, the attainment of a stipulated result, or the occurrence of a subsequent event.

The entire report is required to fully understand the assignment and these Certification Pages do not encompass the entire report and are not valid without reading and understanding the entire report.

The objects described in this report have a **Total** **Fair Market Value** of **$450,000.00 (four hundred fifty thousand dollars).**

Michael Cohn, Member
**For Michael Cohn Fine Art Consultants LLC**
#743107491
Date: 9/27/18

**Purpose: Information   Value: Fair Market   AppID/Eff. Date: LA8/13/15     Page   iii**

8

ALC-GOV-022889



**MICHAEL COHN**
**FINE ART CONSULTANTS LLC**
Appraisers ofContemporary Art + Asian Antiquities

*** mc-artconsultants.com

## <u>OBJECT REPORT</u>

<u>APPRAISAL</u>**:** To determine the fair market value of mosaic measuring approximately 81.75 by 177.5 inches on an effective date of August 13, 2015.



<u>DESCRIPTION</u>: The mosaic is with a central image of Prometheus, a Titan (deity) in ancient Greek mythology.  The mosaic depicts the punishment of Prometheus, who was credited, in defiance of the will of Zeus, king of the gods, with stealing fire and giving it to humanity.  Zeus discovers the treachery of Prometheus and has him bound to a rock on a mountain, and each day, sends an eagle to feast on his liver.  Prometheus's liver regenerates by the next day and the eagle returns to repeat this torture.   The cycle continues for all eternity.   In the mosaic, Prometheus is depicted as bound to a rock with his outstretched hands. To his left

is the figure of Hercules, holding a bow and arrow; in some accounts of this myth, Hercules rescues Prometheus, releasing him from his fate. There is also kneeling figure of a woman with a child. The entire composition is set within a geometric border. According to specialist interviewed at investigation on March 10, 2017 in the Federal Bureau of Investigation report, the mosaic is dated "after 100 to 460 AD." The Specialist advised that the mosaic is "approximately 2,000 years old." The Specialist also indicated "he previously worked on about 1,000 similar mosaics when he was in Syria". There are missing tesserae so part of the composition remains unfilled. The composition includes gray, tan and cream colors.

<u>CONDITION</u>: According to a Specialist interviewed at investigation on March 10, 2017 in the FBI report, "the mosaic was previously restored. The border on top of the mosaic was missing." The Specialist identified new tiles added to the border. Furthermore, the Specialist indicated some deteriorated tesserae and a lacuna (gap) on the left side of the mosaic. Also, it was indicated that the mosaic would probably have been larger originally.

<u>AUTHENTICITY</u>: According to the March 10, 2017 FBI report, the Specialist viewed the mosaic and advised that, in his opinion, the mosaic was authentic and was previously on a floor or pavement. He noted that on some edges of the mosaic there were new tesserae. He also noted a depression on the mosaic. The mosaic showed new and old material/ tesserae on the border.

<u>HISTORY OF SYRIA</u>:  The region was considered to be, both economically and strategically, a very important part of the early Roman Empire and Byzantine period. As described in Wikipedia, "Syria was an early Roman province, annexed to the Roman Republic in 64 BC by Pompey in the Third Mithridatic War, following the defeat of Armenian King Tigranes the Great. The Byzantine Empire, also referred to as the Eastern Roman Empire and Byzantium, was the continuation of the Roman Empire in its eastern provinces during Late Antiquity and the Middle Ages, when its capital city was Constantinople.
The region remained one of the most important provinces of the Byzantine Empire. During late Antiquity, it was one of the major commercial, agricultural, religious and intellectual areas of the Empire, and its strategic location facing the Sassanid Empire and the unruly desert tribes gave it exceptional military importance.

Comps

Comp 1:     Mosaic with a Symposium Scene Eastern Mediterranean,
            circa 3rd to 4th Century, A.D.


Dimensions: 98.4"H x 137.8"L

Price: 6,000,000 USD Verbal July 2018

Dealer:  Alexander Gherardi, Phoenix Ancient Art, New York City, NY

Provenance: Formerly in the Joseph Ziadé collection, Beirut, Lebanon, 1950s,
thence by descent, with Farid Ziadé; Ex- Lebanese private collection, acquired
from Farid Ziadé in 1982; European private collection, since 2000.

Exhibited:  Château de Boudry, Neuchâtel, Switzerland, ongoing.



Comp 2:     Byzantine Mosaic Panel, Syria, 5th to 6th Century, A.D.

Dimensions:  54.375"H x 56.75"L

Estimate:  30,000 - 50,000 USD

Price Realized: 34,375 USD

Sale:  Sotheby's New York, Antiquities, December 10, 2008, Lot 73

Provenance:   Acquired in 1969 by present owner from Asfar Bros., Hotel St. George, Beirut



Comp 3:     Multicolored *tesserae* depicting deer facing right Byzantine mosaic
              fragment, 5th to 6th Century, A.D.


Dimensions: 46"H x 37"L

Estimate: $7,000 – 10,000 USD

Price Realized: $6,875 USD

Sale: Sotheby's, New York, Antiquities Day Sale, Lot 85, 12/12/2013

Provenance: B.C. Holland, Chicago, inv. no. D79-11-18
               Acquired by seller from above in 1982



Comp 4: A Byzantine mosaic panel circa 5th-6th century A.D.

Composed of multi colored *tesserae* on a cream ground, depicting the seated god Hermes, wearing his winged cap.

Dimensions: 69 H x 39 L ins.

Estimate:  30,000 to 50,000 GBP

Price Realized: 79,875 GBP (124,239 USD)

Sale: Christies, London, UK Lot 145  May 2, 2013

Provenance: Private collection, UK, acquired Galerie Serres, Paris, June 1993



Analysis of Value

Size, condition, period, and provenance are all-important factors in valuing an object. While there is not an absolute direct correlation, these factors will indicate the direction of a valuation. The four sales comps provide a range of size, condition and period.

Comp 1 is of substantial size, almost two times the size of the appraised piece. It is assumed to be of excellent condition from the image. The composition/ subject matter is more detailed. The piece is possibly from an earlier period, which is generally valued higher. The piece is from a known dealer. Reportedly, the comp piece has been exhibited publically.

Comp 2 is about 1/5 the size of the appraised piece. The piece is a fragment and incomplete. There are missing *tesserae* and weathering. The composition is less interesting and also less complete than the appraised piece. The comp piece was sold at a public sale in 2008. The provenance is from a known source as of 1969. The period is similar.

Comp 3 is about 1/9 the size of the appraised piece. The condition features areas of loss and cracks and is set in modern cement. It is much less complete than the appraised piece. The composition is less engaging due to its incompleteness and content. The provenance is B.C. Holland, Chicago, IL (inv. no. D79-11-18). Acquired by seller from above in 1982.

Comp 4 is about 1/5 the size of the appraised piece. The comp piece appears to be similar, although less complete. The composition is engaging. While less complete overall, the Hermes figure is relatively intact. The provenance is a private collection in the UK, acquired Galerie Serres, Paris, June 1993.

Comment:   Restoration on the appraised piece is acceptable given that a substantial part is original and the restoration allows the piece to be presented well. Generally speaking, as size increases, the value of pieces increases and often geometrically. Earlier pieces 2nd to 4th Century are usually valued higher than later 4th to 6th Century pieces. Provenance is important given international laws for export of objects of age and national importance. The provenance for the appraised piece is important and of value since it speaks to the right to own and export it. While the appraiser is not an authenticator, the assumption regarding its

authenticity was made according to reports made available to the appraiser. The auction prices generally for the beginning of the 21st Century were stable with no great increases.  The market has softened in more recent times and become very thin in the public sphere; much of the sales are done privately.

Given that Comp 1 is much larger, with a more elaborate composition and an earlier period, the appraised piece would be worth considerably less. Comp 2 is about 1/5 the size. It is from a similar or slightly later period.  It appears to be in similar condition; however, the composition is less interesting.   Comp 3 is much smaller, much less interesting and less complete although from a similar or slightly later period.  Comp 4 is smaller and less complete but good presentation.

**Fair Market Value:  $450,000.00**

**Michael Cohn**
**Fine Art Consultants LLC**
Appraisers Contemporary Art + Asian Antiquities

\*\*\* mc-artconsultants.com

## SCOPE OF WORK

**Problem to Solve:** The appraiser was asked to appraise the objects in this report for a Information use by the client only.

**Object Category:** Cultural Object,

**Client:** U.S. DEPARTMENT OF JUSTICE Federal Bureau of Investigation

**Owner:** To Be Determined

**Intended Use of Appraisal:** Information purposes

**Intended User:** Client

Effective Date of Appraisal:  8/13/2015

**Date of Inspection:** 8/20/2018

**Assignment** Conditions & Inspection Inside facility under synthetic light with magnification**.**

**Assumptions:** This Appraisal Report is based only on the readily apparent identity of the items appraised, and no further opinions or guarantee of authenticity, genuineness, attribution, or authorship is made. This Appraisal Report is not an indication or certificate of title ownership. Information furnished by client, client's representatives and  consulting sources is assumed to be reliable.

**Specific Assignment Conditions (Assumptions):** (list as applicable: that which is taken to be true, i.e. medium assumed correct as represented) The condition of objects used as comparables  in auction and dealer descriptions were assumed to be in good conditon unless reported clearly to the contrary in those descriptions.  Assumptions were made to authenticity, sturcutral condition based on reports given both in writing and verbally by client.

**Specific Assignment Conditions (Extraordinary Assumptions):** (list as applicable: that which, if found to be false, could alter the appraiser's opinions and conclusions, i.e. verbal info provided by client assumed to be correct, authorship, authenticity, client has title, etc.) Assumptions were made to authenticity, sturcutral condition based on reports given both in writing and verbally by client.

**Specific Assignment Conditions: (Limiting Conditions):** (list as applicable: conditions which limit the examination, research or writing of your report, i.e. items not removed from frames, etc.) No independetn testts were done by appraiser to asses authenticity or conditon. Assumptions were made to authenticity , sturcutral condition based on reports given both in writing and verbally by client.

**Specific Assignment Conditions (Hypothetical Conditions):** (if any, list as applicable: those conditions which are contrary to what exist but are supposed for the purpose of analysis, i.e. items destroyed) If information present ed to appraiser was incorrectt

**Ownership Interest:** The question of title was not an issue. As such, the appraiser did not perform an Art Loss Registry Inquiry.

**Purpose: Information   Value: Fair Market   AppID/Eff. Date: LA8/13/15      Page   iv**

ALC-GOV-022898



**Michael Cohn**
**Fine Art Consultants LLC**
Appraisers Contemporary Art + Asian Antiquities

*** mc-artconsultants.com

**Authenticity:** Although the appraiser is not an authenticator, the appraiser had no reason to doubt the authenticity of the work
**Appraiser's Past Exposure to Appraised Objects:** Although the appraiser has appraised similar objects for other clients, to the appraiser's knowledge and recollection, this is his initial association with these particular object(s), as an appraiser or in any other capacity.

**Type of Value:** Fair Market Value
**Approach to Valuation:** Market Data Comparison
**Definition of Market Data Comparison Approach and Market Examined:** The "market data comparison" approach analyzes recent sales of comparable articles at major international and regional fine art auctions, private and public sales, shows and exhibitions, as well as prevailing prices at retail shops and galleries where the article may normally be traded
**Marketplace:** Auction,  Retail Dealer /Geographic Region: Global



**Michael Cohn**
**Fine Art Consultants LLC**
Appraisers Contemporary Art + Asian Antiquities

*** mc-artconsultants.com

## APPRAISER'S QUALIFICATIONS:  Michael Cohn, AAA

**Appraiser Experience:** Michael Cohn has been an appraiser and member of Appraisers Association of American (AAA) since 1997. He is a certified appraiser in Asian Antiquities and Asian Contemporary Art. Michael Cohn also has more than 40 years experience with modern and  contemporary art. He has written numerious USPAP-compliant donation appraisals to major musuems and other cultural institutions across the US. For the AAA, he served on the committee to write the organization's Speciatialist Examination.  He is also teacher, lecturer and writer on art and the art market.  He taught various courses in Appraisal Studies at New York University.He has lectured at museums, art fairs, and other events, e.g., Art Moscow, Russia; Phoenix Art Museum, AZ; and AAA Annual Convention. He also writes on appraising and the art martket, e.g., contributing the chapters "Science and Art" to *An Approach to the Advanced Prbolems of Appraising Art* (2013) and "Asian Art" to *Appraiser Art:  The Definitive Guide* (2012).

**Specializations:** Asian material including antiquities, cutlural objects, and contemporary art as well as contemporary art fine objects in general.

**Education:**  Michael Cohn has a BA from Boston University, a doctorate in optometry, OD, from Salus University. He regulaly attends symposiums organized by musuems, international art fairs, auction houses, galleries and universities. He participates in continuing education courses regarding USPAP.

**Professional Affiliations**:  Certified Member, AAA; Past and Current Representative to AAA Board; Faculty Member, Appraisal Studies, NYU-SPSC, 2004-15; Member, National Arts Club Appraisal Committee; Member of these organizations, Catalogue Raisonné Scholars Assoc.; Producer's Council, New Museum, NY, NY; Salvador Dali Research Centee; Art Advisory Committee, Hunter College, NYU; Board of Directors, Hunter College Foundation, NYU; Board of Directors, Friends Without Borders/ Children's Hospital, Siem Reap, Angkor, Cambodia (emeritus); American Committee on S.E. Asian Art.

**Summary of Qualifications:** Michael Cohn has been involved with Fine Arts for more than 40 years as an appraiser (since 1997), dealer of Asian material (1990-2008), lifelong collector of Asian art and Contemporary Fine Art as well as educator, lecturer and writer. He typically attends more than 40 hours of lectures and symposiums each year and actively attends art fairs and conferences around the world, for example, Asia Week, Armory Fair and Frieze (New York); Art Basel in Miami and Hong Kong; Art Tokyo and Parasophia (both Japan); FIAC, Paris**.**

**Purpose: Information   Value: Fair Market   AppID/Eff. Date: LA8/13/15      Page   vi**

ALC-GOV-022900



**Michael Cohn**
**Fine Art Consultants LLC**
Appraisers Contemporary Art + Asian Antiquities

*** mc-artconsultants.com

## Statements, Indemnification and Disclaimers

Unless otherwise stated herein, this Appraisal Report is based only on the readily apparent identity of the items appraised and no further opinions or guarantee of authenticity, genuineness, attribution, or authorship is made. However, in appraising the subject articles, I found no reason to question the authenticity of the articles, except as noted.

Unless otherwise stated herein, the appraised value is based on whole ownership and possessory interest undiminished by any liens, fractional interests or any other form of encumbrance or alienation. This Appraisal Report is made at the request of the parties named for their use. The Appraisal Report is not an indication or certificate of title ownership. The identification of the interest of the requesting parties is simply represented to me by such parties and no inquiry or investigation has been made or is any opinion given as to the truth of such representation.

The values expressed herein reflect my professional judgment and opinion and are not a representation or warranty that the items will realize that value if offered for sale at an auction or otherwise. The values expressed are based on current information on the assigned effective valuation date stated on the cover page of this report. No opinion is hereby expressed as to any future value, nor unless otherwise stated, as to any past value.

The market level selected for this assignment is based on the property's current use and alternative uses as relevant to the type and definition of value and the intended use of the Appraisal Report. As such, I considered the most common marketplaces given the purpose of this appraisal assignment.

The client shall indemnify, defend and hold me as the appraiser harmless from and against all actions, claims, liabilities or expenses incurred as a result of claims based on or arising from the Appraisal Report, by third parties unrelated to the stated purpose of this Appraisal Report.

I am not required to give testimony, be present in any court of law, or appear before any commission or board by reason of this Appraisal Report without reasonable prior notice. Should this report be challenged in any way, not limited to litigation, it is understood that I am prepared to defend this Appraisal Report, if required. Appearance and testimony at deposition, trial, or alternative dispute resolution proceedings and the necessary preparations thereof are considered to be new and separate assignments. Such assignments will be billed at my then current fee schedule



**Michael Cohn**
**Fine Art Consultants LLC**
Appraisers Contemporary Art + Asian Antiquities

\*\*\* mc-artconsultants.com

Possession of this report, or a copy thereof, does not include the right of publication without written consent. This report in its entirety, or any part thereof, including my identity as the appraiser or my firm, shall not be made public through advertising, public relations, news releases, sales, or other distributive or information media without written consent.

Copies of this Appraisal Report and my written and electronic notes pertaining to the appraisal assignment will be kept in the offices of  Michael Cohn Fine Art Consultants, LLC for a minimal period of five (5) years after the date of issue or two (2) years after final disposition of any judicial proceedings involving myself, whichever period expires last. Michael Cohn Fine Art Consultants, LLC is not responsible for acts of nature, war, terrorism, or other unexpected catastrophes which may affect the safekeeping of this report.

All matters regarding my duties, responsibilities and liabilities are in accord with the Valuation Standards and Professional Practices as outlined by the Appraisal Foundation in the 2018-2019 Uniform Standards of Professional Appraisal Practice and the Principles of Practice and the Code of Ethics of the Appraisers Association of America.

Submission of this Appraisal Report concludes this appraisal assignment. Additional services related to this appraisal shall constitute a new assignment and shall be invoiced according to my current fee schedule at that time.



**Michael Cohn**
**Fine Art Consultants LLC**
Appraisers Contemporary Art + Asian Antiquities

\*\*\* mc-artconsultants.com

## PROCEDURES & GENERAL STATEMENT

An examination of the object or objects are done either visually by appraiser or a representative or from photographs provided by client or his representative using the object ID recommended by many museums and that includes some but not necessarily all the following:

| | |
|---|---|
| Object type | Description |
| Material | Distinguishing features |
| Technique | Marks/ Inscriptions |
| Measurement | Title |
| Condition | Subject |
| Country of Origin | Maker/ Artist |

Objects are examined, but the examination is limited in general by procedures that do not disrupt the integrity of the object and are not invasive. Thus magnification, measurement devices and some instrumentation such as magnet are used. Objects are not disassembled unless they ordinarily are and intended to be. Objects are not removed from frames unless presented in that manner.

Scientific reports are incorporated when provided as well as scholarly works, publication history, exhibition history and provenance. Ownership history is generally accepted as reported by contracting party. Although the appraiser is not an authenticator, the appraiser had no reason to doubt the authenticity of the work; authenticity is not researched unless specially stated.

A  Market Data Comparison Approach, using an analysis of relevant comparable sales in the most appropriate marketplace, is used unless stated otherwise.

Photographs are not provided by the appraiser. For some purposes including tax related purposes of objects of a certain value photographs are required. Any required photographs are the responsibility of parties or associates requesting the appraisal.. As a guideline the Internal Revenue Service indicated the acceptable formats are Transparencies 4" x 5" color photographic transparencies made by a professional photo lab or Photographs 8"x 10" color photographs printed on photographic paper or Digital Images high resolution color digital images (labeled with descriptive information) may be submitted on a CD together with a printed image of each object (thumbnails are acceptable for identification purposes).

**Purpose: Information   Value: Fair Market   AppID/Eff. Date: LA8/13/15     Page    ix**

ALC-GOV-022903



**Michael Cohn**
**Fine Art Consultants LLC**
Appraisers Contemporary Art + Asian Antiquities

\*\*\* mc-artconsultants.com

## APPRAISAL TERMINOLOGY & DEFINITIONS

**Fair Market Value (FMV):** The price that property would sell for on the open market between a willing buyer and a willing seller, with neither being required to act, and both having reasonable knowledge of the relevant facts. If you put a restriction on the use of property you donate, the FMV must reflect that restriction. This succinct definition is stated in several IRS rules and regulations and publications. However, application of FMV has been specified and modified by various court decisions. For a complete discussion of these decisions see *Art Law: The Guide for Collectors, Investors, Dealers and Artists.*

**Replacement Value (RV):** The amount it would cost to replace an item with one of similar and like quality purchased in the most appropriate marketplace in a limited amount of time.  Comment: RV is applied, almost exclusively, to insurance policies, and is generally the highest valuation figure for personal property.

**Liquidation Value:** The price realized in a sale situation under forced or limiting conditions and under time constraints. This action may be initiated by the owner or the crediting institution.  Comment: It is implicit in this definition that Liquidation Value will generally be lower than other types of valuation.

**Salvage:** A valuation term implying abandonment by the rightful owner in which the recoverant may be entitled to a pre-agreed percentage of any net price realized in a future sale. Comment: Although there have been some exceptions, salvage is generally the lowest type of price realized in a sale situation.

**Marketable Cash Value (MCV):** The value realized, net of expenses, by a willing seller disposing of property in a competitive and open market to a willing buyer, both being reasonably knowledgeable of all the relevant facts and neither being under constraint to buy or sell. Comment: It is implicit in this definition that the sale takes place within an agreed upon time period, with a specified method of payment, and that the sale will take place in the best available marketplace, and that sufficient time is allowed to advertise properly. MCV is most appropriately applied to equitable distribution situations, when tangible property may be exchanged for cash or other financial arrangements. It should also be noted hat several tax attorneys are currently challenging the IRS in the hope that marketable cash value may be substituted for fair market value for the calculation of estate tax liabilities.

**Primary and Secondary Markets**: **Primary market** is one created by either the maker or agent of the maker when an object is sold for the first time.  **Secondary market** is the venue for sale of an object between a seller and a buyer neither of whom had participated in the creation or initial sale of the object.  Comment: In the instance of multiples, a valid secondary market cannot exist while the maker or his agent retains a supply of the original offering.  **Tertiary market** occurs in forced sale situations such as liquidation or salvage sales.

**Purpose: Information   Value: Fair Market   AppID/Eff. Date: LA8/13/15   Page   x**

ALC-GOV-022904

**Michael Cohn**
**Fine Art Consultants LLC**
Appraisers Contemporary Art + Asian Antiquities

███ █ ███████████████████████ *** mc-artconsultants.com

**Valuation Approaches**

**Income Approach**: Used to determine the value of a work of art or object which will be used to generate future income, most commonly through leasing, rental, or reproduction, but not through a one-time only sale with transfer of title and/or copyright.

**Cost Approach:** Used to determine the value of a work of an object based upon the cost of duplicating or recreating an identical piece. This approach may be applied to the decorative arts when the methods of construction or materials used are replicable and of significant inherent value. This approach is never applicable to fine arts in which the value of the item being appraised is unaffected by the lack of inherent value of the materials used in its creation (e.g. paint, canvas, paper, etc.)

**Comparative Market Data Approach:** The most commonly applied approach when appraising personal property, in which appraised value is based upon past prices for similar works by the same artist or artisan, or similar works by another artist or artisan of equal standing and related reputation.

**Certified Appraiser:** One who has been awarded this designation by a testing, self-regulating organization such as the Appraisers Association of

Comment: Currently there is no federal or state licensing of personal property appraisers. One may wish to verify that the certifying organization is a non-profit, tax-exempt entity which must conform to federal criteria and regulation.

**Certified Appraisal:** An appraisal which has been prepared by an appraiser who has been certified by a testing, self-regulated organization, using criteria established by that organization.

**Qualified Appraiser**: A definition, codified by the IRS, encompassing any appraiser who has not been disqualified by the IRS, who state themselves to be qualified to appraise the property in question.

**Qualified Appraisal**: According to the IRS, an appraisal which has been prepared by a qualified appraiser in accordance with the specific IRS rules and regulations.

**Equitable Distribution:** A division of assets in which two or more persons or businesses, each having a share, agree to a method of distribution or rely upon a third party or court to make such decision. Comment: In certain cases, there may a pre-existing agreement that determines the method of distribution. It is implicit in this definition that the parameters of value and the valuation method are determined by all concerned parties before the appraisal is begun.

**Most Appropriate Market or Marketplace:** The venue in which the appraiser determines an object can be sold most easily and at the highest price. Comment: Frequently in the case of personal property, where comparables are scarce, the most appropriate market can be a combination of auction sales and private gallery sales.

**Highest and Best Use:** A real estate term which is frequently equivalent synonymous to "Most Appropriate Market."

**Purpose: Information   Value: Fair Market   AppID/Eff. Date: LA8/13/15     Page   xi**

ALC-GOV-022905



**Michael Cohn**
**Fine Art Consultants LLC**
Appraisers Contemporary Art + Asian Antiquities

mc-artconsultants.com

**Related Use Rule:** An IRS rule applied to charitable contributions, stating that in order to receive the full allowable tax deduction, a donor must donate property to an institution whose mission explicitly includes the acquisition and use of such property.

**Comparables: The** prices realized for similar and comparable items to those being appraised, which have been sold in the most appropriate market.

Comment: Comparables are provided to substantiate the value arrived at by the appraiser. They are mandatory for most donation appraisals, and may be provided by the appraiser in other situations when the appraiser judges them to be necessary.

**Tax Identification Number:** The Social Security number of the appraiser preparing the document or the employer's identification number of a corporation supplying an appraisal. Comment: The tax identification number is required for all donation appraisals and it is recommended for inclusion in all other appraisals.

**Disclaimer:** A listing of elements for which the appraiser does not accept responsibility. Comment: Elements of the disclaimer are normally included in the appraiser's affidavit.

**Assumptions and Limiting Conditions of the Appraisal:** A listing in the appraisal of those elements included and those elements excluded.

**Alternate Valuation Date:** A date, usually six months after the date of death that may in certain circumstances be elected by the executor as the effective valuation date of assets in the decedent's gross estate for estate tax purposes.

Comment: The use of the alternate valuation date can benefit an estate that holds an asset or assets that decline materially in value during the period that immediately follows the decedent's death.

**Appraisal:** A document containing a valuation executed for specific purposes following specified guidelines.

**Appraiser:** The individual who prepares the appraisal.

**Uniform Standards of Professional Appraisal Practice:** Procedure and guidelines for correctly prepared appraisals established by the Appraisal Foundation. Comment: The Appraisal Foundation is an independent organization established by several appraisal associations, which now receives federal funds, and is empowered by Congress to establish standards for all aspects of the appraisal profession.

**Appraisal Methodology:** The procedures and rules for executing appraisals.

**Purpose: Information   Value: Fair Market   AppID/Eff. Date: LA8/13/15      Page  xii**

ALC-GOV-022906



**Michael Cohn**
**Fine Art Consultants LLC**
Appraisers Contemporary Art + Asian Antiquities

\*\*\* mc-artconsultants.com

## SOURCES OF DATA

- **Bonhams online auction database**
- **Christie's online auction database**
- **Invaluable online auction database**
- **LiveAuctioneers online auction database**
- **Sotheby's online auction database**
- **Trocadero online art and antiques gallery database**
- **Independent dealers**

**Purpose: Information   Value: Fair Market   AppID/Eff. Date: LA8/13/15      Page  xiii**

26

ALC-GOV-022907

**MICHAEL COHN**
**FINE ART CONSULTANTS llc**
Appraisers + Advisors
Contemporary Art + Asian Antiquities

\*\*\* mc-artconsultants.com

## Michael Cohn, AAA
Curriculum Vitae

Michael Cohn is an active appraiser with a wide understanding of antiquities and fine art. He is recognized by the Appraisers Association of America, the preeminent appraisal organization, as a certified appraiser, the highest level of appraisal knowledge and understanding.

- Certified Specialist –Asian Art, Appraisers Association of America
- Certified Specialist –Contemporary Asian Art, Appraisers Association of America
- USPAP Compliant 2017-18

### Writings

Appraising Art: The Definitive Guide, "Asian Art", Appraisers Association of America/ Hudson Hills Press

An Approach to the Advanced Problems Of Appraising Art, "Science and Art"

*"Contemporary Asian Art at Venice Biennale 2011"*, Appraisers Association of America Newsletter

"*The Asian Mid-Market",* Appraisers Association of America Newsletter

### Boards/ Committees

Trustee/ Board of Directors, Hunter College Foundation/ Art Advisory Committee
- The Bertha and Kar Leubsdorf Art Ga ery
- The Art st s Inst tute
- MFA Stud os and Ga ery Hudson Street

Board, Friends Without A Border, Cambodian Children's Hospital (Emeritus)

National Conference Committee, Co-Chair & Member, Appraisers Association of America

Regional Representative Board, Appraisers Association of America

Producers Council, New Museum, New York City

Salvador Dali Research Center, Member

National Arts Club, New York City, Appraisal Committee

American Committee on South Asian Art, Member

Preferred Provider Chubb Masterpiece ® Protection Network

Catalogue Raisonné Scholars Association, Member

27

ALC-GOV-022908

**Lectures / Panels**

Faculty, New York University, School of Professional Studies (courses included)
- "Asian Art"
- "Science and Use in Art Identification"
- "Survey of Contemporary Asian Art "

" Art Management", Lecture, Art Moscow, Moscow, Russia

*"Review of Asia Week -New York"*, Lecture, Appraisers Association of America

*"Collector's Issues"* Lecture, American International Fine Art Fair, Palm Beach, FL

"Survey of Asia Arts" Sotheby's Educational, New York

*"Arts of Southeast Asia"*, Lecture Phoenix Art Museum, Phoenix, AZ

**Legal/ Research**

Concorde Art Associates, LLC and Sondra Landy Gross, Plaintiffs, Forchell, Curto, Crowe, Deegan Schwartz, Mineo & Cohn, Counsel, against Weisbrod Chinese Art, Ltd…Alan G. Feist, Counsel for Defendants (analysis for value of inauthentic Chinese works of art, correlating scientific evidence, provenance and other factors for valuing)

Nancy Alison Martin & Associates California / Utility against (X) (valuing from verbal description and rudimentary images of Chinese art collection including paintings, works on paper, various Chinese objects)

Smith/ Hall/ Strongin, LLP, Ladera Ranch CA 92694 against X  (consultation-values for theft of Chinese objects)

Freeman's Auction House for U.S. Fish and Wildlife Service Endangered Species Act Antique Exception (analyzing Ivory for age)

Zarwin, Baum, DeVito, Kaplan, Schaer & Toddy, P.C Philadelphia, PA against City of Philadelphia (valuing of Chinese art collection)

Scottsdale Insurance Company represented by Virginia E. McDonald, Managing Attorney, Epstein, Gialleonardo, Harms & McDonald against Insured  (valuing damaged object)

United States Department of Justice (valuing stolen object)

Nicole Sheley, Adjuster New York, NY /Risk Consultant/ NS International, Inc. against Insured (analysis for loss of value to one of a pair of Asian stone sculpture)

Hiscox Underwriting Ltd, Essex, UK against Insured  (analysis for loss of value to damage Indian bronze)

The Barbara Wise Family Trust c/o Dana Kasarsky & Cheryl Beckwith of Adeptus Partners, LLC New York, NY against Department of the Treasury Internal Revenue Service (rebuttal response to IRS letter)

Todd White Art Photography, London, UK / & Insurer against Owner (analysis for loss of value of damaged restored bronze)

Research of Tang Sculpture for Evidence of Age and Authenticity (coordinating Scientific Investigation, Provenance Study, Inscription Translation, Stylistic Analysis, Valuation)

ALC-GOV-022909

Research of Tibetan Thanka for Evidence of Age and Authenticity (coordinating Scientific Investigation, Provenance Study, Stylistic Analysis, Valuation)

NOTE: For above appra sa s and research M chae Cohn was asked to prepare a report wh ch wou d be ut zed at t mes for arb trat on negot at on and ega processes and was on ca for ega test mony

**Interviews**

Sinovision Journal, Sinovision Television " What It Is Like to Be An Appraiser"

Montenegro Television, "The Art Market"

**Education/ Experience**

Michael Cohn has over 40 years involvement with Asia arts and culture. He has visited most of the countries in South, Southeast and Eastern Asia numerous times. His broad education includes BA from Boston University, Boston, MA and a Doctorate of Optometry from Salus University, Philadelphia, PA. His education has given him a background in the liberal arts and science, which enables an additional understanding of complex analysis of art and collectibles. His science understanding allows him to incorporate the scientific tests used today for authenticity, condition and other aspects of art objects. His liberal arts education allows for a better understanding of the philosophical and historical conditions surrounding works of art. HIs initial education has been expanded with a great deal of travel to archeological, cultural and art sights. Besides visiting most of the major and minor museums, art fairs, conferences, symposiums and galleries in the North America and Europe, he has made more the twenty trips to Asia.  His art and antiquities education has been enriched by numerous lectures, fairs and symposiums that he has attend at Harvard, Princeton, the Metropolitan Museum of Art, New York City, and many others. For many years as a dealer of Asian art, he experienced the sourcing and selling of the arts.  He has done numerous Estate appraisals for collectors, dealers and artists as well as Donation appraisals for major art museums.

Add t ona information upon request/ Partial CV

ALC-GOV-022910



*** mc-artconsultants.com

### Michael Cohn, AAA

### Curriculum Vitae

Michael Cohn is an active appraiser with a wide understanding of antiquities and fine art.

- Certified Specialist –Asian Art & Antiquities, Appraisers Association of America

- Certified Specialist –Post War Contemporary & Emerging Art, Appraisers Association of America

- Certified Specialist –Contemporary Asian Art, Appraisers Association of America

Recogn zed by the Appra sers Assoc at on of Amer ca, as the h ghest eve of appra sa know edge and understand ng.

- USPAP Compliant 2019-23

### Legal/ Research / Trial Testimony

United States vs. Michael Rohana, Pennsylvania Eastern Court, Department of Justice/ represented by  K T Newton, Defense Catherine C Henry, Appraisal, Research, Trail Testimony (valuation of separated body element from a Chinese national treasure / figure)  United States Department of Justice (valuing stolen object)

Concorde Art Associates, LLC and Sondra Landy Gross, Plaintiffs, Forchell, Curto, Crowe, Deegan Schwartz, Mineo & Cohn, Counsel, against Weisbrod Chinese Art, Ltd...Alan G. Feist, Counsel for Defendants (analysis for value of inauthentic Chinese works of art, correlating scientific evidence, provenance and other factors for valuing)

Nancy Alison Martin & Associates California Utility against (X) (valuing from verbal description and rudimentary images of Chinese art collection including paintings, works on paper, various Chinese objects)

Smith, Hall, Strongin, LLP, Ladera Ranch CA 92694 against X (consultation-values for theft of Chinese objects)

Freeman's Auction House for U.S. Fish and Wildlife Service Endangered Species Act Antique Exception (analyzing Ivory for age)

Zarwin, Baum, DeVito, Kaplan, Schaer & Toddy, P.C Philadelphia, PA against City of Philadelphia (valuing of Chinese art collection)

Scottsdale Insurance Company represented by Virginia E. McDonald, Managing Attorney, Epstein, Gialleonardo, Harms & McDonald against Insured (valuing damaged object)

Nicole Sheley, Adjuster New York, NY /Risk Consultant/ NS International, Inc. against Insured (analysis for loss of value to one of a pair of Asian stone sculpture)

Hiscox Underwriting Ltd, Essex, UK against Insured (analysis for loss of value to damage Indian bronze)

The Barbara Wise Family Trust c/o Dana Kasarsky & Cheryl Beckwith of Adeptus Partners, LLC New York, NY against Department of the Treasury Internal Revenue Service (rebuttal response to IRS letter)

Todd White Art Photography, London, UK / & Insurer against Owner (analysis for loss of value of damaged restored bronze)

Research of Tang Sculpture for Evidence of Age and Authenticity (coordinating Scientific Investigation, Provenance Study, Inscription Translation, Stylistic Analysis, Valuation)

Research of Tibetan Thanka for Evidence of Age and Authenticity (coordinating Scientific Investigation, Provenance Study, Stylistic Analysis, Valuation)

NOTE: For above appraisals and research Michael Cohn was asked to prepare a report which would be utilized for arbitration, negotiation, and legal processes and was on call for legal testimony

**Interviews**

Sinovision Journal, Sinovision Television " What It Is Like to Be An Appraiser"

Montenegro Television, "The Art Market"

**Education/ Experience**

Michael Cohn has over 40 years involvement with Asia arts and culture. He has visited most of the countries in South, Southeast and Eastern Asia numerous times. His broad education includes BA from Boston University, Boston, MA and a Doctorate of Optometry from Salus University, Philadelphia, PA. His education has given him a background in the liberal arts and science, which enables an additional understanding of complex analysis of art and collectibles. His science understanding allows him to incorporate the scientific tests used today for authenticity, condition and other aspects of art objects. His liberal arts education allows for a better understanding of the philosophical and historical conditions surrounding works of art. HIs initial education has been expanded with a great deal of travel to archeological, cultural and art sights. Besides visiting most of the major and minor museums, art fairs, conferences, symposiums and galleries in the North America and Europe, he has made more the twenty trips to Asia. His art and antiquities education has been enriched by numerous lectures, fairs and

symposiums that he has attend at Harvard, Princeton, the Metropolitan Museum of Art, New York City, and many others. For many years as a dealer of Asian art, he experienced the sourcing and selling of the arts. He has done numerous Estate appraisals for collectors, dealers and artists as well as Donation appraisals for major art museums.

**<u>Writings</u>**

<u>Appraising Art: The Definitive Guide</u>, "Asian Art", Appraisers Association of America/ Hudson Hills Press

<u>An Approach to the Advanced Problems Of Appraising Art</u>, "Science and Art",    American Friends of the Ludwig Foundation , New York , 2010

*"Contemporary Asian Art at Venice Biennale 2011"*, Appraisers Association of America Newsletter

 *"The Asian Mid-Market",* Appraisers Association of America Newsletter

**<u>Boards/ Committees   </u>**

Trustee/ Board of Directors, Hunter College Foundation/ Art Advisory Committee  (The Bertha and Kar Leubsdorf Art Ga ery  The Art st's Inst tute  MFA Stud os and Ga ery, Hudson Street )

National Conference Committee, Co-Chair & Member, Appraisers Association of America
Regional Representative Board, Appraisers Association of America

Producers Council, New Museum, New York City

Salvador Dali Research Center, Member

National Arts Club, New York City, Appraisal Committee

American Committee on South Asian Art, Member

Preferred Provider Chubb Masterpiece ® Protection Network

Catalogue Raisonné Scholars Association, Member

**<u>Lectures / Panels</u>**

- Faculty, New York University, School of Professional Studies (courses included "Asian Art" ,"Science and Use in Art Identification" ,"Survey of Contemporary Asian Art "    " Ar Management",
- Lecture, Art Moscow, Moscow, Russia
- *"Review of Asia Week -New York",* Lecture*,* Appraisers Association of America
- *"Collector's Issues"* Lecture, American International Fine Art Fair, Palm Beach, FL
- "Survey of Asia Arts" Sotheby's Educational, New York
- *"Arts of Southeast Asia",* Lecture Phoenix Art Museum, Phoenix, AZ

*Expert in methods of valuing fine art and antiques, backed by professional certification, 25+ as an appraiser and 10 years teaching.*

*Expert in authenticity issues relating to art valuation, backed by experience examining art and study of scientific processes.*

*Experienced in scientific techniques and application to art and antiques valuation, demonstrated by a degree in optometry and commissioning and analyzing scientific tests.*

*Experienced with the business transactional aspect of buying and selling art acquired by 20+ years professional career as a dealer.*

Additional information upon request/ Partial CV