# Exhibit 1 - 9/28/2021 Govt Expert Disclosure, Dr. Doehne's 5/20/2019 Report and CV



# United States Department of Justice

## United States Attorney's Office
## Central District of California

---

*Mark A. Williams*                                      *1300 United States Courthouse*
*Phone: (213) 894-3359*                                 *312 North Spring Street*
*E-mail: mark.a.williams@usdoj.gov*                     *Los Angeles, California  90012*

September 28, 2021

## VIA E-MAIL

Georgina Wakefield
Ashley Mahmoudian
Deputy Federal Public Defenders
Federal Public Defender's Office
321 E. 2nd St.
Los Angeles, CA 90012

      Re:    <u>United States v. Alcharihi</u>
              CR No. 20-307-GW

Dear Ms. Wakefield and Ms. Mahmoudian:

Pursuant to Rule 16(a)(1) of the Federal Rules of Criminal Procedure, this letter constitutes the government's initial disclosure regarding its intention to call the following experts at trial in this matter: Dr. Eric Doehne, Eduardo P. Sánchez, Basileus Zeno, Michael Cohn, and Heather Sparks. The United States intends to introduce expert and/or opinion testimony from these witnesses on the topics summarized below (and discussed in more detail in the reports referenced below) under Rules 702, 703, and/or 705 of the Federal Rules of Evidence.

Pursuant to Rule 16(b)(1)(C), the government hereby requests disclosure of testimony that you intend to use under Rules 702, 703 and/or 705 of the Federal Rules of Evidence.

The following paragraphs summarize the anticipated testimony of each expert, but please refer to the reports cited below and attached for a more complete description of their background, training, experience, analysis, opinions, and bases and reasons for their opinions, all of which we anticipate these witnesses will testify about at trial.

## Dr. Eric Doehne

Dr. Doehne is a conservation scientist and the principal consultant at Conservation Sciences, a Los Angeles-based international consulting firm that uses interdisciplinary tools and data to evaluate, diagnose, authenticate, and preserve cultural heritage resources, among other things. We anticipate that Dr. Doehne will testify regarding his evaluation, testing, and analysis of the mosaic at issue in this case ("the Mosaic"). Dr. Doehne will testify that various factors indicate that the composition and condition of the Mosaic's tesserae are consistent with the

Wakefield / Mahmoudian
RE:  U.S. v. Alcharihi
September 28, 2021
Page 2

Mosaic being ancient and from the Eastern Mediterranean area. He will also testify that the Mosaic is authentic and likely from Syria.

The reasons and bases for Dr. Doehne's testimony are his training and experience as well as the examination and analysis that he conducted on the Mosaic. Further information regarding Dr. Doehne's experience and anticipated testimony is attached hereto as **Exhibit A**, containing his CV and the report that was produced in discovery (ALC-GOV-022814 - ALC-GOV-022837).

### Eduardo P. Sánchez

Mr. Sánchez is an antiquities conservator who also examined and analyzed the Mosaic. We anticipate that Mr. Sánchez will testify regarding his analysis of the Mosaic, including his opinions and conclusions regarding the Mosaic's iconography, technical attributes, and surface and structural condition. For example, Mr. Sanchez will testify that characteristic wear of the Mosaic matches other mosaics from the ancient Mediterranean periods, and that the surface wear patterns on the stone combined with surface pitting indicate centuries-old patterns of deterioration. He will also discuss how the Mosaic's glass tesserae exhibit corrosion is an indication of a process that takes a long period of time to produce certain characteristic changes that occurred here, and he is expected to opine that mineral deposits and calcified mineral accretions throughout the mosaic are most likely from water, salts, and minerals from the surrounding find area. In addition to testifying regarding the other information and opinions discussed in his report, Mr. Sánchez will conclude that there is a high probability that the Mosaic is ancient and from a Mediterranean location.

The reasons and bases for Mr. Sánchez's testimony are his training and experience and his examination and analysis of the Mosaic. Further information regarding his experience and anticipated testimony is attached hereto as **Exhibit B**, containing his CV and the reported that was produced in discovery (ALC-GOV-022639 - ALC-GOV-022645).

### Basileus Zeno

Mr. Zeno has training and experience in art and archaeology, including hands-on experience with Syrian mosaics. We anticipate that Mr. Zeno will testify regarding his examination and analysis of the Mosaic and his opinions regarding the Mosaic's iconography, style, age, and geographic origin. Mr. Zeno will testify that the Mosaic is authentic and consistent with the style and iconography of mosaics found in Syria, and that he estimates that the Mosaic is approximately 2,000 years old. Mr. Zeno will also testify regarding the likelihood that the Mosaic was previously located on a floor. In addition, Mr. Zeno will testify that there has been an increase in illegal excavations of cultural property in Syria, and that looted artifacts are routinely transported from Syria through Turkey.

The reasons and bases for Mr. Zeno's testimony are his training and experience along with his examination and analysis of the Mosaic. Further information regarding his experience and anticipated testimony is attached hereto as **Exhibit C**, containing copies of his CV, reports,

Wakefield / Mahmoudian
RE:  U.S. v. Alcharihi
September 28, 2021
Page 3

and declarations that were produced in discovery (ALC-GOV-022624-ALC-GOV-022629; ALC-GOV-026150-ALC-GOV-026223).

### Michael Cohn

Mr. Cohn is an appraiser experienced in evaluating antiquities and artwork. We anticipate that Mr. Cohn will testify regarding his review and analysis of the Mosaic as well as other mosaics, and his opinion that the Mosaic has a fair market value of $450,000. The reasons and bases for Mr. Cohn's testimony are his training and experience and his examination and analysis of the Mosaic. Further information regarding his experience and anticipated testimony is attached hereto as **Exhibit D**, containing copies of his CV and report that were produced in discovery (ALC-GOV-022887-ALC-GOV-022910).

### Heather Sparks

Finally, although we do not view her testimony as "expert testimony" per se because she will primarily testify concerning facts, investigative steps, and the importation process associated with the Mosaic at issue in this case, we are designating United States Customs and Border Protection ("CBP") Import Specialist Heather Sparks as an expert out of abundance of caution. We anticipate that Ms. Sparks will testify regarding her review of the import documents associated with the Mosaic as well as her experience with imports in general. Ms. Sparks observed that the Country of Origin for the Mosaic was listed as Israel, despite the lack of any information in the import materials establishing that the Mosaic came from Israel, and that the importer failed to pay certain fees associated with the import. Ms. Sparks will testify that had the Country of Origin been listed as Syria or Turkey, the import documentation would have been scrutinized and additional supporting documentation would have been requested.

Ms. Sparks will explain that importers must accurately describe and declare the true value of the entire shipment, and that the declared value of the merchandise and the Country of Origin, among other things, play a role in determining the amount of import duties to be paid and the scrutiny the import will receive. The description of the merchandise being imported is particularly important because CBP uses that information to assign duties and to keep track of merchandise entering the United States. Ms. Sparks will also testify that a Formal Entry is required for imports that exceed $2,500. Ms. Sparks will explain that paying $12,000 for one imported item but declaring the total value of all imported items to be $2,199 is considered false invoicing and constitutes providing false material information, and that undervaluing imported items deprives that United States of revenues. Ms. Sparks will testify that had the correct amount and country of origin been declared for the Mosaic import, the shipment would have resulted in additional scrutiny by CBP.

Ms. Sparks will also testify that based on her training and experience, antiquities smugglers declare antiquities as other merchandise to avoid unwanted attention by CBP even though legitimate antiquity imports do not require the payment of import duties, and that multiple invoices are used to avoid detection by authorities. Ms. Sparks will testify that even if

Wakefield / Mahmoudian
RE:  U.S. v. Alcharihi
September 28, 2021
Page 4

an importer hires a customs broker, it is still the importer's responsibility to provide correct information to Customs.

The reasons and bases for Ms. Sparks' testimony are her training, experience, familiarity with facts and evidence in this case, and her knowledge and experience concerning imports generally and the techniques antiquities smugglers use to avoid detection or scrutiny by U.S. authorities, among other topics identified. Further information regarding her anticipated testimony is attached hereto as **Exhibit E**, containing a report produced in discovery (GOV-000346-ALC-GOV-000350).

The government reserves the right to supplement this letter with additional information about any of the aforementioned witnesses and/or their anticipated testimony prior to trial. The government further reserves the right to replace any of the aforementioned experts with a similarly qualified expert should the need arise and/or to provide supplemental expert witnesses should it be deemed necessary. In addition, if your case on defense raises any issues that these experts are qualified to address, we may also ask these witnesses to testify on rebuttal.

 If you have any questions or concerns, or would like to discuss further, please feel free to contact me.

Very truly yours,

/s/

MARK A. WILLIAMS
MATHEW W. O'BRIEN
Assistant United States Attorneys
Environmental and Community Safety Crimes Section

CHRISTIAN A. LEVESQUE
Trial Attorney
U.S. Department of Justice

# EXHIBIT A

Conservation Sciences

Materials Report - Mosaic Project - Visual Inspection and Sample Analysis

Client:
Special Agent Elizabeth Rivas
Federal Bureau of Investigation
Art and Antiquity Investigations

### Executive Summary

A technical evaluation of a large stone and glass mosaic was undertaken to help identify the materials present, with a focus on whether they are consistent with the object being ancient and from the Eastern Mediterranean area. The mosaic appears to be from Syria, a conflict area where looting of antiquities is common.[1]

The results of the scientific analysis of the mosaic, presented here, reveal the presence of altered glass tesserae, the composition and weathered condition of which are consistent with the object being ancient and from the Eastern Mediterranean area. The composition and condition of the stone tesserae are also consonant with what is expected of an ancient, weathered, and worn mosaic. The pink tesserae are most similar to limestone quarried in Bethlehem and Jerusalem, and the black tesserae are chemically similar to a type of stone type commonly found in Syria. An encrustation on the stone was also found to be similar in composition to ancient encrustations.

A number of lines of evidence also come together that support the likely source of the mosaic as Syrian, including the type, composition, and weathering of the stone and glass tesserae, evidence from the condition, restoration, and manufacture of the mosaic as evaluated by conservator Eduardo Sanchez, and previously cited stylistic similarities to mosaics found near Idlib, Syria.

These results provide strong evidence that can be compared with similar objects and analyses available in the scientific literature. In my opinion, the available evidence strongly supports the authenticity of the mosaic. This report makes a significant contribution to the larger discussion of evidence from art historical sources as well. Deciding on questions of authenticity and source depends on evaluating probabilities *in context*, which is different for every object. While no single perspective can decide such a question, by gathering multiple threads of evidence this report makes a significant contribution of evidence for authenticity and a likely Syrian source of the mosaic.

Conservation Sciences

**Background**

Mosaics are created using stone and sometimes glass tesserae set in mortar. In this case, the restoration of the mosaic involved removal of damaged stone tesserae and mortar, and the addition of new mortar, as well as re-used and new stone tesserae as revealed by the restorer's report and confirmed in a subsequent interview with Mr. Stephen Miotto on March 26, 2019. In some areas of the mosaic, new stone has been introduced, as can clearly be seen in the very black new tesserae used for restoration of the arrow head, versus the more grey-colored, original black tesserae in adjacent regions. Because of the new stone and plaster used, our analysis has largely focused on the green, red, and orange glass tesserae present in the mosaic, which show no evidence of having been affected by the restoration work.

Questions asked by Eric Doehne of artist Stephen Miotto, who restored the mosaic:

1) Given the mortar we see between the tesserae today, can you estimate what percentage of that mortar was applied during the restoration, how much is original, and how much variation there is across the mosiac?

His answer as I understood it and paraphrased here: *I can't give a simple estimate due to the amount of original mortar that had been crushed during the rolling process, and the need to reset the mosaic from behind using a new sanded mortar from Home Depot. Maybe 50% of the mortar seen at the surface is original? I worked hard to match my mortar to the color of the original.* [My thoughts on his answer: This answer eliminates a possible way to carbon date the mosaic. For example, if we had come across a piece of charcoal or straw that happened to be in the mortar, we could date it. However, since such a large fraction of the mortar is modern, we could not have confidence in the source of that straw or charcoal, as we might in a mosaic that still had most of its ancient mortar.]

2) Did you notice any glass tesserae during your work?

His answer as I understood it and paraphrased here: *I recall seeing one turquoise glass tesserae or piece of glass in the lower right area.* [My thoughts on his answer: It is interesting that Mr. Miotto appears not to have noticed the weathered green, red, and orange glass on the mosaic, and assumed that all of tesserae were stone. It suggests to me that the weathering of these tesserae prevented them from being readily identified, and that others who observe the mosaic could miss this feature as well. Eduardo Sanchez subsequently looked for more turquoise glass in the mosaic and was not able to find any. Given the three types of glass tesserae present–two of them in small amounts–, it is not surprising that a fourth type of glass may also have been present in small amounts. Tourquoise glass has been found in other Roman mosaics. For one example, see Kaplan, 2017, *Physicochemical Properties of Glass Tesserae in Roman Terrace House from Ancient Antandros.*]

3) Did you come across any gold leaf on tesserae during your work on the mosaic?

His answer as I understood it and paraphrased here: *No* [If the answer had been yes, this might have been another avenue for further scrutiny and possibly additional scientific analysis.]

4) Can you describe in more detail the restoration of the arrow point. How did you polish the black tesserae? Are they additions, or original?

His answer as I understood it and paraphrased here: *I had to grind out areas full of mortar where there were missing tesserae using a Dremel tool to make room to put back re-used tesserae from the edge of the mosaic, or new tesserae. The black tesserae in the arrow are new. You can tell the old ones from the new ones because the new ones are a deeper black, which typically fades over time with exposure to light to a dark grey.* [My thoughts on his answer: this highlights the need to avoid any new tesserae while sampling, and I am confident we did. Nevertheless, knowing this reinforced my decision to focus more on the glass tesserae and less on the stone tesserae.]

2

Conservation Sciences

## Background:  Glass Alteration

Glass is not porous and it alters slowly over time in response to natural environmental changes. This means that the glass composition under a surface alteration layer is not impacted by subsequent restoration treatments. The thickness of the alteration layer also acts as a kind of clock, varying with the glass color (though often consistent from site to site), and the environment (largely dependent on soil moisture). While it is not possible to date a mosaic based simply on the thickness of the glass alteration, if there is no alteration present, that does provide strong evidence of new materials or deliberate surface removal from ancient glass. In some cases, much of the glass can be completely deteriorated, such as at the site of Paphos in Cyprus, where I have performed scientific analyses on the tesserae of the ancient mosaics from this site. For comparison, Paphos is about 250 miles from Idlib, Syria. Paphos has a particularly corrosive environment, being adjacent to the sea.



*Figure 1.  Schematic evolution of glass alteration over time (steps 1-6). Note the glass samples analyzed here are at step 6. Adapted from work by Lombardo (2013) on characterization of complex alteration layers on ancient glass.*

Conservation Sciences



*Figure 2.  A secondary electron image showing a thick (>200 micron) alteration layer on glass sample 3 from the mosaic (green tesserae). Note the onion skin and circular structures are common in the alteration layers (also known as weathering rinds or corrosion layers) on ancient glass surfaces.*

### Results:

The results are presented in the following data general photographs and images documenting the sampling locations, optical microscope images, electron images, and energy dispersive x-ray spectra[2]. These are interpreted and summarized for each sample in Table 1 below.

Integrating these different views of the mosaic, helps us to see the alteration, condition, and composition of materials on the scale at which they take place. Typically, these changes take place on the nanometer, to micron, to millimeter scale. A millimeter is the thickness of your fingernail, a micron is 1/1000 the thickness of the average fingernail, and a nanometer is how fast your fingernail grows in a second.

In the microscope, glass alteration often takes on the appearance of layers of onion skin. The boundary between the alteration layer and the original glass may be a few nanometers, while the individual layers are often about a micron thick. A thin alteration layer on an ancient object might be 10 microns thick, while a thick layer on an ancient object may be 100 microns to a millimeter thick, assuming typical glass compositions and burial conditions (see Kunicki, 2008, *Unstable historic glass: symptoms, causes, mechanisms and conservation* and Panighello, 2015, *Laser ablation-ICP-MS depth profiling to study ancient glass surface degradation*). The alteration layer on the green glass tesserae studied here is a complex structure, often several hundred microns thick, which suggests it was buried for much of its history (see Figures 1-16, Appendix 1). It should be noted that the composition of the glass is a typical soda-lime glass, which alters slowly under natural weathering and in all but the most severe chemical environments.

4

ALC-GOV-022817

***Some additional analysis may be useful:***

1) Modern materials used in the removal of the mosaic from its find site, such as samples 6 and 11 (adhesive?) may be able to be analyzed in some fashion to reduce the possible range of age: such as recent vs. 30 years old using GC-MS or Raman Spectroscopy methods.

2) Carbon Dating? *"Fiorentini-Roncuzzi (1970) dated Byzantine mosaics at Ravenna to AD 345–695, by radiocarbon dating the straw binder in the original mortar in which the glass tesserae had been embedded."* – in Conservation and Restoration of Glass – 2003 - Sandra Davison. Given the extensive replacement of the original mortar, this avenue does not appear promising at this time.

3) Preliminary trace element analysis of the black tesserae samples (#12-15) using Laser Ablation-ICP-MS analysis for trace elements show chemical similarities to basalts found in Syria, Jordan, Lebanon, and Israel. It may be possible to perform additional analyses to narrow the scope of the area. See Gluhak and Rosenberg (2018) for an example of a regional database that is beyond the scope of this report and .

Table 1:  Summary of Analytical Results and Interpretation

Mosaic - Samples 1-3 - Green Corrosion – Interpreted as a thick alteration layer derived from the long-term weathering of green glass tesserae. Contains micron-scale layered structures (onion skin) similar to that found in weathered Roman glass tesserae. The outline shapes of some of the original tesserae are visible in this alteration layer (see closeup photos by Eric Doehne and Eduardo Sanchez). Alteration layers typically have a greater volume than the original glass (much like rust does). In this case, the alteration layer has grown over the mortar to form a more-or-less continuous layer of glass alteration products. The alteration layer contains silica gel leached of sodium, copper, and other ions; redeposited components, residual nodules of glass, and crystalline surface deposits. Under this layer, which varies from about 100 microns to at least two millimeters, we find the original medium-green glass, especially in sample 3. Mortar is also found under parts of the alteration layer. The green glass is colored by iron and copper, as shown in the SEM-EDS results, and also contains tiny inclusions of yellow lead-antimonate as an opacifier. Both of these aspects are also found in ancient Roman mosaic green glass tesserae. The original glass has a high sodium content, which means it would be on the stable end of general susceptibility to alteration (potassium-rich glasses based on plant ashes tend to be on the unstable end). Thus, the thick alteration layer is consistent with long-term exposure to burial conditions and episodic wetting. We may be able to say more about the likely burial conditions with additional research.

*\*Note the alteration layer on the green glass tesserae is much lighter in color than the original green glass color. This may complicate the chromatic balance and visual interpretation of this mosaic by some experts, especially when one is comparing the weathered glass to the recently cleaned adjacent stone colors.*

Mosaic - Sample 4 - Black Tesserae – Appears to be an igneous rock (basalt), with a dark, fine-grained silicate matrix or groundmass with at least two main phases (Si, Al, K, Na-rich) and (Si, Al, Mg-rich), that contains larger grains of ilmenite (Fe, Ti) and apatite (Ca, P). Initial work to narrow down a specific source of this stone was not successful, in part due to weathering of the tesserae leading to changes in composition in some samples. However there are examples in the literature on Roman tesserae of use of local igneous rock for black tesserae (Marcaida, 2019) and basalt used to create Syrian ancient artifacts (Drüppel, Kratzig, et al, 2010).

Mosaic - Sample 5 - White Tesserae – Interpreted as a fine-grained, partially recrystallized limestone with some staining from iron oxides. This is typical of Eastern Mediterranean mosaics.

Mosaic - Sample 6 – unknown (adhesive?) – Interpreted as residual adhesive between tesserae and including some mortar and a chip of tesserae. May be a candidate for further analysis.

Mosaic - Sample 7 – Mortar – Interpreted as a typical lime mortar with sand. Composition and texture are consistent with an ancient origin. Mortars by themselves are not typically used for sourcing studies of mosaics, unless they contain rare charcoal or straw for carbon dating.

Mosaic - Sample 8 - Red Glass– Chemistry, texture, and alteration are interpreted as consistent with other red Roman mosaic glass tesserae. Contains lead, iron, and copper (Pb, Fe, Cu).

Mosaic - Sample 9 - Orange Glass – Chemistry, texture, and alteration are interpreted as consistent with other red Roman mosaic glass tesserae. Contains lead, iron, and copper (Pb, Fe, Cu).

Mosaic - Sample 10 – encrustation – Interpreted as a common surface deposit mixture of calcium carbonate, clay, quartz silt, and gypsum found on ancient stone surfaces and buried objects. It can result from soluble minerals and soil being deposited during seasonal drying events.

Mosaic - Sample 11 - unknown (brown adhesive?) – Interpreted as residual adhesive between tesserae. May be a candidate for further analysis.

Mosaic - Sample 12 a:  Black tesserae, taken from the drapery section of the lower left leg of the crouching female figure. Chemistry, texture, and alteration are interpreted as consistent with basalt, a stone quarried at several sites in Syria in ancient times.

Mosaic - Sample 12 b:  Black tesserae, taken from the drapery section of the lower left leg of the crouching female figure. Chemistry, texture, and alteration are interpreted as consistent with basalt, a stone quarried at several sites in Syria in ancient times.

Mosaic - Sample 13a:  Black tesserae, taken from the drapery section, left inner thigh, of the crouching female figure. Chemistry, texture, and alteration are interpreted as consistent with basalt, a stone quarried at several sites in Syria in ancient times.

Mosaic - Sample 13b:  Black tesserae, taken from the drapery section, left inner thigh, of the crouching female figure. Chemistry, texture, and alteration are interpreted as consistent with basalt, a stone quarried at several sites in Syria in ancient times.

Mosaic - Sample 14:  Pink tesserae, taken form the right forearm of the Prometheus figure. Chemistry, texture, and alteration are interpreted as consistent with pink limestone similar to that quarried in ancient times near Bethlehem and Jerusalem. It would not be unusual for colored stones to be imported for a mosaic.

Mosaic - Sample 15:  Pink tesserae, taken form the left shoulder of the Prometheus figure. Chemistry, texture, and alteration are interpreted as consistent with pink limestone similar to that quarried in ancient times near Bethlehem and Jerusalem. It would not be unusual for colored stones to be imported for a mosaic.

Mosaic - Sample #16: Pink tesserae, taken from the left buttock of the Herakles figure. Chemistry, texture, and alteration are interpreted as consistent with pink limestone similar to that quarried in ancient times near Bethlehem and Jerusalem. It would not be unusual for colored stones to be imported for a mosaic.

Conservation Sciences

**Selected Bibliography related to Stone and Glass Materials used in Roman Mosaics**

Bayley, Freestone, and Jackson (2015) Glass of the Roman World
(https://books.google.com/books?id=Y_9CCwAAQBAJ).
https://www.academia.edu/15161670/Glass_of_the_Roman_World_ed._J_Bayley_I_Freesto
ne_C_Jackson

Bianco, B. D., Bertoncello, R., Milanese, L., & Barison, S. (2005). *Surface study of water
influence on chemical corrosion of Roman glass. Surface Engineering*, *21*(5–6), 393–396.
https://www.researchgate.net/profile/Simona_Barison/publication/272254241_Surface_study
_of_water_influence_on_chemical_corrosion_of_Roman_glass/links/5523a3f50cf2f3a40338
a561.pdf

Dal Bianco, B., & Bertoncello, R. (2008). *The development of growth rings on ancient glass
surfaces: description and simulation of the weathering. Journal of Non-Crystalline Solids*,
*354*(2–9), 773–779. https://kundoc.com/pdf-the-development-of-growth-rings-on-ancient-
glass-surfaces-description-and-simula.html

Donais (2014) *Field Research and Experiential Learning with Undergraduates:  Investigations
of Roman Glass Tesserae by Portable X-Ray Fluorescence Spectroscopy*.
http://www.spectroscopyonline.com/field-research-and-experiential-learning-undergraduates-
investigations-roman-glass-tesserae-portable?id=&sk=&date=&pageID=3

Drüppel, Kratzig, et al, (2010) Aramaic basalt statues from Tell Halaf, Syria: Locating the
ancient quarries. https://onlinelibrary.wiley.com/doi/abs/10.1111/j.1475-4754.2010.00549.x

van Giffen (2011) *Weathered Archaeological Glass*. The Corning Museum of Glass.
https://www.cmog.org/article/weathered-archaeological-glass

Gluhak and Rosenberg (2018) Back to the Source—*Geochemical Data from Israel for the
Provenance Analyses of Basaltic Rock Artefacts and Their Implications on Previous and
Future Studies*. https://doi.org/10.1111/arcm.12389

Kunicki, 2008, *Unstable historic glass: symptoms, causes, mechanisms and conservation*.
https://www.tandfonline.com/doi/abs/10.1179/sic.2008.53.Supplement-
2.47?journalCode=ysic20

Lahlil, et al. (2008) Rediscovering ancient glass technologies through the examination of
opacifier crystals https://link.springer.com/article/10.1007/s00339-008-4456-8

Lombardo, T., Gentaz, L., Verney-Carron, A., Chabas, A., Loisel, C., Neff, D., & Leroy, E.
(2013). *Characterisation of complex alteration layers in medieval glasses*. Corrosion
Science, 72, 10–19. https://doi.org/10.1016/j.corsci.2013.02.004

8

Marcaida - 2019 - *In situ non-invasive multianalytical methodology to characterize mosaic tesserae from the House of Gilded Cupids, Pompeii*. https://heritagesciencejournal.springeropen.com/articles/10.1186/s40494-019-0246-1

Panighello, 2015, *Laser ablation-ICP-MS depth profiling to study ancient glass surface degradation*. https://www.researchgate.net/publication/272838023_Laser_Ablation-ICP-MS_Depth_Profiling_to_Study_Ancient_Glass_Surface_Degradation

Roby, Thomas (2010) *Overcoming the Crisis in Mosaic Conservation*, April 13, 2010. https://www.archaeological.org/news/hca/73

Stanley-Price editor, Eric Doehne, chapter author (1991) **The Conservation of the Orpheus Mosaic at Paphos, Cyprus** - The Getty Conservation Institute (book). *The Evaluation of Tesserae from the Paphos Mosaics*, chapter by Eric Doehne. http://www.getty.edu/conservation/publications_resources/pdf_publications/orpheus_mosaic.html

ALC-GOV-022822

Please contact me if you have any questions regarding this report.

Sincerely,

Eric F. Doehne, Ph. D.
Conservation Sciences

May 20, 2019

## Firm Profile

Conservation Sciences is a Los Angeles-based international consultancy that provides its clients with interdisciplinary scientific tools and data to evaluate, diagnose, authenticate, and preserve their cultural heritage. Our mission is to understand and help preserve art, architecture, archaeology and archives through sound science, analysis, training, and collaborations with conservation professionals around the world.

Principal consultant Dr. Eric Doehne is a conservation scientist with more than 25 years of international experience on world heritage projects ranging from the Dead Sea Scrolls and the Sistine Chapel to the Laetoli Footprints near Olduvai Gorge, Tanzania (3.6 mya), the sites of Copan & Tiwanaku, and the world's "First Photograph" (1826) at the Harry Ransom Center in Austin, Texas. He has had diverse clients, such as the Alamo (Texas), Karnack Temple (Egypt), the Huntington Museum, the Getty Conservation Institute, Occidental College, the Galveston Historical Foundation, the Louisiana State Museum, English Heritage, and the French Ministries of Culture and Ecology. Eric established his career at the Getty Center where he was a staff scientist at the Conservation Institute from 1988-2010. Dr. Doehne collaborates with experts in a range of disciplines in Los Angeles and internationally to assemble technical teams with the specific expertise required for each project.

Eric Doehne is a recognized international authority on the diagnosis and treatment of stone, glass, ceramics, and pigments, especially their deterioration mechanisms. He has extensive experience diagnosing the risks to cultural heritage from environmental effects and has authored more than 60 publications on the history, behavior, and conservation of building and monument materials such as stone, brick, concrete, adobe, and other masonry, glass and pigments. He co-authored a seminal 2010 overview of stone conservation worldwide and has published widely on the challenging conservation problem of deterioration from salinization, rising damp, and soluble salts. As a materials scientist he has evaluated and characterized diverse types of heritage, from the paintings of Audubon to Van Gogh, from the Getty Kouros and Aphrodite to Chumash Rock Art, amd from York Minster to Madame John's Legacy in New Orleans by using his extensive specialized expertise in electron microscopy, geochemistry, and analytical imaging. His current research interests include new ways to measure changes in important heritage and to apply science to preserve world heritage.

In 2012 Dr. Doehne spent six months in Paris as the International Chair for Cultural Heritage, part of the PATRIMA project in French cultural heritage preservation. Dr. Doehne currently teaches six courses at Scripps College that he created for the new Art Conservation major, including ARCN120 - Global Tourism, Climate Change and World Heritage Preservation and ARCN115 - Art & Crime: Plunder, Fakes and Forensics. He enjoys being a 'bridge' between science, technology, and art, and helping to catalyze collaborative problem-solving in conservation teams.

ALC-GOV-022824

Dr. Doehne holds a B.S. in geology from Haverford College and M.S. and Ph.D. degrees in geology from the University of California, Davis.

Expert Qualifications and Reference Material:

1) Conservation Sciences Website
2) ScrippsCollege.academia.edu/EricDoehne
3) Scholar.Google.com/Citations?user=ORfsuHMAAAAJ&hl=en
4) ResearchGate.net/profile/Eric_Doehne/
5) Stone Conservation: An Overview of Current Research, Second Edition (2010) *Book*
   http://www.getty.edu/conservation/publications_resources/pdf_publications/stone_cons_2nd_edit.html

Report Endnotes:

[1] *Context for this report:  https://www.justice.gov/usao-cdca/pr/united-states-moves-forfeit-antiquity-time-roman-empire-was-looted-syria-and-recovered https://culturalheritagelawyer.blogspot.com/2018/06/importer-restored-ancient-mosaic-fbi.html https://chasingaphrodite.com/2018/05/26/usa-vs-one-ancient-mosaic-a-looted-syrian-masterpiece-in-los-angeles/. http://savingantiquities.org/a-global-concern/syria/*

[2] Abbreviations used in this report and links to definitions:

**SEM-EDS** = Scanning Electron Microscopy-Energy Dispersive Spectroscopy Hitachi SU-70 with Bruker SSD EDS

**BSE Imaging** = Back-Scattered Electron Imaging (image contrast depends on sample density and topography)

**SE Imaging** = Secondary Electron Imaging (image contrast depends on sample topography)

**LA-ICP-MS** = Laser ablation Inductively coupled plasma mass spectrometry  Agilent 8900 quadrupole ICP-MS paired with an ESI NWR193 laser ablation system.

**Conservation** Sciences

Materials Report - Mosaic Project - Visual Inspection and Sample Analysis

Client:
Special Agent Elizabeth Rivas
Federal Bureau of Investigation
Art and Antiquity Investigations

███████████████████

## Executive Summary

A technical evaluaon of a large stone and glass mosaic was undertaken to help idenfy the materials present, with a focus on whether they are consistent with the object being ancient and from the Eastern Mediterranean area. The mosaic appears to be from Syria, a confl where loong of anquies is common. [1]

The results of the scienfic analysis of the mosaic, presented here, reveal the presence o altered glass tesser ae, the composion and weather ed condion of which ar e consistent wi the object being ancient and from the Eastern Mediterranean area. The composion and condion of the stone tesser ae ar e also consonant with what is expected of an ancient, weathered, and worn mosaic. The pink tesser ae ar e most similar to limestone quarried in Bethlehem and Jerusalem, and the black tesser ae ar e chemically similar to a type of stone ty commonly found in Syria. An encrustaon on the stone was also found to be similar in composion to ancient encrustaons.

A number of lines of evidence also come together that support the likely source of the n as Syrian, including the type, composion, and weathering of the stone and glass tesser a evidence from the condion, restoraon, and manufacture of the mosaic as evaluated by conservator Eduardo Sanchez, and previously cited stylisc similaries to mosaics found ne Idlib, Syria.

These results provide strong evidence that can be compared with similar objects and analys available in the scienfic liter ature. In my opinion, the available evidence strongly support authencity of the mosaic. This report makes a signi ficant contribuon to the larger discus of evidence from art historical sources as well. Deciding on quesons of authencity and sour depends on evaluang probabilies *in context*, which is different for every object. While no single perspecve can decide such a queson, by gathering mulple thr eads of evidence thi report makes a signi ficant contribuon of evidence for authencity and a likely Syrian sour the mosaic.

## Background

Mosaics ar e created using stone and somemes glass tesser ae set in mortar. In this case, t restoraon of the mosaic involved removal of damaged stone tesser ae and mortar, and th

[1]

Conservation Sciences

addi-on of new mortar, as well as r e-used and new stone tesser ae as r evealed by the r
report and con firmed in a subsequent interview with Mr . Stephen MioUo on Mar ch 26, 2
some ar eas of the mosaic, new stone has been intr oduced, as can clearly be seen in the ver
black new tesser ae used f or r estora-on of the arr ow head, ver sus the mor e gr ey-colored
original black tesser ae in adjacent r egions. Because of the new stone and plaster used, our
analysis has lar gely f ocused on the gr een, r ed, and or ange glass tesser ae pr esent in the m
which show no evidence of ha ving been a ffected by the r estora-on work.

Ques-ons ask ed by Eric Doehne of ar-st Stephen MioUo, who r estored the mosaic:

1) Given the mortar we see between the tesserae today, can you estimate what percentage of that mortar
was applied during the restoration, how much is original, and how much variation there is across the
mosiac?
       His answer as I understood it and paraphrased here:  *I can't give a simple estimate due to the
amount of original mortar that had been crushed during the rolling process, and the need to reset the mosaic
from behind using a new sanded mortar from Home Depot. Maybe 50% of the mortar seen at the surface is
original? I worked hard to match my mortar to the color of the original.*  [My thoughts on his answer:  This
answer eliminates a possible way to carbon date the mosaic. For example, if we had come across a piece of
charcoal or straw that happened to be in the mortar, we could date it. However, since such a large fraction of
the mortar is modern, we could not have confidence in the source of that straw or charcoal, as we might in a
mosaic that still had most of its ancient mortar.]

2) Did you notice any glass tesserae during your work?
       His answer as I understood it and paraphrased here:  *I recall seeing one turquoise glass tesserae
or piece of glass in the lower right area.* [My thoughts on his answer:  It is interesting that Mr. Miotto appears
not to have noticed the weathered green, red, and orange glass on the mosaic, and assumed that all of
tesserae were stone. It suggests to me that the weathering of these tesserae prevented them from being
readily identified, and that others who observe the mosaic could miss this feature as well. Eduardo Sanchez
subsequently looked for more turquoise glass in the mosaic and was not able to find any. Given the three
types of glass tesserae present–two of them in small amounts–, it is not surprising that a fourth type of
glass may also have been present in small amounts. Tourquoise glass has been found in other Roman
mosaics. For one example, see Kaplan, 2017, *Physicochemical Properties of Glass Tesserae in Roman
Terrace House from Ancient Antandros*.]

3) Did you come across any gold leaf on tesserae during your work on the mosaic?
       His answer as I understood it and paraphrased here:  *No* [If the answer had been yes, this might
have been another avenue for further scrutiny and possibly additional scientific analysis.]

4) Can you describe in more detail the restoration of the arrow point. How did you polish the black tesserae?
Are they additions, or original?
       His answer as I understood it and paraphrased here:  *I had to grind out areas full of mortar where
there were missing tesserae using a Dremel tool to make room to put back re-used tesserae from the edge
of the mosaic, or new tesserae. The black tesserae in the arrow are new. You can tell the old ones from the
new ones because the new ones are a deeper black, which typically fades over time with exposure to light to
a dark grey.* [My thoughts on his answer:  this highlights the need to avoid any new tesserae while sampling,
and I am confident we did. Nevertheless, knowing this reinforced my decision to focus more on the glass
tesserae and less on the stone tesserae.]


## Background:  Glass Alt era3on

Glass is not por ous and it alter s slowly over -me in r esponse to natur al en vironmental cl
This means that the glass composi-on under a surf ace alter a-on la yer is not impacted by

subsequent r estora-on tr eatments. The thickness of the alter          a-on la yer also acts as a kind of
clock, v arying with the glass color (though o[en consistent fr          om site to site), and the
environment (lar gely dependent on soil moistur    e). While it is not possible to date a mosaic
based simply on the thickness of the glass alter         a-on, if ther  e is no alter   a-on pr esent, that
provide str ong evidence of new materials or deliber        ate surf ace r emoval fr om ancient glass
some cases, much of the glass can be completely deterior          ated, such as at the site of P
Cyprus, wher e I ha ve perf ormed scien- fic analyses on the tesser      ae of the ancient mosaics f
this site. F or comparison, P  aphos is about 250 miles fr      om Idlib, Syria. P  aphos has a par-cu
corrosive en vironment, being adjacent to the sea.



T. Lombardo et al./Corrosion Science 72 (2013) 10–19

Fig. 10. Schematic evolution of the alteration layer (AL) with time.

*Figure 1.  Schematic evolution of glass alteration over time (steps 1-6). Note the glass samples analyzed here are at step 6. Adapted from work by Lombardo (2013) on characterization of complex alteration layers on ancient glass.*



ALC-GOV-022828

*Figure 2. A secondary electron image showing a thick (>200 micron) alteration layer on glass sample 3 from the mosaic (green tesserae). Note the onion skin and circular structures are common in the alteration layers (also known as weathering rinds or corrosion layers) on ancient glass surfaces.*

### Results:

The results are presented in the following data general photographs and images documenting the sampling locations, optical microscope images, electron images, and energy dispersive x-ray spectra[2]. These are interpreted and summarized for each sample in Table 1 below.

Integrating these different views of the mosaic, helps us to see the alteration, condition, and composition of materials on the scale at which they take place. Typically, these changes take place on the nanometer, to micron, to millimeter scale. A millimeter is the thickness of your fingernail, a micron is 1/1000 the thickness of the average fingernail, and a nanometer is how fast your fingernail grows in a second.

In the microscope, glass alteration often takes on the appearance of layers of onion skin. The boundary between the alteration layer and the original glass may be a few nanometers, while the individual layers are often about a micron thick. A thin alteration layer on an ancient object might be 10 microns thick, while a thick layer on an ancient object may be 100 microns to a millimeter thick, assuming typical glass compositions and burial conditions (see Kunicki, 2008, *Unstable historic glass: symptoms, causes, mechanisms and conservation* and Panighello, 2015, *Laser ablation-ICP-MS depth profiling to study ancient glass surface degradation*). The alteration layer on the green glass tesserae studied here is a complex structure, often several hundred microns thick, which suggests it was buried for much of its history (see Figures 1-16, Appendix 1). It should be noted that the composition of the glass is a typical soda-lime glass, which alters slowly under natural weathering and in all but the most severe chemical environments.

### Some additional analysis may be useful:

1) Modern materials used in the removal of the mosaic from its 5ind site, such as samples 6 and 11 (adhesive?) may be able to be analyzed in some fashion to reduce the possible range of age: such as recent vs. 30 years old using <u>GC-MS</u> or <u>Raman Spectroscopy</u> methods.

2) Carbon Dating? *"Fiorentini-Roncuzzi (1970) dated Byzantine mosaics at Ravenna to AD 345–695, by radiocarbon dating the straw binder in the original mortar in which the glass tesserae had been embedded."* – in Conservation and Restoration of Glass –

Conservation Sciences

2003 - Sandra Davison. Given the extensive replacement of the original mortar, this avenue does not appear promising at this time.

3) Preliminary trace element analysis of the black tesserae samples (#12-15) using Laser Ablation-ICP-MS analysis for trace elements show chemical similarities to basalts found in Syria, Jordan, Lebanon, and Israel. It may be possible to perform additional analyses to narrow the scope of the area. See Gluhak and Rosenberg (2018) for an example of a regional database that is beyond the scope of this report and .

Table 1:  Summary of Analytical Results and Interpretation

Mosaic - Samples 1-3 - Green Corrosion – Interpreted as a thick alteration layer derived from the long-term weathering of green glass tesserae. Contains micron-scale layered structures (onion skin) similar to that found in weathered Roman glass tesserae. The outline shapes of some of the original tesserae are visible in this alteration layer (see closeup photos by Eric Doehne and Eduardo Sanchez). Alteration layers typically have a greater volume than the original glass (much like rust does). In this case, the alteration layer has grown over the mortar to form a more-or-less continuous layer of glass alteration products. The alteration layer contains silica gel leached of sodium, copper, and other ions; redeposited components, residual nodules of glass, and crystalline surface deposits. Under this layer, which varies from about 100 microns to at least two millimeters, we find the original medium-green glass, especially in sample 3. Mortar is also found under parts of the alteration layer. The green glass is colored by iron and copper, as shown in the SEM-EDS results, and also contains tiny inclusions of yellow lead-antimonate as an opacifier. Both of these aspects are also found in ancient Roman mosaic green glass tesserae. The original glass has a high sodium content, which means it would be on the stable end of general susceptibility to alteration (potassium-rich glasses based on plant ashes tend to be on the unstable end). Thus, the thick alteration layer is consistent with long-term exposure to burial conditions and episodic wetting. We may be able to say more about the likely burial conditions with additional research.

*Note the alteration layer on the green glass tesserae is much lighter in color than the original green glass color. This may complicate the chromatic balance and visual interpretation of this mosaic by some experts, especially when one is comparing the weathered glass to the recently cleaned adjacent stone colors.*

Mosaic - Sample 4 - Black Tesserae – Appears to be an igneous rock (basalt), with a dark, fine-grained silicate matrix or groundmass with at least two main phases (Si, Al, K, Na-rich) and (Si, Al, Mg-rich), that contains larger grains of ilmenite (Fe, Ti) and apatite (Ca, P). Initial work to narrow down a specific source of this stone was not successful, in part due to weathering of the tesserae leading to changes in composition in some samples. However there are examples in the literature on Roman tesserae of use of local igneous rock for black tesserae (Marcaida, 2019) and basalt used to create Syrian ancient artifacts (Drüppel, Kratzig, et al, 2010).

Mosaic - Sample 5 - White Tesserae – Interpreted as a fine-grained, partially recrystallized limestone with some staining from iron oxides. This is typical of Eastern Mediterranean mosaics.

Mosaic - Sample 6 – unknown (adhesive?) – Interpreted as residual adhesive between tesserae and including some mortar and a chip of tesserae. May be a candidate for further analysis.

Mosaic - Sample 7 – Mortar – Interpreted as a typical lime mortar with sand. Composition and texture are consistent with an ancient origin. Mortars by themselves are not typically used for sourcing studies of mosaics, unless they contain rare charcoal or straw for carbon dating.

Mosaic - Sample 8 - Red Glass– Chemistry, texture, and alteration are interpreted as consistent with other red Roman mosaic glass tesserae. Contains lead, iron, and copper (Pb, Fe, Cu).

Mosaic - Sample 9 - Orange Glass – Chemistry, texture, and alteration are interpreted as consistent with other red Roman mosaic glass tesserae. Contains lead, iron, and copper (Pb, Fe, Cu).

Mosaic - Sample 10 – encrustation – Interpreted as a common surface deposit mixture of calcium carbonate, clay, quartz silt, and gypsum found on ancient stone surfaces and buried objects. It can result from soluble minerals and soil being deposited during seasonal drying events.

Mosaic - Sample 11 - unknown (brown adhesive?) – Interpreted as residual adhesive between tesserae. May be a candidate for further analysis.

Mosaic - Sample 12 a:  Black tesserae, taken from the drapery section of the lower left leg of the crouching female figure. Chemistry, texture, and alteration are interpreted as consistent with basalt, a stone quarried at several sites in Syria in ancient times.

Mosaic - Sample 12 b:  Black tesserae, taken from the drapery section of the lower left leg of the crouching female figure. Chemistry, texture, and alteration are interpreted as consistent with basalt, a stone quarried at several sites in Syria in ancient times.

Mosaic - Sample 13a:  Black tesserae, taken from the drapery section, left inner thigh, of the crouching female figure. Chemistry, texture, and alteration are interpreted as consistent with basalt, a stone quarried at several sites in Syria in ancient times.

Mosaic - Sample 13b:  Black tesserae, taken from the drapery section, left inner thigh, of the crouching female figure. Chemistry, texture, and alteration are interpreted as consistent with basalt, a stone quarried at several sites in Syria in ancient times.

Mosaic - Sample 14:  Pink tesserae, taken form the right forearm of the Prometheus figure. Chemistry, texture, and alteration are interpreted as consistent with pink limestone similar to that quarried in ancient times near Bethlehem and Jerusalem. It would not be unusual for colored stones to be imported for a mosaic.

Mosaic - Sample 15:  Pink tesserae, taken form the left shoulder of the Prometheus figure. Chemistry, texture, and alteration are interpreted as consistent with pink limestone similar to that quarried in ancient times near Bethlehem and Jerusalem. It would not be unusual for colored stones to be imported for a mosaic.

Mosaic - Sample #16: Pink tesserae, taken from the left buttock of the Herakles figure. Chemistry, texture, and alteration are interpreted as consistent with pink limestone similar to that quarried in ancient times near Bethlehem and Jerusalem. It would not be unusual for colored stones to be imported for a mosaic.

**Selected Bibliography related to Stone and Glass Materials used in Roman Mosaics**

Bayley, Freestone, and Jackson (2015) Glass of the Roman World (https://books.google.com/books?id=Y_9CCwAAQBAJ). https://www.academia.edu/15161670/Glass_of_the_Roman_World_ed._J_Bayley_I_Freestone_C_Jackson

Bianco, B. D., Bertoncello, R., Milanese, L., & Barison, S. (2005). *Surface study of water influence on chemical corrosion of Roman glass. Surface Engineering*, *21*(5–6), 393–396. https://www.researchgate.net/profile/Simona_Barison/publication/272254241_Surface_study_of_water_influence_on_chemical_corrosion_of_Roman_glass/links/5523a3f50cf2f3a40338a561.pdf

Dal Bianco, B., & Bertoncello, R. (2008). *The development of growth rings on ancient glass surfaces: description and simulation of the weathering. Journal of Non-Crystalline Solids*, *354*(2–9), 773–779. https://kundoc.com/pdf-the-development-of-growth-rings-on-ancient-glass-surfaces-description-and-simula.html

Donais (2014) *Field Research and Experiential Learning with Undergraduates: Investigations of Roman Glass Tesserae by Portable X-Ray Fluorescence Spectroscopy*. http://www.spectroscopyonline.com/field-research-and-experiential-learning-undergraduates-investigations-roman-glass-tesserae-portable?id=&sk=&date=&pageID=3

Drüppel, Kratzig, et al, (2010) Aramaic basalt statues from Tell Halaf, Syria: Locating the ancient quarries. https://onlinelibrary.wiley.com/doi/abs/10.1111/j.1475-4754.2010.00549.x

van Giffen (2011) *Weathered Archaeological Glass*. The Corning Museum of Glass. https://www.cmog.org/article/weathered-archaeological-glass

Gluhak and Rosenberg (2018) Back to the Source—*Geochemical Data from Israel for the Provenance Analyses of Basaltic Rock Artefacts and Their Implications on Previous and Future Studies*. https://doi.org/10.1111/arcm.12389

Kunicki, 2008, *Unstable historic glass: symptoms, causes, mechanisms and conservation*. https://www.tandfonline.com/doi/abs/10.1179/sic.2008.53.Supplement-2.47?journalCode=ysic20

Lahlil, et al. (2008) Rediscovering ancient glass technologies through the examination of opacifier crystals https://link.springer.com/article/10.1007/s00339-008-4456-8

Lombardo, T., Gentaz, L., Verney-Carron, A., Chabas, A., Loisel, C., Neff, D., & Leroy, E. (2013). *Characterisation of complex alteration layers in medieval glasses*. Corrosion Science, 72, 10–19. https://doi.org/10.1016/j.corsci.2013.02.004

ALC-GOV-022833

Marcaida - 2019 - *In situ non-invasive multianalytical methodology to characterize mosaic tesserae from the House of Gilded Cupids, Pompeii*. https://heritagesciencejournal.springeropen.com/articles/10.1186/s40494-019-0246-1

Panighello, 2015, *Laser ablation-ICP-MS depth profiling to study ancient glass surface degradation*. https://www.researchgate.net/publication/272838023_Laser_Ablation-ICP-MS_Depth_Profiling_to_Study_Ancient_Glass_Surface_Degradation

Roby, Thomas (2010) *Overcoming the Crisis in Mosaic Conservation*, April 13, 2010. https://www.archaeological.org/news/hca/73

Stanley-Price editor, Eric Doehne, chapter author (1991) **The Conservation of the Orpheus Mosaic at Paphos, Cyprus** - The Getty Conservation Institute (book). *The Evaluation of Tesserae from the Paphos Mosaics*, chapter by Eric Doehne. http://www.getty.edu/conservation/publications_resources/pdf_publications/orpheus_mosaic.html

ALC-GOV-022834

Please contact me if you have any questions regarding this report.

Sincerely,

Eric F. Doehne, Ph. D.
Conservation Sciences

May 20, 2019

10

## Firm Profile

Conservation Sciences is a Los Angeles-based international consultancy that provides its clients with interdisciplinary scientific tools and data to evaluate, diagnose, authenticate, and preserve their cultural heritage. Our mission is to understand and help preserve art, architecture, archaeology and archives through sound science, analysis, training, and collaborations with conservation professionals around the world.

Principal consultant Dr. Eric Doehne is a conservation scientist with more than 25 years of international experience on world heritage projects ranging from the Dead Sea Scrolls and the Sistine Chapel to the Laetoli Footprints near Olduvai Gorge, Tanzania (3.6 mya), the sites of Copan & Tiwanaku, and the world's "First Photograph" (1826) at the Harry Ransom Center in Austin, Texas. He has had diverse clients, such as the Alamo (Texas),  Karnack Temple (Egypt), the Huntington Museum, the Getty Conservation Institute, Occidental College, the Galveston Historical Foundation, the Louisiana State Museum, English Heritage, and the French Ministries of Culture and Ecology. Eric established his career at the Getty Center where he was a staff scientist at the Conservation Institute from 1988-2010. Dr. Doehne collaborates with experts in a range of disciplines in Los Angeles and internationally to assemble technical teams with the specific expertise required for each project.

Eric Doehne is a recognized international authority on the diagnosis and treatment of stone, glass, ceramics, and pigments, especially their deterioration mechanisms. He has extensive experience diagnosing the risks to cultural heritage from environmental effects and has authored more than 60 publications on the history, behavior, and conservation of building and monument materials such as stone, brick, concrete, adobe, and other masonry, glass and pigments. He co-authored a seminal 2010 overview of stone conservation worldwide and has published widely on the challenging conservation problem of deterioration from salinization, rising damp, and soluble salts. As a materials scientist he has evaluated and characterized diverse types of heritage, from the paintings of Audubon to Van Gogh, from the Getty Kouros and Aphrodite to Chumash Rock Art, amd from York Minster to Madame John's Legacy in New Orleans by using his extensive specialized expertise in electron microscopy, geochemistry, and analytical imaging. His current research interests include new ways to measure changes in important heritage and to apply science to preserve world heritage.

In 2012 Dr. Doehne spent six months in Paris as the International Chair for Cultural Heritage, part of the PATRIMA project in French cultural heritage preservation. Dr. Doehne currently teaches six courses at Scripps College that he created for the new Art Conservation major, including ARCN120 - Global Tourism, Climate Change and World Heritage Preservation and ARCN115 - Art & Crime:  Plunder, Fakes and Forensics. He enjoys being a 'bridge' between science, technology, and art, and helping to catalyze collaborative problem-solving in conservation teams.

11

ALC-GOV-022836

Dr. Doehne holds a B.S. in geology from Haverford College and M.S. and Ph.D. degrees in geology from the University of California, Davis.

Expert Qualifications and Reference Material:

1) Conservation Sciences Website
2) ScrippsCollege.academia.edu/EricDoehne
3) Scholar.Google.com/Citations?user=ORfsuHMAAAAJ&hl=en
4) ResearchGate.net/profile/Eric_Doehne/
5) Stone Conservation: An Overview of Current Research, Second Edition (2010)  *Book*
   http://www.getty.edu/conservation/publications_resources/pdf_publications/
   stone_cons_2nd_edit.html

Report Endnotes:

_____

[1] *Context for this report:  https://www.justice.gov/usao-cdca/pr/united-states-moves-forfeit-antiquity-time-roman-empire-was-looted-syria-and-recovered  https://culturalheritagelawyer.blogspot.com/2018/06/importer-restored-ancient-mosaic-fbi.html https://chasingaphrodite.com/2018/05/26/usa-vs-one-ancient-mosaic-a-looted-syrian-masterpiece-in-los-angeles/. http://savingantiquities.org/a-global-concern/syria/*

[2] Abbreviations used in this report and links to definitions:

**SEM-EDS** = Scanning Electron Microscopy-Energy Dispersive Spectroscopy Hitachi SU-70 with Bruker SSD EDS

**BSE Imaging** = Back-Scattered Electron Imaging (image contrast depends on sample density and topography)

**SE Imaging** = Secondary Electron Imaging (image contrast depends on sample topography)

**LA-ICP-MS** = Laser ablation Inductively coupled plasma mass spectrometry  Agilent 8900 quadrupole ICP-MS paired with an ESI NWR193 laser ablation system.

# Curriculum vitae



Eric Doehne



I am an experienced geologist, microscopist, lab manager, and museum scientist. In my teaching, I offer engaging courses on the art and science of cultural sustainability, and specialized graduate-level courses on best practices for heritage preservation professionals.

In my consulting practice, I provide scientific analysis of heritage materials and broad expertise in cultural heritage science–especially decay diagnosis, authenticity questions, and experience as an expert witness.

In my research, I focus on stone and pigment conservation and have authored a key book on stone conservation. I also use and help develop innovative computational imaging methods to measure how works of art change.

## Education

Ph.D. in Geology, 1994, University of California, Davis

M.S. in Geology, 1987, University of California, Davis

B.S. in Geology, 1984, Haverford College, Haverford, Pennsylvania

## Areas of Expertise & Research Interests

Art Conservation, Materials Science, Detection of Loot and Forgeries, Cultural Sustainability

- Scientific Methods for Authentication of Art; Connecting Forgery, Looting, Tourism & Film
- Science & Engineering for Preservation: Art, Architecture, Archaeology, and Archives
- Science and history of pigments, glass, ceramics and stone
- Research into Coral Red, Han Purple, Cochineal and Maya Blue

Stone Conservation: Weathering, Measuring Change, and Treatment

- Weathering of stone, formation of patinas, and stone conservation treatments
- Salinization, desalination, climate change and salt weathering
- Condition of World Heritage sites as an metric for adaptation to climate change

Tools:  Computational & Analytical Imaging, Measuring Change, Electron Microscopy

- ESEM-EDS, FIB, EPMA, PLM, Hyperspectral and Time-Lapse Methods
- Low-cost techniques to measure changes to historic materials (3D, RTI)
- Measuring change in world heritage using crowd sourcing and image calibration

## Online Presence, Outreach & Dissemination

*Professional and Academic Websites & Emails:*
www.ConservationSciences.com
http://www.ScrippsCollege.edu/eric-doehne
Interdisciplinary Courses in Art Conservation

████████████████████

*Eric's profiles at:*
ResearchGate.net,
Google Scholar,
Academia.edu
LinkedIn
Eric's profile on Zotero
Eric's public groups on Zotero

## Experience

**Principal Consultant and Expert Witness:**  Conservation Sciences, Pasadena, California, May 2010 to Present. International consultancy providing materials science applied to art, archaeology, architecture and archives. Clients include:  The Alamo, San Antonio, TX; The Huntington Library, Art Collections and Botanic Gardens; The Getty Conservation Institute; English Heritage; Occidental College; Galveston Historical Foundation; American Research Center in Egypt (ARCE); Expert witness-salt damage to stone and concrete; art forensics analysis for private clients, and others.

**O'Brien Distinguished Visiting Professor and Lecturer in Art Conservation** at Scripps College, Claremont, CA, January 2011 to Present (SC ARCN 101, ARCN 110, ARCN 115, ARCN 120, ARCN 125, ARCN 144). First undergraduate art conservation major on the West coast and first at a liberal arts college. Developed and now teach six interdisciplinary courses with an emphasis on cultural sustainability, applied science, conservation practice, material culture, heritage, and legacy.

**International Chair for Cultural Heritage Conservation, 2011-2012:**  PATRIMA:  L'avenir d'un patrimoine vulnérable : détecter, évaluer, prévoir *(The future of a vulnerable heritage: identify, assess, plan)*. University Cergy Pontoise. Invited by the *Foundation for Cultural Heritage Science* to participate in a new teaching and research program with the Louvre, Versailles, and partners [June 2011, October 2011, and January-June 2012]. Held expert meetings on measuring damage to heritage, climate change and heritage; taught three short courses for PATRIMA graduate students, and performed research on measuring change that led to the quantitative RTI method.

**Scientist**, The Getty Conservation Institute, The Getty Center, Los Angeles July 1988 to April 2010. Summary:  Conservation Scientist responsible for research, teaching and fieldwork in the area of inorganic materials, such as stone, glass, pigments and ceramics, as well as analytical support for the J. Paul Getty Museum. Using expertise in electron microscopy, geochemistry, and analytical imaging, characterized a diverse range of heritage materials, including samples from the Sistine Chapel, the

Dead Sea scrolls, paintings from Audubon to Van Gogh, The Getty Kouros, Chumash Rock Art, and York Minster. Project work included: Desalination (EC), Magnesian Limestone (EH), Salt Research, Great Sphinx, Maya Initiative, Values of Heritage, First Photo, Poultice Workshop, Laetoli Footprints Preservation of Porous Calcareous Stone, Tomb of Nefertari, Analytical Imaging, and the Athenian Pottery Project.

*1999-2010: Project Manager and Principal Investigator, The Getty Conservation Institute* – Desalination Project, Magnesium Limestone Project, Electron Microscopy Laboratory, Salt Research Project, and others. Field research focused on the preservation of archeological sites, monuments and architecture, including the problems of salt-laden buildings: Howden Minster in Yorkshire; Madame John's Legacy in New Orleans; 19th Century masonry buildings in Adelaide, Australia; and the Hieroglyphic Stairway, Copán, Honduras. Laboratory research has focused on characterization and behavior of inorganic materials and the development of innovative techniques such as ESEM, field and laboratory-based time-lapse methods. This body of work has identified the key factors in important damage mechanisms that affect ancient and historic building materials, and has aided efforts in preventive conservation. Research using focused ion beam-STEM and ESEM methods has determined the origin and structure of Coral Red on Ancient Greek vases and the Maya Blue pigment. Multi-spectral imaging was used as a non-destructive method to read obscured inscriptions. Purchased FEI XL30 ESEM-FEG and large area SSD/EDS for materials experiments and nondestructive analysis.

Undertook collaborative research projects with Dr. Leo Pel, Eindhoven University of Technology (TU/e), The Netherlands; Professor George Scherer, Princeton University; conservator Sarah Pinchin, English Heritage, UK; Professor Rosa Maria Espinosa-Marzal, University of Illinois at Urbana-Champaign. Supervised postdoctoral researcher Paula Lopez-Arce, Getty Interns Tiziana Lombardo, Enrica Balboni and Ph.D. student Carl Grimm, from the University of Delaware.

*1992-1998: Project Scientist, The Getty Conservation Institute* – team member for field projects on the Laetoli Footprints, Tanzania; and the site of Xunantunich, Belize. *Project Manager and PI:*  Preservation of Calcareous Materials Project, Electron Microscopy Laboratory. Developed decay studies and technology for analysis of inorganic materials, especially the effect of salts in limestone. Invented new method for X-ray correction in ESEM/EDS and helped develop time-lapse methods for studying decay mechanism kinetics. Created specifications for specialized laboratories at the Getty Center in collaboration with scientists, engineers and architects. Purchased EPMA (modified Cameca SX100 replaces JEOL-733). Collaborations with postdoctoral research fellows Blythe McCarthy, Carlos Rodríguez Navarro and M.S. students Alison Sawdy, Adrian Heritage, and Eric Lange.

*1988-1992: Project Scientist, The Getty Conservation Institute* – team member for the analysis of wall painting pigments, Queen Nefertari's tomb; decay and source of stone sculptures in La Paz and Tiwanaku, Bolivia; Characterization of Paphos Mosaics, characterization of the weathering of ancient surfaces in Greek and Roman marble quarries. *Project Manager and PI:*  The Getty Kouros Project, Marble Weathering Project:  Collaborations with Stanley V. Margolis, Norman Herz, Don DePaolo, Vincent Barbin and Antony Kozelj on ancient quarry surfaces, patinas and the development of oxalate and calcite crusts, and formation of microtravertine layers. Purchased the fourth Environmental SEM (1989 ElectroScan model E3 ESEM), developed related research program on *in situ* and *in tempo* experiments, and nondestructive analysis.

**Research Assistant**, Nuclear Chemistry Department, Lawrence Livermore National Laboratory, Livermore, California. October 1989 - January 1991 (part time), Developed methods for trace element analyses by inductively coupled plasma mass spectrometry related to geochemistry research on Cretaceous-Tertiary boundary extinctions.

**Electron Microprobe Specialist**, University of California at Davis, Department of Geology, 1987-1988. Responsible for performing service work with outside clients, routine maintenance & trouble-shooting, training of users, teaching a laboratory course in electron microscopy, XRF, and XRD.

**Teaching Assistant**, University of California at Davis, Department of Geology, 1985-1988. Taught classes and laboratories in Geochemistry, Planetary Geology, Sedimentology-Stratigraphy, Sedimentary Petrology, Oceanography and Introduction to Geology. Organized geology field trips.

**Research Assistant** at University of California, Davis Geology Department, 1984-1988. Evaluated the petrology and diagenesis of Cretaceous sediments, using a variety of analytical techniques. Performed SEM, Microprobe, PLM, XRD, XRF, PIXIE, and ICP-MS analysis of archaeological material and weathered stone.

## Teaching Experience

**Visiting Professor and Lecturer, Art Conservation**, Scripps College, Claremont, California. Created and taught six new interdisciplinary semester courses that bring together science and art, history and legacy including ARCN 115 _Art and Crime: Plunder, Fakes, and Forensics_ (Fall 2014, Spring 2017, Spring 2020), ARCN 101 _Intro to Art Conservation_ (Spring 2011; Fall 2012, Spring 2018), ARCN 110 _Artists' Materials and Technologies–Ancient and Modern_ (Fall 2011, Fall 2013, Fall 2016, Fall 2021), and ARCN 120 _Global Tourism, Climate Change and World Heritage Preservation_ (Fall 2011, Fall 2015, Fall 2018, Fall 2020); ARCN 125 Preserving Cultural Landscapes (Spring 2016, Spring 2021); and _ARCN 144 Capturing Art: Digital Preservation and Cultural Sustainability in 100 Objects_ (Fall 2017, Fall 2019).

Regular **guest lecturer** for USC Conservation Course: Arch 551, _Conservation Methods and Materials_, Masters in Historic Preservation Program.

**Lecturer** for Master-Doctorate Course: _Global Change and Risks to Cultural Heritage_, Centre de Recherche et de Restauration des Musées de France, Palais du Louvre, Paris, 10-14 Sept 2012, EUR-OPA Major Hazards Agreement, UCP, Centro Universitario Europeo per i Beni Culturali.

**Organizer and Lecturer** for Field Course, May 2010. _Poultice Desalination of Porous Building Materials_, New Orleans, sponsored by The Getty Conservation Institute and the European Commission Desalination Project.

**Lecturer** for Luxor Field Course, USAID-American Research Center in Egypt (ARCE). January 2010. Stone conservation, analysis and treatment of salts at Karnak Temple, Luxor

**Lecturer** for _The International Centre for the Study of the Preservation and Restoration of Cultural Property_ in Rome (ICCROM–UNESCO). Venice Stone Conservation Course, May 2009 (Salt Weathering and Treatment)

**Guest lecturer** at UCLA for Materials Science course M213: _Deterioration and Conservation of In-Situ Archaeological and Cultural Materials_, Program in Archaeological Objects Conservation.

**Getty Conservation Institute:**  1) Extensive media experience and familiarity communicating on a wide range of levels and topics with visiting journalists, chemists, architects, curators, historians, archeologists, material scientists, engineers, students, interns, and the interested public about, scientific research projects, the Getty and partners in industry, universities and government. 2) Gave regular training seminars to Getty Museum docents about the geology, geography and natural history of the Getty Center and Getty Villa sites. 3) Organized and presented a daylong workshop in the science of imaging and computational photography to GCI professional staff, including scientists, architects and conservators.

**Teaching Assistant**, University of California at Davis, Department of Geology, 1985–1988
Taught classes and laboratories in Geochemistry, Planetary Geology, Sedimentology-Stratigraphy, Sedimentary Petrology, Oceanography and Introduction to Geology. Responsible for teaching sedimentary petrology, microprobe/geochemistry, and sedimentology labs. Organized geology field trips for undergraduate labs.

## Affiliations and Professional Service

Microbeam Analysis Society/Microscopy Society of America
Presidential Speaker: 1998, 2001
Symposium Organizer:  1999, 2000, and 2005

Geological Society of America

American Geophysical Union

ICOMOS:  International Council on Monuments and Sites

ASMOSIA:  Association for the Study of Marble and Other Stones used in Antiquity

Association for Preservation Technology, Western Chapter

*Reviews in Conservation* Journal, Editorial Advisory Board (2000-2004)

Journal *Scanning*, Editorial Board Member (2006-2010)
Symposium Organizer:  *Scanning* 2007

Reviewer for:  *Journal of Applied Physics, Environmental Earth Sciences, Applied Geochemistry, Microscopy and Microanalysis, Micron, Journal of the American Institute for Conservation, Applied Surface Science, Studies in Conservation, Journal of Archaeological Science, Materials Characterization, and others.*

*International Congress on Deterioration and Conservation of Stone*, 2008-2016, Permanent Scientific Committee, Torun and New York.

*Heritage, Weathering and Conservation Congress,* Scientific Committee [Madrid, 2006]

*International Symposium on Stone Consolidation in Cultural Heritage–Research and Practice,* Scientific Committee [Lisbon, May 2008].

External Examiner, PhD Programs:  Eindhoven University of Technology (TU/e), The Netherlands, University of Delaware; University of Technology, Sydney; University of Cergy Pontoise

Verdugo Young Musicians Association (VYMA.org), Board Member (2011-2014), Pasadena/Glendale. Grant writing and coaching professional staff.

*US-Africa Materials Institute,* Princeton University:  Advisory Board (2007-2008)

## Most Cited Research

<u>Stone Conservation: An Overview of Current Research, 2nd Edition</u>  *(book cited by 286)*, **Eric Doehne** & Clifford Price, 2010, The Getty Conservation Institute, Los Angeles, CA, November 2010.  <u>PDF</u>.

Salt weathering: A selective review  *(cited by 98)*, **Doehne, E.**  2002 *Geological Society Special Publication* (205), p. 51-64. <u>PDF</u>.

How does sodium sulfate crystallize? Implications for the decay and testing of building materials  *(cited by 193)*, Rodriguez-Navarro, C. and **Doehne, E.**  2000 *Cement and Concrete Research* 30 (10), p. 1527-1534. <u>PDF</u>.

Origins of honeycomb weathering: the role of salts and wind  *(cited by 52)*, C. Rodriguez-Navarro, **E. Doehne**, E. Sebastian  1999  Geological Society of America Bulletin 111 (8), 1250-1255. <u>PDF</u>.

Salt weathering: Influence of evaporation rate, supersaturation and crystallization pattern  *(cited by 340)*, Rodriguez-Navarro, C. & **Doehne, E.**  1999 *Earth Surface Processes and Landforms* 24(2-3), 191-209. <u>Link</u>.

A new correction method for high-resolution energy-dispersive x-ray analyses in the environmental scanning electron microscope  *(cited by 53)*, **Doehne, E.**  1997 *Scanning Journal* 19 (2), 75-78. <u>Link</u>.

Carbon and oxygen isotope stratigraphy of the Upper Maastrichtian, Zumaya, Spain: a record of oceanographic and biologic changes at the end of the Cretaceous Period  *(cited by 48)*, J.F. Mount, S.V. Margolis, W. Showers, P. Ward, & **E. Doehne**, 1986, *Palaios* 1(1), 87-92. <u>Link</u>.

## Representative Public Outreach and Media Citations

Featured in the article *"<u>The Artful Science</u>"* Scripps Magazine, Spring 2012 special issue:  Small College, Large Canvas : Art at Scripps.

Exhibit:  Convergence of Art and Science
<u>Art Conservation: The New Major and the Future of the Past</u> at the Clark Humanities Museum, Scripps College, Oct 3-Nov 4th 2011.

Quoted in the **New York Times** June 24, 2008, in the article entitled,  *"<u>Microbes Eating Away at Pieces of History</u>"*

Appeared as a subject matter expert in the two-hour documentary film *"<u>Life After People</u>,"* which recorded ~8 million viewers when it debuted on the **History Channel** in January 2008, was nominated for three Emmys, and has been made into a 10-part series in 2009. In 2011, appeared as a subject matter expert in the History Channel documentary, *Civilization Lost* and in 2012 for **National Geographic's** *America's National Treasures.*

Exhibit: <u>Natural Order - Art, Science and The Clarity of Mud</u>, West Dean College, UK, The work of Eric Doehne, Kathleen Fox, Alison Milner & Steve Speller, 28 April - 17 June 2007

Quoted in ScienceMag.org 2005 article, *"Salt packs a punch"*

Profiled in the Los Angeles Times, March 17, 1997 *"Cutting Edge Special: What's the Way a Sphinx Crumbles?"*

Author of: *Travertine Stone at the Getty Center, a popular look at a famous stone, 1996. Getty Newsletter Article.*

Visual Experiments – <u>Time-lapse and ESEM Clips</u>:  Electron Microscopy Project and <u>Salt Research Project</u>, kinetics and behavior:  <u>Sodium Chloride deliquescence</u> (ESEM); <u>Sodium Nitrate</u> (ESEM), <u>Sodium Chloride</u> (macro with wind); <u>Sodium Sulfate damage to Bath limestone</u> (20% solution); <u>Sodium Sulfate damage to limestone</u> (detail); <u>Field time-lapse of stone surface loss due to magnesium sulfate crystallization</u>; Special thanks to Tiziana Lombardo and David Carson.

## Management Experience

Principal scientific investigator on a wide range of scientific research projects and components, including applied research into the weathering and conservation of stone, such as the scientific investigation of the deterioration of the Hieroglyphic Stairway, Copán, Honduras. Typically supervised the activity of two to seven researchers, consultants, and technicians. Participated in several international research collaborations, such as EU Desalination Project, PATRIMA in France, and joint research projects with TU Eindhoven and Princeton University.

Project Manager:  Preservation of Porous Calcareous Materials project at the Getty (six team members, with two consultants), and the Salt Research Project, with a consultant, research fellow, technician and other staff. Project manager for the GCI's <u>Magnesium Limestone Project</u>, the <u>Desalination Project</u>, and co-organizer for the <u>Desalination Workshop</u>.

Laboratory Manager:  Supporting projects and visiting scientists with microanalytical and imaging tools: <u>Environmental SEM</u>, <u>Electron Microprobe</u>, <u>Polarized Light Microscopy</u>, hyperspectral imaging and <u>RTI</u>.

## Technical Expertise

<u>Environmental SEM</u>, <u>Electron Microprobe</u>, <u>Polarized Light Microscopy, RTI</u>.

Stable Isotope Analysis, Inductively Coupled Plasma-Mass Spectrometry, XRF, XRD, and Digital Image Analysis (DIA). Developed a time-lapse system for dynamic experiments and field use.

Co-developer of a gaseous backscattered electron detector for the Environmental SEM with Ralph Knowles, FEI; beta tester for ESEM *wet-STEM* system, Ellen Baken, FEI; Project member:  NIST-MAS-AMAS Roadmap for Variable Pressure Scanning Electron Microscopy/Environmental Scanning Electron Microscopy.

Developer of a new X-ray correction method for energy dispersive X-ray analysis in Environmental SEM (ESEM-EDS). The "Doehne Method" uses X-ray spectra taken at different pressures, extrapolating to a zero pressure spectrum to exclude X-ray events produced by scattered electrons.

## Books

**Eric Doehne** & Clifford Price, 2011, _Stone Conservation: An Overview of Current Research, 2nd Edition_, The Getty Conservation Institute, Los Angeles, CA, 175 p. http://www.getty.edu/conservation/publications_resources/books/stone_conservation_overview_current_research.html

_Stories from the art and science of sustaining culture:_

**Eric Doehne** (_forthcoming_) Guardians, Doctors, and Detectives: A concise guide to the professions that investigate and sustain our art collections, architecture, archives, and archaeology (sustainingculture.com)

**Eric Doehne** (_forthcoming_) Monumentality: How science and technology are changing how we understand and sustain our art collections, architecture, archives, and archaeology (monumentality.com)

## Publications

See ResearchGate.net, Adacemia.edu for DOI and PDFs

1. _Alamo Church and Long Barrack: Materials Testing, Conservation Science, and Recommendations Report_, September 12, 2016, Texas General Land Office. Part of an extensive Historic Structures Report for the Alamo, a UNESCO World Heritage site in San Antonio, TX.

2. Wensen Ma,, Oliver Cossairt, Xiang Huang, Marc Walton, Greg Bearman, and **Eric Doehne**, 2015, Crowd-sourced Mobile Phone Images for Heritage Conservation Monitoring, Digital Heritage 2015 Conference, Granada, Spain. Link.

3. Marc Walton, Oliver Cossairt, Xiang Huang, Nathan Matsuda, Harriet Stratis, Mary Broadway, Jack Tumblin, Greg Bearman, **Eric Doehne** and Aggelos Katsaggelos, 2015, Surface Shape Studies of the Art of Paul Gauguin, Digital Heritage 2015, Granada, Spain. Link.

4. Marcello Manfredi, Greg Bearman, Greg Williamson, Dale Kronkright, **Eric Doehne**, Megan Jacobs, Emilio Marengo, 2014, A new quantitative method for the non-invasive documentation of morphological damage in paintings using RTI surface normals, _Sensors (Basel, Switzerland)_, 14(7), 12271-12284. Link.

5. Bearman, Gregory, **Eric Doehne**, Dale Kronkright, and Marcello Manfredi. 2014. RTI Surface Normal Calibration with a 3D Printed Spatial Target : Turning Images into Data. Research Report. Link.

6. Marcello Manfredi, Greg Williamson, Dale Kronkright, **Eric Doehne**, Megan Jacobs, Emilio Marengo, Greg Bearman. Measuring Changes in Cultural Heritage Objects with Reflectance Transformation Imaging, Digital Heritage 2013 Conference, Oct 28-Nov

I, Marseille, France - IEEE - DOI: 10.1109/DigitalHeritage.2013.6743730 Link.

7. Greg Bearman, **Eric Doehne**, Luther Beegle, William Hug, Ray Reid, Rohit Bhartia, 2013,  Remote Detection of Biofilms on Stone. *In* Built Heritage 2013 - Monitoring Conservation Management.  Edited by: Lucia Toniolo and Maurizio Boriani. The Center for the Conservation and Promotion of Cultural Heritage Milan:  Politecnico di Milano. Link.

8. Gregory Bearman, **Eric Doehne**, Jon Voss, Kim Merrill, Rohitashwa Bagaria, 2013,  Citizen Science and Mobile Phone Cameras as Tools for Monitoring World Heritage. *In* Built Heritage 2013 -Monitoring Conservation Management. Edited by: Lucia Toniolo and Maurizio Boriani. The Center for the Conservation and Promotion of Cultural Heritage Milan:  Politecnico di Milano. Link.

**9.** Mélanie Denecker, Ronan Hébert, Ann Bourgés, Beatriz Menendez, **Eric Doehne**, 2012, Mirabilite and heptahydrate characterization from infrared microscopy and thermal data**,** Proceedings, 12th International Congress on the Deterioration and Conservation of Stone, Columbia University, New York, NY. October 22-26, 10 p. PDF.

10. Hébert R., Angeli M., **Doehne E.** and Dochez S., 2012, Recording of the thermal evolution of limestones undergoing experimental accelerated ageing tests. Proceedings, 12th International Congress on the Deterioration and Conservation of Stone, Columbia University, New York, NY. October 22-26, 11 p. PDF.

11. Balboni, E., Espinosa-Marzal, R.M., **Doehne, E.,** Scherer, G.W, 2010, Can drying and re-wetting of magnesium sulfate salts lead to damage of stone? Environmental Earth Sciences, 63(7-8), 1463-1473, Link.

12. Walton, M. S., **Doehne, E.,** Trentelman, K., Chiari, G, Maish, J. and Buxbaum, A. 2009. Characterization of coral red slips on Greek Attic pottery. *Archaeometry* 51(3), 383-396. Link.

13. Lopez-Arce, P., Garcia-Guinea, J., Benavente, D., Tormo, L., and **Doehne, E.,** 2009,  Deterioration of dolostone by magnesium sulphate salt: An example of incompatible building materials at Bonaval Monastery, Spain: *Construction and Building Materials*, 23 (2), 846-855. Link.

14. **Doehne, E.,** Schiro, M., Roby, T., Chiari, G., Lambousy, G., and Knight, H., 2008, Evaluation of poultice desalination process at Madame Johns' Legacy, New Orleans, *in* Lukaszewicz, J., and Niemcewicz, P., eds., Proc. 11th Int. Cong. on Deterioration and Conservation of Stone, Volume 2: Torun, Nicolaus Copernicus University Press, 857-864. Link.

15. **Doehne, E.,** and Pinchin, S., 2008, Time-lapse macro-imaging in the field: Monitoring rapid flaking of magnesian limestone, *in* Lukaszewicz, J., and Niemcewicz, P., eds., Proc. 11th Int. Cong. on Deterioration and Conservation of Stone, 2008, Volume 1: Torun, Nicolaus Copernicus University Press, 365-372. Link.

16. Walton, M. S., **Doehne, E,** Trentelman, K. and Chiari, G. 2008, A preliminary investigation of coral-red glosses found on attic Greek pottery, *In: Papers on special techniques in Athenian vases: proceedings of a symposium held in connection with the exhibition The colors of clay: special techniques in Athenian vases, at the Getty Villa, June 15-17, 2006,* Edited

by: Kenneth Lapatin. Los Angeles: J. Paul Getty Museum. 95-104.

17. Odgers, D., Pinchin, S., Martin, B., Wood, C., Curteis, T., **Doehne, E**., Chiari, G., Teutonico, J., and Bourges, A., 2008, Investigations into Decay Mechanisms of Magnesian Limestone at the Chapter House, Howden Minster, *in* Lukaszewicz, J., and Niemcewicz, P., eds., Proc. 11th Int. Cong. on Deterioration and Conservation of Stone, 2008, Volume 1: Torun, Nicolaus Copernicus University Press. 211-221. <u>PDF</u>.

18. Pinchin, S.E., Curteis, T., Odgers, D., and **Doehne, E.**, 2008, Understanding the Decay of 14th Century Magnesian Limestone Carvings in Yorkshire, UK, Art2008: Jerusalem. www.ndt.net <u>PDF</u>.

19. Sikka, S., Selwitz, C., **Doehne, E.**, Chiari, G., and Khanjian, H., 2008, Qualitative and quantitative methods of detection of calcium oxalate deposits on treated limestone and marble. Proceedings of the <u>International Symposium Stone consolidation in cultural heritage research and practice</u>: Lisbon, Portugal. 445-454.

20. Chiari, G., Giustetto, R., Druzik, J., **Doehne, E.,** and Ricchiardi, G., 2008, Pre-Columbian nanotechnology: Reconciling the mysteries of the Maya blue pigment: *Applied Physics A: Materials Science and Processing*, 90, 3-7. <u>Link</u>.

21. Lopez-Arce, P., **Doehne**, **E.** Hanna, S. Martin, W. and Pinchin S.  2008, Magnesium sulfate salts on historic building materials:  Experimental simulation of limestone flaking associated with relative humidity cycling and crystallization of salts, *Materials and Construction,* 58, 125-142. <u>Link</u>.

22. Lopez-Arce, P., **Doehne, E.,** Young, D., Greenshields, J. and Benavente, D.  2008, Historic and current treatment of rising damp and salt decay:  The historic masonry buildings in Adelaide, South Australia, *Materials and Structures*, 42(6), 827-848. <u>PDF</u>. <u>Link</u>.

23. GCI *(Eric Doehne-materials and decay mechanism section),* 2006, The hieroglyphic stairway of Copan, Honduras : study results and conservation proposals : a project report Los Angeles; Tegucigalpa: The Getty Conservation Institute; Instituto Hondureño de Antropología e Historia. <u>Link</u>.

24. **Doehne, E.,** Selwitz, C. and Carson, D.,  2006, The Damage Mechanism of Sodium Sulfate in Porous Stone. *Proceedings of the ARCCHIP Workshop ARIADNE 13: Problems of Salts in Masonry; "SALTeXPERT", Prague, November 2002. ARCCHIP 13, Volume 5*, ITAM,  Stefan Simon and Milos Drdacky, eds. 147-166. <u>PDF</u>.

25. Stefan Simon and **Eric Doehne**, 2006 "Summary of Group Discussions" chapter in *Proceedings of the ARCCHIP Workshop ARIADNE 13: Problems of Salts in Masonry; "SALTeXPERT", Prague, November 2002. ARCCHIP 13, Volume 5, 9-13.* Co-organized by The Getty Conservation Institute, Los Angeles and ITAM Institute of Theoretical and Applied Mechanics, Prague. <u>PDF</u>.

26. Stefan Simon and **Eric Doehne**, 2002 "Summary of Proceedings" chapter in *Proceedings of the ARCCHIP Workshop ARIADNE 13: Problems of Salts in Masonry; "SALTeXPERT", Prague, November 2002. ARCCHIP 13, Volume 5, 15-20,* Co-organized by The Getty Conservation Institute, Los Angeles and ITAM Institute of Theoretical and Applied Mechanics, Prague. <u>PDF</u>.

27. Preusser, F. Maekawa S., **Doehne, E.** and Selwitz, C. "The GCI/EAO Environmental Monitoring Program at

the Great Sphinx of Giza: Results and Interpretation." In *The World of Ancient Egypt. Essays in Honor of Ahmed Abd el-Qader el-Sawi,* p. 217–224. Preface, Zahi Hawass. Edited by Khaled Daoud and Sawsan Abd el-Fatah. Supplément aux Annales du Service des Antiquités de l'Egypte, Cahier no. 35. Cairo: Supreme Council of Antiquities, 2006. <u>PDF</u>.

28.  **Doehne, E.**  2006,  ESEM Applications: From Cultural Heritage Conservation to Nano-Behaviour, *Microchimica Acta* 155(1-2), 45-50. <u>Link</u>.

29.  Lopez-Arce, Paula  & **Doehne, Eric** 2006,  Kinetics of sodium sulphate as observed by humidity cycling with ESEM. Proceedings of the Heritage, Weathering & Conservation Conference, Madrid, Spain. June 2006, <u>HWC</u>. 220-230. <u>Link</u>.

30.  **Eric Doehne**, Stefan Simon, Urs Mueller, David Carson & Alice Ormsbee 2005,  Characterization of carved rhyolite tuff–The Hieroglyphic Stairway of Copán, Honduras, *Restoration of Buildings and Monuments,* 11(4), 247-254. <u>PDF</u>.

31.  **Doehne, E.**  2005,  ESEM Applications: from Cultural Heritage Conservation to Nanobehavior, *in* European Workshop on Modern Developments and Applications in Microbeam Analysis, Tutorials, International Union of Microbeam Analysis Societies, 97-108.

32.  Tiziana Lombardo, **Eric Doehne** & Stefan Simon,  2004, The response of NaCl and Umm Ishrin sandstone to humidity cycling: mechanisms of salt weathering, in STONE 2004, proceedings of the 10th International Congress on Deterioration and Conservation of Stone, Stockholm, Sweden. 203-210. <u>Link</u>.

33.  **Eric Doehne**, Stefan Simon, Urs Mueller, David Carson & Alice Ormsbee,  2004,  Characterization of carved rhyolite tuff–The Hieroglyphic Stairway of Copan, Honduras, in the proceedings of the 6th International Symposium on the Conservation of Monuments in the Mediterranean Basin, Lisbon, Portugal, 243-247. <u>PDF</u>.

**34.**  Hansen, Eric, **Eric Doehne**, John Fidler, John Larson, Bill Martin, Mauro Matteini, Carlos Rodriguez-Navarro, Eduardo Sebastián Pardo, Clifford Price, Alberto de Tagle, Jeanne Marie Teutonico and Norman Weiss,  2003, A review of selected inorganic consolidants and protective treatments for porous calcareous materials: *Reviews in Conservation*, 4, 13-25. <u>PDF</u>.

35.  **Doehne, E.**, 2003,  Building Material Decay and Salt Weathering: A Selected Bibliography. Supplement to: Natural Stone, Weathering Phenomena, Conservation Strategies and Case Studies. Siegfried Siegesmund, Thomas Norbert Weiss, Axel Vollbrecht, eds., The Geological Society of London, Special Publication 205. <u>Link</u>.

36.  **Doehne, E.**, 2002,  Salt Weathering: A Selective Review. In: Natural Stone, Weathering Phenomena, Conservation Strategies and Case Studies. Siegfried Siegesmund, Thomas Norbert Weiss, Axel Vollbrecht, eds., The Geological Society of London, Special Publication 205, 51-64. <u>Link</u>.

37.  Rodriguez-Navarro, C., Linares-Fernandez, L., **Doehne, E.,** and Sebastian, E.  2002,  <u>Effects of ferrocyanide ions on NaCl crystallization in porous stone</u>, *Journal of Crystal Growth*, 243, 503-516.

38.  Selwitz, C. & **Doehne, E.,**  2002, The evaluation of crystallization modifiers for controlling salt damage to

limestone. *Journal of Cultural Heritage*, 3(3), 205-216. Link.

39. Rodríguez Navarro, C., & **Doehne, E.** 2000,  How does sodium sulfate crystallize?  Implications for the decay and testing of building materials, *Cement and Concrete Research* 30, 1527-1534. Link.

**40.** Rodríguez Navarro, C., **Doehne, E.**, and Sebastian, E.  2000, Influencing crystallization damage in porous materials through the use of surfactants: Experimental results using Sodium Dodecyl Sulfate and Cetyldimethylbenzylammonium Chloride, *Langmuir* 16, 947-954. Link.

**41.** Rodríguez Navarro, C., & **Doehne, E.** 1999,  Origins of honeycomb weathering, The role of salts and wind, *Geological Society of America Bulletin*, 111, 1250-1255. Link.

**42.** Rodríguez Navarro, C., & **Doehne, E.** 1999,  Salt weathering:  Influence of evaporation rate, supersaturation and crystallization pattern, *Earth Surface Processes and Landforms*, 24, 191-209. Link.

43. Rodríguez Navarro, C. & **Doehne, E.** 1999, Time-lapse video and ESEM microscopy: Integrated tools for understanding processes in-situ, *American Laboratory*, 31, 28-35. Link.

44. **Doehne, E.**  1998,  Charge contrast: some ESEM observations of a new/old phenomena. *Microscopy & Microanalysis*, 4(S2), 292-293. Link.

**45.** Rodríguez Navarro, C., **Doehne, E.** & Ginell, W.S., Sebastian, E.,  1998, The role of sepiolite-palygorskite in the decay of ancient Egyptian limestone sculptures, *Clays and Clay Minerals*, 46(4), 414-422. Link.

46. **Doehne, E.**  1997,  ESEM development and application in cultural heritage conservation, in: *In-situ Microscopy in Materials Research*, Pratibha L. Gai, editor, Kluwer Academic Publishers,  book chapter, 45-62. PDF. Link.

47. **Doehne, E.**  1997, A new correction method for high-resolution energy-dispersive x-ray analyses in the environmental scanning electron microscope, *Scanning*, 19, 75-78. Link.

48. Corzo, M.A., D. Stulik, **E. Doehne** and A. Wallert  1997,  Scientific Analysis of a Fayum Portrait by the Getty Conservation Institute, in: Portraits and Masks: Burial Customs in Roman Egypt, 81-87, Bierbrier, M.L. ed., London.

49. Rodríguez Navarro, C., **Doehne, E.**, Ginell, W., Sebastian, E.  1996,  Salt growth in capillary and porous media, 3rd International Congress of Restoration of Buildings and Architectural Heritage, Granada, Spain, E. Sebastián, I. Valverde & U. Zezza Eds., 1, 509-514.

50. Doehne, E.  1996, A new correction method for energy-dispersive spectroscopy analysis under humid conditions, *Scanning*, 18(3), 164-165. PDF.

51. **Doehne, E.**  1996, A dynamic image capture system for experiments in the environmental scanning electron microscope, *Scanning*, 18, 163-164. Link.

52. Ginell, W. S., Kumar, R., & **Doehne, E.** 1995,  Conservation studies on limestone from the Maya site at Xunantunich, Belize. Materials Issues in Art and Archaeology IV, Cancun, Mexico, 1994, MRS, 352, 813-821. Link.

53. **Doehne, E.**  1994,  *In situ* dynamics of sodium sulfate hydration and

dehydration in stone pores: Observations at high magnification using the environmental scanning electron microscope. *In* Proceedings of the III International Symposium on the Conservation of Monuments in the Mediterranean Basin, Venice, Italy, eds. V. Fassina, H. Ott, F. Zezza, Venezia, Soprintendenza ai beni artistici e storici di Venezia, 143-150. PDF.

54. Bower, N.W., Stulik, D. C., & **Doehne, E.** 1994, A critical evaluation of the Environmental Scanning Electron Microscope for the analysis of paint fragments in art conservation. *Fresenius J. Analytical Chemistry,* 348, 402-410. Link.

55. **Doehne, E.** & Drever, J.I. 1994, Report of the Impromptu Discussion Session on Stone Conservation. *In Dahlem Workshop on Durability and Change: The Science, Responsibility, and cost of Sustaining Cultural Heritage,* December 6-11, 1992, Eds. W. E. Krumbein, P. Brimblecombe, D. E. Cosgrove & S. Staniforth, 287-289. Link.

56. Leigh, D., Altman, J., Black, E., Brandt, A., Cosgrove, D., **Doehne, E.,** Esteve-Coll, E., Fiorentini, E., Goodey, B., Grimm, E. C., Krumbein, K., & Michalski, S. 1994, What are the responsibilities for cultural heritage and where do they lie? *In Dahlem Workshop on Durability and Change: The Science, Responsibility, and cost of Sustaining Cultural Heritage,* December 6-11, 1992, Eds. W. E. Krumbein, P. Brimblecombe, D. E. Cosgrove & S. Staniforth, 267-286. Link.

57. **E. Doehne** 1994, *Weathering of dolomite marble from Thasos, Greece,* Advisors: Stanley Margolis, Jeffrey Mount. PhD Dissertation, Geology Department, University of California, Davis. 224 p. Link.

58. **Doehne, E.,** Parker, A.E. & Stulik, D.C. 1993, New analytical techniques for

use in conservation. *Journal of the American Institute for Conservation,* 33, 171-184. Link.

59. **Doehne, E.** & Bower, N.W. 1993, Empirical evaluation of the electron skirt in the Environmental SEM: Implications for energy dispersive X-ray analysis. *Microbeam Analysis,* 2, S35-S36.

60. **Doehne, E.** & Bower, N.W. 1993, Experimental conditions for semi-quantitative SEM/EDS of painting cross-sections using the Environmental scanning electron microscope. *Microbeam Analysis,* 2, S39-S40.

61. **Doehne, E.,** Podany, J., & Showers, W. 1990, Analysis of weathered dolomitic marble from Thasos, Greece. *Acta Archaeologica Lovaniensia - Monographiae* 4, 213-227; Ancient Stones: Quarrying, Trade and Provenance--Interdisciplinary Studies on Stones and Stone Technology in Europe and the Near East from the Prehistoric to the Early Christian Period; Marc Waelkens, Norman Herz and Luc Moens, editors; Leuven University Press. Link.

62. **Doehne, E.** & Stulik, D.C. 1991, Dynamic studies of materials using the Environmental Scanning Electron Microscope. Vandiver, Pamela B., James Druzik and George Segan Wheeler, Eds. Materials Issues in Art and Archaeology II, *Materials Research Society Symp. Proceedings,* 185, 31–37. Link.

63. Stulik, D.C. & **Doehne, E.** 1991, Applications of Environmental Scanning Electron microscopy in art conservation and archaeology. Vandiver, Pamela B., James Druzik and George Segan Wheeler, Eds. Materials Issues in Art and Archaeology II, *Materials Research Society Symp. Proceedings,* 185, 23-29. Link.

64. **Doehne, E.** 1991, Evaluation of Tesserae from the Paphos Mosaics, 46-57 in _The Conservation of the Orpheus Mosaic at Paphos, Cyprus,_ The J. Paul Getty Trust, Los Angeles. Link.

65. Coffman, R.L., Selwitz, C., & **Doehne, E**. 1990, Adobe mineralogy: Characterization of adobes from around the world. Adobe 90, _Proceedings of the 6th International Conference on the Conservation of Earthen Architecture,_ 1: 424-429, Las Cruces, New Mexico. Neville Agnew, Michael Taylor, and Alejandro Alva Balderramma, eds. The Getty Conservation Institute, Los Angeles.

66. **Doehne, E.** & D. C. Stulik  1990, Applications of the Environmental Scanning Electron Microscope to conservation science. _Scanning Microscopy_ 4, 275-286. Link.

67. Scott, D.A. & **E. Doehne**  1990, Soldering with gold alloys in ancient South-America - examination of small gold studs from Ecuador. _Archaeometry_ 32, 183-190. Link.

68. Scott, David A. y **E. Doehne**  1990,  La soldadura con aleaciones de oro en la América Antigua: un análisis de dos pequeños adornos provenientes del Ecuador. 52-61. El Boletín del Museo del Oro No. 29 - Oct-Dic: 1990.

69. **Doehne, E.** & Margolis, S.V.  1990, Trace element geochemistry and mineralogy of the Cretaceous-Tertiary boundary; Identification of extraterrestrial components, _in_ Global Catastrophes in Earth History, Conference on Impacts, Volcanism and Mass Mortality. National Academy of Sciences/Lunar Science Institute. _Proceedings of Second Snowbird Conference_ V.L. Sharpton and P. D. Ward (eds.), _Geol. Soc. Am. Special Publication_, 247, 367-382. Link.

70. **Doehne, E.** 1987, _Geochemistry, petrology and diagenesis of Cretaceous-Tertiary boundary sediments from Zumaya, Spain._ Advisors:  Stanley Margolis, Jeffrey Mount. M.S. Thesis, University of California, Davis, June, 1987, 158 p. Link.

71. Margolis, S.V., Mount, J.F., **Doehne, E.**, Showers, W. & Ward, P.  1987,  Late Cretaceous-Tertiary boundary oxygen and carbon isotope stratigraphy, diagenesis and biotic extinctions at Zumaya, Spain, _Paleoceanography_, 2, 361-377. Link.

72. Mount, J.F., Margolis, S.V. Showers, W., Ward, P. & **Doehne, E.**  1986,  Carbon and oxygen isotope stratigraphy of the Upper Maastrichtian, Zumaya, Spain: A record of oceanographic and biologic changes at the end of the Cretaceous Period, _Palaios_, 1, 87-92. Link.

73. **Doehne, E.** 1984, _Regional aspects of cementation and diagenesis, Miocene sediments of Southern Maryland_, Senior Thesis, Geology Dept., Bryn Mawr College, Bryn Mawr, PA, May 4, 1984, 200 p.

## Invited and Contributed Lectures, Seminars, and Workshops 1996-2019

Highlights include invited lectures at Cambridge University, Princeton University, NIST, Eindhoven University of Technology, The J. Paul Getty Museum, USC, UCLA, Scripps College and the Smithsonian. Selected for: Gordon Conference on Concrete, Discussion Leader; Dahlem Workshop on Durability and Change in Berlin. Invited speaker at over 30 international conferences, with 8 keynote/plenary lectures.

1. *Eric Doehne - Invited Lecture Series for Fine Arts Foundation (FAF) at Scripps College:* The Art Detectives: How to Cheat Time, Investigate Art, and Sustain Culture. 2019: March 6, March 26, and April 10.

2. Eric Doehne - *"Science and Authentication: An Overview".* Invited lecture to the American Society of Appraisers at their Annual International Conference in Anaheim, CA, October 9th, 2018.

3. **Eric Doehne** - Invited Lectures: *"Case Studies in Stone Conservation"* USC Historic Preservation Program, Peyton Hall. February 27, 2018 and March 2, 2017.

4. Eric Doehne - Two invited lectures for UC Irvine, OLLI Program: October 25, 2017 *"Detecting Art Forgery"* and October 18, 2017 *"Artists' Materials' - Ancient and Modern"*

5. **Eric Doehne** - Keynote Lecture: *"Salts and Desalination"* for the Symposium sponsored by the Louisiana State Museum and the US National Parks NCPTT: Salts of the Earth: Conservation of Historic Masonry Impacted by Salts and Rising Damp, February 19-20, 2016.

6. **Eric Doehne** - Invited Lecture: *"Introduction to Stone Conservation: Research and Practice"* USC Historic Preservation Program, Peyton Hall. Feb 26, 2016.

7. **Eric Doehne** - Invited Lecture: Occidental College, AHVA – *Some Perspectives on Global Tourism, Climate Change and Universal Cultural Heritage.* October 29, 2015.

8. **Eric Doehne** - Guest Lecture: "*Hazards and Heritage: Under the Volcano.*" Pomona College, Geology 20A - Geohazards, October 12, 2015, for Jade Star Lackey.

9. *Gregory Bearman,* **Eric Doehne,** *Wensen Ma, & Oliver Cossairt "Imaging Changes: Smartphone Cameras and Citizen Science Meet Heritage Conservation"* AAAS Annual Meeting, *February 14, 2015.* Link.

10. D Kronkright, O Cossairt, M Walton, J Tumblin, G Bearman, H Stratis, X Huang, N Matsuda, A Katsaggelos, **E Doehne**, & M Broadway *"Decoding Form, Discovering Process: Imaging Technologies for Surface-Shape Study of the Art of Paul Gauguin";* AAAS Annual Meeting, *February 14, 2015.* Link.

11. **Eric Doehne** "Art Crime and Forensic Science: The Case of the Aphrodite and the Kouros" Scripps College, Noon Academy Lecture, Nov. 11th, 2014.

12. **Eric Doehne** (Lectures, Workshop and Panel Discussion) American Museum of Ceramic Art – AMOCA - Ceramics Conservation Workshop, Pomona, CA; Feb 22, 2014; http://www.amoca.org/ceramic-conservation-workshop/

13. **Eric Doehne** (keynote lecture) "Measuring Change in Art: The case for citizen science and time-lapse imaging of

*material cultural heritage*" Built Heritage Conference, 2013, Milan.

14. Greg Bearman, **Eric Doehne,** Luther Beegle, William Hug, Ray Reid & Rohit Bhartia "*Remote Detection of Biofilms on Stone*" Built Heritage Conference, 2013, Milan.

15. Greg Bearman, **Eric Doehne**, Jon Voss, Kim Merrill, & Rohitashwa Bagaria "*Citizen Science and Mobile Phone Cameras as Tools for Monitoring World Heritage,*" Built Heritage Conference, 2013, Milan.

16. Marcello Manfredi, Greg Williamson, Dale Kronkright, **Eric Doehne**, Gregory Bearman, Megan Jacobs & E. Marengo "*Measuring Changes in Cultural Heritage Objects with Reflectance Transform Imaging,*" Digital Heritage 2013, Marseille, 280. PDF.

**17.** From Documentation to Discovery: Preservation Photographic Imaging Leaps from the Illustrative to the Quantitative, a session at MCN 2013 | Montreal | Museum Computer Network: Greg Bearman, John Delaney, **Eric Doehne,** John ffrench, Dale Kronkright, Marcello Manfredi, Greg Williamson, November 2013.

18. **Eric Doehne**, invited lecture & workshop instructor: "*Salinization and damage to historic materials:  New Orleans, Venice and Adelaide*" Oct 25-26, 2013, Rising Damp Symposium, Galveston Historical Foundation & US National Park Service. http://ncptt.nps.gov/blog/rising-damp-symposium

19. Denecker, M., Hébert, R., Bourgès, A., Menendez, B., & **Doehne, E.** "*Mirabilite and heptahydrate characterization from infrared microscopy and thermal data,*" 12th International Conference on the Deterioration and Conservation of Stone, 2012, New York. Link

20. **Doehne**, E. "*Measuring change over time: the use of geotagged photographs to evaluate the weathering of monuments,*" EGU2012-8300, European Geosciences Union, General Assembly 2012, Vienna, Austria.

21. **Doehne, E.** & S. Pinchin, "*Field measurement of erosion rates: time-lapse monitoring of rapid stone flaking at Howden Minster, UK,*" EGU2012-7688 European Geosciences Union, General Assembly 2012, Vienna, Austria.

22. **Doehne, E.** (2011) "*Stone Conservation and Preservation,*" University of Southern California, invited lecture, April 7, 2011.

23. **Doehne, E.** & Pinchin, S. "*Monitoring loss of stone surface using time-lapse and PTM photography: field study of a 14th century monastery in Yorkshire,*" In situ technical imaging for art and archaeology: a symposium in conservation science, July 15, 2010, British Museum.

24. **Doehne, E.** "*Conservation treatments for salt-laden stone in Egypt and Adelaide,*" Invited Plenary Lecture, ETH CRYSPOM II: an International Workshop on Crystallization in Porous Media, Giessbach, Switzerland, June 15-18, 2010.

25. R. M. Espinosa-Marzal, E. Balboni, S. Carl, **E. Doehne**, J. Carmeliet, & G.W. Scherer "*Mechanism of physical damage by sulfate salts*" Symposium on Concrete Modeling, 22-25 June 2010, EPFL, Switzerland.

26. **Doehne, E.** "Poultice Desalination of Porous Building Materials." Organizer and Lecturer for Field Course, May 24-28, 2010, New Orleans, sponsored by The Getty Conservation Institute, Research from the EC Desalination Project (2006-2009).

27. **Doehne, E.** "*Luxor, Laetoli, Rome and Home: Cultural Heritage Conservation in the Field and Lab,*" Scripps College Noon Academy, April 15, 2010, Claremont, California.

28. **Doehne, E.** "*Monitoring Erosion of Stone Surfaces using Time-Lapse and PTM Photography: Field Study of a 14th Century Monastery in Yorkshire*" Eos Trans. AGU 90 (52), American Geophysical Union, Fall Meeting, abstract #EP53D-0647 EP53D-0647, 2009.

29. **Doehne, E.** "*From the nanoscale microstructure of an ancient Greek vase to the field study of rapid stone decay: Recent adventures in analytical imaging for conservation*" Smithsonian Institution, Topics in Museum Conservation - Lecture Series, Museum Conservation Institute, November 13, 2009. http://www.si.edu/MCI/downloads/topics/Doehne.pdf

30. **Doehne, E.,** Buxbaum, A., Walton, M. "*Nanoscale microstructure and mineralogy of a Greek vase: characterization of black and red gloss using FIB/STEM, ESEM/EDS and electron microprobe analysis*" Geological Society of America, Annual Meeting, Portland, Oregon, 18-21 October, 2009. http://gsa.confex.com/gsa/2009AM/finalprogram/abstract_164139.htm

31. Balboni, E., Espinosa-Marzal, R., **Doehne, E.,** Scherer, G. "*Can drying and re-wetting of magnesium sulphate salts lead to damage of stone?*" Geological Society of America, Annual Meeting, Portland, Oregon, 18-21 October, 2009 (with Princeton University). http://gsa.confex.com/gsa/2009AM/finalprogram/abstract_167260.htm

32. **Doehne, E.,** Balboni, E., Pinchin, S. "*Field measurement of erosion rates: time-lapse monitoring of rapid stone flaking in*

Yorkshire,*" Geological Society of America, Annual Meeting, Portland, Oregon, 18-21 October, 2009 (with English Heritage). http://gsa.confex.com/gsa/2009AM/finalprogram/abstract_164698.htm

33. **Doehne, E.** "*Case Study of Desalination: Madame John's Legacy, New Orleans,*" DESALINATION: EU research results on poultice systems: an international colloquium held at the Cologne Institute of Conservation Science, Cologne University of Applied Sciences 28-29 September, 2009, Cologne, Germany.

34. **Doehne, E.** and Price. C. "*Stone Conservation: An Overview of Current Research,*" The Getty Conservation Institute lecture series, April 28, 2009.

35. Fulvio Zezza, Rob Van Hees, Vèronique Vergès-Belmin, Leo Pel, Adrian Heritage, & **Eric Doehne**. "*Desalination of masonry structures. Expected results of the EU project Desalination*" CHRESP: 8th European Commission Conference on Sustaining Europe's Cultural Heritage, Ljubljana, Slovenia, 10-12/11/2008, www.chresp.eu

36. **Doehne, E.** & Pinchin, S. "*Time-lapse macro-imaging in the field: Monitoring rapid flaking of magnesian limestone,*" 11th International Congress on Deterioration and Conservation of Stone, 2008, Torun, Poland, September 18th, 2008.

37. **Doehne, E.** Member of panel discussion on stone conservation meetings and dissemination at the 11th International Congress on Deterioration and Conservation of Stone, September 19th, 2008.

38. Sikka, S., Selwitz, C., **Doehne, E.** Chiari, G., & Khanjian, H. "*Qualitative and quantitative methods of detection of*

*calcium oxalate deposits on treated limestone and marble,"* Lecture at the International Symposium on Stone Consolidation in Cultural Heritage Research and Practice: Lisbon, Portugal, May 6, 2008.

39. **Eric Doehne** *"From the oldest home in New Orleans to an abandoned Abby in Yorkshire: Salts, Desalination and Stone Conservation,"* The Getty Conservation Institute lecture series, May 1, 2008.

40. **Eric Doehne** *"Epidemiology and Buildings: Treatment of salt decay and the historic masonry of South Australia,"* invited plenary lecture to the First International Congress on Salt Damage, Ghent, Belgium May 9-11, 2007.

41. **Eric Doehne** *"ESEM and wet STEM applications to cultural heritage"* Scanning 2007 Meeting, FAMS, Monterey, California, April 10, 2007, and session organizer for *"Scanning Cultural Heritage: Research, Documentation and Preservation for Works of Art, Museum Collections, Architecture and Archaeological Materials."*

42. Walton, M. S., **Doehne**, **E**., Trentelman, K., Chiari, G, Maish, J. & Buxbaum, A. *"Characterization of Coral Red Slips on Greek Attic Pottery,"* In: Materials Research Society Fall Meeting, Symposium Y: Materials Issues in Art and Archaeology VIII , November 26 - 28, 2007 Edited by: Pamela Vandiver, Francesca Casadio, Blythe McCarthy, Robert H. Tykot, Jose L. Ruvalcaba Sil. Materials Research Society. http://www.mrs.org/f07-abstract-y/

43. **Eric Doehne** *"Conservation Research in Inorganic Materials",* The Getty Conservation Institute lecture series, November 21, 2006.

44. **Doehne, Eric** & Lopez-Arce, Paula *"Salt Research Down Under: Decay and Treatment of Forts and Gaols, Bungalows*

*and Cathedrals"* The Getty Conservation Institute lecture series, May 22, 2006.

45. **Doehne, Eric**, Lopez-Arce, Paula, & Lombardo, Tiziana *"Stone Conservation at the GCI: Copan, Salts & Desalination"* APT International, Sydney Chapter, April 2006, invited lecture.

46. **Doehne, Eric** & Ellen Baken *"An environmental STEM detector for ESEM: New applications for humidity control at high resolution,"* Scanning 2006 Conference, April 25–27, 2006 Washington, D.C.

47. Bourgès, A, **Doehne, E**., Carson, D., Hanna, S., & Martin, W. *"GCI-English Heritage Magnesium Limestone Study,"* The Cathedral Architects Association meeting, Sept 29th-30th, 2005, York, UK.

48. **Doehne, E.** *"X-rays in ESEM: Correction of X-ray skirt effect in VP-ESEM and X-ray cone performance"* Invited lecture, National Institute of Standards & Technology and Microbeam Analysis Society, NIST-MAS, Roadmap Workshop on VP-ESEM, Gaithersburg, Maryland, 2005.

49. **Doehne, E**. *"Electron Skirts and X-ray Correction: Evaluating Methods for Rapid Discrimination of Primary versus Secondary X-ray signals in the ESEM"* Microscopy & Microanalysis 2005 Meeting, July 31-August 4, 2005, Honolulu, Hawaii. Invited lecture.

50. **Doehne, E**., Carson, D. & Pasini, A. *"Combined ESEM and CT Scan: The process of salt weathering,"* Microscopy & Microanalysis 2005 Meeting, July 31-August 4, 2005, Honolulu, Hawaii.

51. **Doehne, E.** *"ESEM Applications: from Cultural Heritage Conservation to Nanobehavior,"* 3rd Meeting of the International Union of Microbeam

Analysis Societies, Florence, Italy, May 22-26, 2005. Invited Plenary Lecture.

52. **Doehne, E.** *"Salt Weathering and Cultural Heritage: An overview of recent advances,"* 32ⁿᵈ International Geological Congress, Florence, August 20-28, 2004, invited lecture.

53. **Doehne, E.** *"Characterization of carved rhyolite tuff–The Hieroglyphic Stairway of Copán, Honduras,"* 6th International Symposium: Conservation of Monuments in the Mediterranean Basin, Lisbon, Portugal, April 7–10, 2004.

54. Schwarz, H.-J., Simon, S., **Doehne**, **E**. Carson, D. *"Einfache Experimente zur Beobachtung und Visualisierung von Salzkristallisationen im Porenraum = Simple experiments for monitoring and visualization of salt crystallization in the pore space"*- 82. Jahrestagung der Deutschen Mineralogischen Gesellschaft (DMG), Karlsruhe, 19.-22.09, Beihefte zum European Journal of Mineralogy, 16 (1), 2004 = 82nd Annual Meeting of the German Mineralogical Society (DMG) Karlsruhe 19.- 22.9.2004, Supplements to the European Journal of Mineralogy, 16 (1) 2004.

55. **Doehne, E.** *"The response of NaCl and Umm Ishrin sandstone to humidity cycling: mechanisms of salt weathering,"* 10ᵗʰ International Congress on Deterioration and Conservation of Stone, Stockholm, June 27–July 2, 2004.

56. **Doehne, E.** *"Salt behavior and quantification of kinetics,"* Invited lecture, Department of Physics, Eindhoven University of Technology (TU/e), The Netherlands, 2004.

57. **Doehne, E.** and Lombardo, T. 2004, *"In-Situ Characterization of Micro and Nanoscale Kinetics by Variable Pressure Electron Microscopy I: Quantifying the Environment"* Microscopy and Microanalysis, 10(S2):1056-1057CD, Annual Meeting, Savannah, Georgia, August 1–5, 2004.

58. **Doehne, E.** *"The Impact of ESEM in Conservation Science and Process Characterization,"* Invited lecture at the Eastern Analytical Symposium, New Jersey, November 20, 2003 at a session honoring the inventor of the ESEM.

59. **Doehne, E.** *"Multispectral Infrared Imaging of the First Photograph,"* Invited lecture, Symposium: At First Light: Niépce and the Dawn of Photography, November 21-23, 2003, Austin, Texas.

60. **Doehne, E.** *"Crystallization in the ESEM: Kinetics of Salt Behavior in Building Materials,"* Invited lecture at the Materials Institute of Princeton University on November 20, 2003.

61. **Doehne, E.** *"Imaging Science, Conservation and Technology"* Created and presented a workshop on conservation, imaging and computational photography for Getty Institute professional staff, including scientists, architects and conservators, September 15, 2003, with J. Paul Getty Museum Senior Photographer Anthony Peres.

62. **Doehne, E.** "*The Importance of Kinetics in the Macro, Micro and Nanoscale Behavior of Sodium Chloride, Sodium Nitrate and Sodium Sulfate in Building Materials,"* Invited keynote lecture, EUROMAT 2003, 8th European Congress and Exhibition on Advanced Materials and Processes, Lausanne, Switzerland, August 31- September 4, 2003.

63. **Doehne, E.** *"Conservation and Microscopy."* Invited lecture at the Netherlands Institute for Cultural

Heritage *(now the Netherlands Cultural Heritage Agency)*, Amsterdam, 2002.

64. **Doehne, E.** C. Selwitz, & D. Carson *"The damage mechanism of sodium sulfate in porous stone,"* SALTeXPERT Meeting, Prague, Czech Republic, November 2002. Joint Getty Conservation Institute and European Commission Expert Meeting. Invited speaker and rapporteur for group discussions.

65. **Doehne, E.** Gordon Conference on the Chemistry & Physics of Cement-Based Materials, March 3-8 2002, Ventura, California. Invited discussion leader and chair for the session on chemical degradation phenomena. Link.

66. **Doehne, E.** & D. Carson *"Damage to Building Materials from the Crystallization of Salts: Mechanisms Revealed by ESEM Experiments,"* The 17th Australian Conference on Electron Microscopy, Annual Meeting, Adelaide, Australia, February 4–8, 2002, Program and Abstract Book, p. 96-97.

67. **Doehne, E**. *"The Role of Microscopy and Microanalysis in Cultural Heritage Preservation,"* Microbeam Analysis Society, Invited Presidential Speaker, Plenary Lecture, Annual Meeting, Microscopy & Microanalysis 2001, Long Beach, California.

68. **Doehne, E.,** Selwitz, C. & A. de Tagle *"Prevention of Damage to Monuments: ESEM and Time-Lapse Studies,"* Microscopy & Microanalysis 2001 annual meeting, August 5-9, 2001, Long Beach, California, Invited Lecture.

69. **Doehne, E.** and D. Carson *"Charge Contrast Imaging (CCI) in the Environmental Scanning Electron Microscope: Optimizing Operating Parameters for Calcite,"* Microscopy & Microanalysis 2001, Annual Meeting Long Beach, Invited Lecture.

70. **Doehne, E.** ESEM ROADMAP-II Workshop, University of Western Australia and FEI/Philips, February 16–19, 2001, NSW, Australia. Invited Participant.

71. **Doehne, E**. Session organizer and discussion leader for panel on: *"ESEM/VP Contrast Mechanisms, Working with ESEM and other Variable Pressure Systems,"* Microscopy & Microanalysis 2000, Annual Meeting, Philadelphia, August 13-17, 2000.

72. **Doehne, E.** *"Environmental SEM Analysis and Damage Simulation with Stone Samples from the Mayan City of Copan, Honduras."* Materials Research Society; Fall Symposium V, Low-Vacuum SEM/ESEM in Materials Science: Wet SEM-The Liquid Frontier of Microscopy, Nov. 29, 2000.

73. **Doehne, E.** *"Cultural Heritage Research: Some thoughts on old problems, new tools and the millennium,"* National Center for Conservation, Canberra, National Gallery of Australia, Australian Society for Electron Microscopy, Canberra, Australia. February, 1999, Public Lecture.

66. **Doehne, E.** "*Using Time-lapse Photography for Cultural Heritage Research: Things Fall Apart,"* Australian Society for Electron Microscopy, micrOZcopy 2000 International Conference, Canberra, Australia, February, 2000, Plenary Lecture.

67. **Doehne, E.** *"Analytical Chemistry and Heritage Conservation,"* National Institute of Standards and Technology, Washington, D.C. Invited lecture, NIST Seminar Series, December 1998.

68. **Doehne, E.** "*Honeycomb weathering and monument conservation*" Department of Earth Sciences, California State University, Northridge. November 1998. Invited Seminar.

69. **Doehne, E.** "*Romancing The Stone: A Microanalyst's view of Geology,*" Microbeam Analysis Society, Annual Meeting, Atlanta, 1998. Invited Presidential Speaker, Plenary Lecture.

70. **Doehne, E.** "*Charge contrast: some ESEM observations of a new/old phenomena,*" Microscopy Society of America, Annual Meeting, Atlanta, Georgia, July 12–16, 1998. Invited Lecture.

71. **Doehne, E.** & Mawson, James "*Travertine Stone at the Getty Center,*" Invited Lecture. The J. Paul Getty Museum at the Getty Center, opening year lecture series, 1998.

72. **Doehne, E.,** "*Environmental SEM and time-lapse applications in cultural heritage conservation,*" Royal Microscopy Society Proceedings, Micro98, London, 1998. Invited Lecture.

73. **Doehne, E.** "*Charge contrast: a new tool for the study of sub-micron crystal growth,*" Cambridge University, Department of Physics, 1998. Invited Departmental Seminar.

74. **Doehne, E.** & Rodríguez Navarro, C. "*Salt damage: New Insights from Time-Lapse Experiments,*" 4th International Symposium on the Conservation of Monuments in the Mediterranean Basin, Rhodes, May 6-11, 1997.

75. **Doehne, E.** "*ESEM and video microscopy studies,*" In-Situ Studies in Microscopy III, Microscopy & Microanalysis - 97, Cleveland, Ohio, 1997, Invited Lecture.

76. **Doehne, E.** & Rodríguez Navarro, C. "*Dynamics of deterioration: new advances in conservation from time-lapse video and ESEM microscopy,*" Conservation Science Technical Session, Eastern Analytical Symposium, Somerset, New Jersey, USA, November, 18, 1997. Invited Lecture. http://cool.conservation-us.org/byform/mailing-lists/cdl/instances/1997/1997-05-15.dst

77. Kumar, R., **Doehne, E**., & Ginell, W. S. "*A Study of the Pore System of Monumental Limestone from the 10-11th Century Maya Site at Xunantunich, Belize,*" 8th International Congress on Deterioration and Conservation of Stone, Berlin, Germany, 1996.

78. **Doehne, E.** "*A new correction method for energy-dispersive spectroscopy analysis under humid conditions,*" Microscopy Society of America, Annual Meeting, Minneapolis, Minnesota, August 11-15, 1996.

79. Rodríguez Navarro, C., **Doehne, E.,** Sebastian, E. & Ginell, W. S. "*Salt growth in capillary and porous media,*" 3rd International Congress on Restoration of Buildings and Architectural Heritage, Granada, Spain, 1996.

80. **Doehne, E.** & Rodríguez Navarro, C. "*Salt damage: New insights from time-lapse experiments,*" Geological Society of America, Program with Abstracts, 1: 51252, GSA, Denver, Colorado, USA, 1996.

81. **Doehne, E.** "*A dynamic image capture system for experiments in the environmental scanning electron microscope,*" Microscopy Society of America, Annual Meeting, Minneapolis, Minnesota, August 11-15, 1996.

# Contact Information

## ERIC F. DOEHNE

### Conservation Sciences



www.ConservationSciences.com
www.ScrippsCollege.edu

Social Media:

Professional Profiles at ResearchGate.net, Google Scholar, Academia.edu;
Eric's profile on Zotero; Eric's public groups on Zotero
LinkedIn Profile