# EXHIBIT 1

Appendix 1:  Analytical Results from Samples – Mosaic Project – Eric Doehne

*Mosaic Sample 1 Analytical Results:  Optical Images, SEM Images, X-ray Spectra*



(square = 5 mm)



*Figure 1.  Sample 1 – Glass alteration layer – A – Topographic Contrast (Secondary Electron Imaging)*

Appendix 1:  Analytical Results from Samples – Mosaic Project – Eric Doehne



POM/HMC 20.0kV 13.1mm x60 PDBSE(CP) 3/22/2019    500um

*Figure 2.  Sample 1 – Glass alteration layer – B – Density Contrast (Back Scattered Electron Imaging)*

Appendix 1:  Analytical Results from Samples – Mosaic Project – Eric Doehne

*Mosaic Sample 2 Analytical Results:  Optical Images, SEM Images, X-ray Spectra*



(square = 5 mm)



POM/HMC 20.0kV 13.1mm x45 PDBSE(CP) 3/22/2019    1.00mm

*Figure 3.  Sample 2 – Green glass alteration layer, showing rounded glass remnants and bright areas of metal redeposition – C – Density Contrast (Back Scattered Electron Imaging)*

Appendix 1:  Analytical Results from Samples – Mosaic Project – Eric Doehne



*Figure 4.  Sample 2 – altered glass – D – Topographic Contrast (Secondary Electron Imaging)*



EDS spectrum of green glass sample 2 from Figure 4 showing Fe as colorant.

| Oxygen | Sodium | Magnesium | Aluminium | Silicon | Phosphorus | Sulfur | Chlorine | Potassium | Calcium | Titanium | Iron | Copper |
|--------|--------|-----------|-----------|---------|------------|--------|----------|-----------|---------|----------|------|--------|
| 55.11 | 1.10 | 1.33 | 2.27 | 24.25 | 0.39 | 0.99 | 0.40 | 0.48 | 10.64 | 0.44 | 0.41 | 0.00 |

Qualitative EDS results useful for comparing ratios of elements (Not for direct comparisons). Note relatively low Al, Mg, Na, K in this example.

Appendix 1:  Analytical Results from Samples – Mosaic Project – Eric Doehne

*Mosaic Sample 3 Analytical Results:  Optical Images, SEM Images, X-ray Spectra*





*Figure 5.  Sample 3 – Glass and altered glass (weathering rind) – A – Topographic Contrast (Secondary Electron Imaging)*

Appendix 1:  Analytical Results from Samples – Mosaic Project – Eric Doehne



*Figure 6.  Sample 3 – Glass and altered glass (weathering rind) – B – Density Contrast (Back Scattered Electron Imaging)*

Appendix 1:  Analytical Results from Samples – Mosaic Project – Eric Doehne



*Figure 7.  Sample 3 – Alteration Layer – C – Density Contrast (Back Scattered Electron Imaging)*

Appendix 1:  Analytical Results from Samples – Mosaic Project – Eric Doehne



*Figure 8.  Sample 3 – Glass with dense, lead and antimony rich inclusion – D – Topographic Contrast (Secondary Electron Imaging)*

Appendix 1:  Analytical Results from Samples – Mosaic Project – Eric Doehne



*Figure 9.  Sample 3 – Glass with dense, lead antimonate– inclusion as an opacifier - also found in other Roman-era green tesserae (see article Rediscovering ancient glass technologies through the examination of opacifier crystals (2008) Lahlil, et al.)– E – Density Contrast (Back Scattered Electron Imaging)*

Appendix 1: Analytical Results from Samples – Mosaic Project – Eric Doehne



*Figure 10. Sample 3 – Green glass with thick alteration layer – F – Topographic Contrast (Secondary Electron Imaging)*

Appendix 1:  Analytical Results from Samples – Mosaic Project – Eric Doehne



*Figure 11.  Sample 3 – Green glass with thick alteration layer – F – Density Contrast (Back Scattered Electron Imaging)*

Appendix 1:  Analytical Results from Samples – Mosaic Project – Eric Doehne



*Figure 12.  Sample 3 – Detail of green glass with thick alteration layer – J – Density Contrast (Back Scattered Electron Imaging)*

Appendix 1:  Analytical Results from Samples – Mosaic Project – Eric Doehne



*Figure 13.  Sample 3 – glass alteration layer surrounding darker areas of original glass – Density Contrast (Back Scattered Electron Imaging)*



*Figure 14.  EDS spectra scanning the area of above image, showing glass alteration layer with high silica, alumina, and iron (Si, Al, Fe) (brighter areas) surrounding rounded nodules of residual glass (darker areas). Note at first glance it may look a bit like green sand floating in greenish plaster (see optical images of some views of samples 1 and 2).*

Appendix 1:  Analytical Results from Samples – Mosaic Project – Eric Doehne



POM/HMC 20.0kV 13.1mm x110 PDBSE(CP) 3/21/2019   500um

*Figure 15.  Sample 3 – Green glass alteration layers – L – Density Contrast (Back Scattered Electron Imaging)*

Appendix 1:  Analytical Results from Samples – Mosaic Project – Eric Doehne



POM/HMC 20.0kV 13.1mm x350 SE(M) 3/21/2019          100um

*Figure 16.  Sample 3 – Sample 3 – Green glass with layered corrosion features and cracking– M – Topographic Contrast (Secondary Electron Imaging)*

Appendix 1:  Analytical Results from Samples – Mosaic Project – Eric Doehne

*Mosaic Sample 4 Analytical Results:  Optical Images, SEM Images, X-ray Spectra*



4A  4B

4C  4D

(square = 5 mm)



POM/HMC 20.0kV 13.1mm x30 SE(M) 3/22/2019        1.00mm

Appendix 1:  Analytical Results from Samples – Mosaic Project – Eric Doehne

*Figure 17.  Sample 4 – Black Tesserae – A – Topographic Contrast (Secondary Electron Imaging)*



POM/HMC 20.0kV 13.1mm x30 PDBSE(CP) 3/22/2019        1.00mm

*Figure 18. Sample 4 – Black Tesserae. Note bright grains are ilmenite (rich in iron and titanium); grains of apatite are also common (rich in calcium and phosphorus) – B – Density Contrast (Back Scattered Electron Imaging)*

Appendix 1:  Analytical Results from Samples – Mosaic Project – Eric Doehne



*Figure 19.  Sample 4 – Black Tesserae – C – Topographic Contrast (Secondary Electron Imaging)*

Appendix 1:  Analytical Results from Samples – Mosaic Project – Eric Doehne



*Figure 20.  Sample 4 – Black Tesserae. Note bright grains are ilmenite (rich in iron and titanium); grains of apatite are also common (rich in calcium and phosphorus). Dark areas are likely organic material original to the material or from the saturation restoration treatment – B – Density Contrast (Back Scattered Electron Imaging)*



*Figure 21.  EDS spectra showing high Si, Al, Ca, K with Fe and Ti in bright areas.*

Appendix 1:  Analytical Results from Samples – Mosaic Project – Eric Doehne



*Figure 22.  EDS elemental maps showing distributions Fe and Ti in bright areas (likely the mineral ilmenite), and Ca and P together (likely the mineral apatite).  Note silicate matrix with at least two phases (Si, Al, Ca, Na-rich – labradorite?) and (Si, Al, Mg, Fe-rich-olivine). The dark area in the lower right appears to be a shadow where the x-ray detector is not at the right angle to see that part of the sample.*

Appendix 1:  Analytical Results from Samples – Mosaic Project – Eric Doehne

*Mosaic Sample 5 Analytical Results:  Optical Images, SEM Images, X-ray Spectra*



5A  5B
5C  5D  (square = 5 mm)



POM/HMC 20.0kV 13.1mm x35 SE(M) 3/22/2019          1.00mm

*Figure 23.  Sample 5 – White Tesserae – A – Topographic Contrast (Secondary Electron Imaging)*

Appendix 1:  Analytical Results from Samples – Mosaic Project – Eric Doehne



POM/HMC 20.0kV 13.1mm x35 PDBSE(CP) 3/22/2019    1.00mm

*Figure 24.  Sample 5 – White Limestone Tesserae – B – Density Contrast (Back Scattered Electron Imaging)*

Appendix 1:  Analytical Results from Samples – Mosaic Project – Eric Doehne



POM/HMC 20.0kV 13.1mm x300 SE(M) 3/22/2019          100um

*Figure 25.  Sample 5 – White Limestone Tesserae with closeup of fine calcite grains and larger recrystallized calcite– C – Topographic Contrast (Secondary Electron Imaging)*

Appendix 1:  Analytical Results from Samples – Mosaic Project – Eric Doehne



POM/HMC 20.0kV 13.1mm x1.00k SE(M) 3/22/2019          50.0um

*Figure 26.  Sample 5 – White Limestone Tesserae with closeup of fine calcite grains – D – Topographic Contrast (Secondary Electron Imaging)*

Appendix 1:  Analytical Results from Samples – Mosaic Project – Eric Doehne

*Mosaic Sample 6 Analytical Results:  Optical Images*



(square = 5 mm)

*Sample 6. No SEM-EDS performed on this adhesive sample. Other methods may be used if needed for future analytical work.*

Appendix 1:  Analytical Results from Samples – Mosaic Project – Eric Doehne

*Mosaic Sample 7 Analytical Results:  Optical Images, SEM Images, X-ray Spectra*



*Sample 7 – Mortar*



*Figure 27.  EDS spectra of mortar sample 7 showing high calcium and silica, interpreted as a lime mortar with sand.*

Appendix 1:  Analytical Results from Samples – Mosaic Project – Eric Doehne

*Mosaic Sample 8 Analytical Results:  Optical Images, SEM Images, X-ray Spectra*



(square = 5 mm)



*Figure 28.  Sample 8 – Red Glass with complex alteration layer (weathering rind) – A – Topographic Contrast (Secondary Electron Imaging)*

Appendix 1:  Analytical Results from Samples – Mosaic Project – Eric Doehne



*Figure 29.  Sample 8 – Red Glass with complex alteration layer (weathering rind) – B – Density Contrast (Back Scattered Electron Imaging)*



*Figure 30.  Sample 8 – Red Glass. EDS spectra of brightest area in previous image showing high concentrations of metals such as Cu, Pb, V, Mn, but no Fe.*

Appendix 1:  Analytical Results from Samples – Mosaic Project – Eric Doehne



*Figure 31.  Sample 8 – Red Glass. EDS Elemental Maps showing strong variations in O, Si, P, and Pb. This could reflect a lead-rich glass (Pb) and a sodium-rich glass (Na) next to each other.*

Appendix 1:  Analytical Results from Samples – Mosaic Project – Eric Doehne



POM/HMC 20.0kV 10.3mm x50 SE(M) 3/25/2019          1.00mm

*Figure 32.  Sample 8 – Red Glass with complex alteration layer (weathering rind) – C – Topographic Contrast (Secondary Electron Imaging)*

Appendix 1: Analytical Results from Samples – Mosaic Project – Eric Doehne



POM/HMC 20.0kV 10.3mm x70 PDBSE(CP) 3/25/2019     500um

*Figure 33.  Sample 8 – Red Glass with complex alteration layer (weathering rind) – D – Density Contrast (Back Scattered Electron Imaging)*

Appendix 1:  Analytical Results from Samples – Mosaic Project – Eric Doehne



POM/HMC 20.0kV 10.3mm x700 PDBSE(CP) 3/25/2019     50.0um

*Figure 34.  Sample 8 – Closeup of red glass with complex alteration layer – C – Density Contrast (Back Scattered Electron Imaging)*

Appendix 1:  Analytical Results from Samples – Mosaic Project – Eric Doehne

*Mosaic Sample 9 Analytical Results:  Optical Images, SEM Images, X-ray Spectra*





*Figure 35.  Sample 9 – Orange glass tesserae with thick, porous alteration layer at the top – A – Topographic Contrast (Secondary Electron Imaging)*

Appendix 1:  Analytical Results from Samples – Mosaic Project – Eric Doehne



*Figure 36.  EDS spectra of orange glass area above showing the presence of copper, iron, manganese, arsenic, and lead. Higher magnesium and copper likely enhance the orange color.*



*Figure 37.  Sample 9 – Closeup of orange glass with thick, porous alteration layer at the top – B – Topographic Contrast (Secondary Electron Imaging)*

Appendix 1:  Analytical Results from Samples – Mosaic Project – Eric Doehne



*Figure 38.  EDS spectra of glass alteration layer showing the expected leaching of Cu, Fe, K, Na, Mn, Pb compared to the underlying glass.*



*Figure 39.  High density, orange glass with alteration layer at the top (contains lead). Note contrast adjusted to reveal subtle contrasts in the glass, which makes the alteration layer very dark – C – Topographic Contrast Density Contrast (Back Scattered Electron Imaging)*

Appendix 1:  Analytical Results from Samples – Mosaic Project – Eric Doehne



*Figure 40.  Orange glass with alteration layer at the top.BSE image of X-ray map area (next page).*



*Figure 41.  Orange glass with alteration layer at the top. EDS Elemental X-ray maps showing variations in composition and density. Note strong variations in O, Na, K, Si, P, Cu, Ca, and Pb. Maps with low concentrations are generally similar and mostly likely reflecting density differences and not true concentrations (Ti, V, Mn, Au).  Note leaching of glass is reflected in decreasing sodium (Na) concentrations in the altered areas and high concentrations in the original glass. A copper-rich band in the original glass can be seen in the lower left of the map. The dark area in the upper center–which has no elements found–is a shadow caused by the surface topography.*

Appendix 1:  Analytical Results from Samples – Mosaic Project – Eric Doehne



POM/HMC 20.0kV 10.3mm x450 SE(M) 3/26/2019          100um

*Figure 42.  Sample 9 – Orange glass tesserae, closeup of high–density area (see elemental maps) – D – Topographic Contrast (Secondary Electron Imaging)*

Appendix 1:  Analytical Results from Samples – Mosaic Project – Eric Doehne



POM/HMC 20.0kV 10.3mm x450 PDBSE(CP) 3/26/2019    100um

*Figure 43.  Sample 9 – Orange glass tesserae, closeup of high–density area (see elemental maps below). Note same area as previous topographic image. Also note contrast has been adjusted to reveal contrasts in the high–density glass, which makes the surrounding materials very dark – E – Density Contrast (Back Scattered Electron Imaging).*

Appendix 1:  Analytical Results from Samples – Mosaic Project – Eric Doehne



*Figure 44.  Sample 9 - Orange glass with alteration layer at the top. EDS Elemental X-ray maps showing variations in composition and density. Note strong variations in the major elements O, Na, Mg, Al, Si, Pb, Sb, and Ca. These likely reflect the distribution dense opacifiers (lead antimonate), colorants (Fe, Cu, Mn, V), and glass (Si, Al, Na). Note a few areas show variations in V, Mn, Fe, and Cu, but at relatively low elemental concentrations. For comparison, see analyses in **Glass of the Roman World** edited by Bayley, Freestone, and Jackson (https://books.google.com/books?id=Y_9CCwAAQBAJ). Maps with low concentrations are generally similar and mostly likely reflecting density differences and not true concentrations (Sn, F, N, Cl, Au).*

*May 20, 2019*                              *Conservation Sciences*

Appendix 1:  Analytical Results from Samples – Mosaic Project – Eric Doehne

Appendix 1:  Analytical Results from Samples – Mosaic Project – Eric Doehne

*Mosaic Sample 10 Analytical Results:  Optical Images, SEM Images, X-ray Spectra*





*Figure 45.  Sample 10 – white mineral deposit on top of tesserae composed of fine calcite and clay – A – Topographic Contrast (Secondary Electron Imaging)*

Appendix 1:  Analytical Results from Samples – Mosaic Project – Eric Doehne



*Figure 46.  Elemental spectra from sample 10, image area above showing high concentrations of Calcium, Silica, Magnesium, Alumina, with some Sulfur (Ca, Si, Mg, Al, S), interpreted as a common surface deposit mixture of calcium carbonate, clay, quartz silt, and gypsum.*



*Figure 47.  Sample 10 – white mineral deposit on top of tesserae composed of fine calcite and clay.Note grey feature in center–right is mostly clay – B – Density Contrast (Back Scattered Electron Imaging)*

Appendix 1:  Analytical Results from Samples – Mosaic Project – Eric Doehne



*Figure 48.  Elemental spectra from sample 10, image area above interpreted as a common surface deposit mixture of calcium carbonate, clay, quartz silt, apatite, and gypsum. Note the grey region contains a magnesium-rich clay.*

| Spectrum | Oxygen | Sodium | Magnesium | Aluminium | Silicon | Phosphorus | Sulfur | Potassium | Calcium |
|---|---|---|---|---|---|---|---|---|---|
| Sample 10 - encrustation SE - EDS Spectra 41_00001.spx | 64.11 | 0.68 | 1.08 | 0.66 | 2.36 | 0.23 | 0.93 | 0.49 | 29.47 |

Qualitative EDS analysis of encrustation useful for showing relative elemental ratios.

Appendix 1:  Analytical Results from Samples – Mosaic Project – Eric Doehne

*Mosaic Sample 11 Analytical Results:  Optical Images*



| | |
|---|---|
| 11A | 11B |
| 11C | 11D |

(square = 5 mm)

Sample 11. Brown Adhesive. No SEM-EDS performed. GC-MS or Raman spectroscopy suggested for further organic analysis.

Samples 12-13:  Black Tesserae - Analyzed with Laser Ablation ICP-MS and SEM-EDS. Results show basalt composition (a common rock in Syria) with some areas appearing to be weathered, with strong variations in *Silica* and *Iron* contents.

Laser Ablation ICP-MS Data from Sample 12a (two areas):

| Na ppm_m23 | Mg ppm_m24 | Al ppm_m27 | Si ppm_m28 | P ppm_m31 | S ppm_m34 | Cl ppm_m35 |
|---|---|---|---|---|---|---|
| 31300 | 20800 | 86000 | 223000 | 5440 | Below LOD | 1880 |
| 27100 | 21000 | 82000 | 205000 | 5500 | 3900 | 5000 |

| K ppm_m39 | Ca ppm_m44 | Ti ppm_m47 | V ppm_m51 | Cr ppm_m52 | Mn ppm_m55 | Fe ppm_m57 |
|---|---|---|---|---|---|---|
| 16800 | 50700 | 5700 | 30.1 | 2.8 | 2090 | 77000 |
| 17800 | 46400 | 6400 | 30.8 | 16.7 | 2120 | 81000 |

| Co ppm_m59 | Ni ppm_m60 | Cu ppm_m63 | Zn ppm_m66 | As ppm_m75 | Sr ppm_m88 | Mo ppm_m95 |
|---|---|---|---|---|---|---|

Appendix 1:  Analytical Results from Samples – Mosaic Project – Eric Doehne

| | | | | | |
|---|---|---|---|---|---|
| 19.8 | 1.71 | 20 | 226 | 2.9 | 1370 | 4.4 |
| 22.1 | 3.5 | 28.8 | 460 | 2.56 | 1040 | 4.89 |

| Cd ppm_m111 | Sn ppm_m118 | Ba ppm_m137 | La ppm_m139 | Ce ppm_m140 | Pr ppm_m141 |
|---|---|---|---|---|---|
| 0.47 | 24.6 | 406 | 97 | 193 | 20.6 |
| 0.46 | 43 | 314 | 94 | 181 | 18.3 |

| Nd ppm_m146 | Sm ppm_m147 | Eu ppm_m153 | Gd ppm_m157 | Tb ppm_m159 | Dy ppm_m163 |
|---|---|---|---|---|---|
| 73.3 | 14 | 3.65 | 9.9 | 1.37 | 7.5 |
| 72 | 12.6 | 2.95 | 9.4 | 1.28 | 6.4 |

Samples 14-15:  Pink Tesserae - Analyzed with Laser Ablation ICP-MS. Results show a relatively pure limestone, with variation in iron content as likely source of color. Variations in S and Cl concentrations suggest remnant soluble salts from a previous burial environment  . Note:  Below LOD means below the Level of Detection (or below the sensitivity of the LA-ICP-MS for that element). Also note the elemental results from rows 1-3 and 6-9 are from two different fragments of sample 14, while rows 6-9 are from sample 15.

| Na ppm_m23 | Mg ppm_m24 | Al ppm_m27 | Si ppm_m28 | P ppm_m31 | S ppm_m34 | Cl ppm_m35 |
|---|---|---|---|---|---|---|
| 34.6 | 343 | 179 | 307 | 31.5 | Below LOD | 137 |
| 26.4 | 334 | 121 | 300 | 38.2 | Below LOD | 182 |
| 35.7 | 323 | 165 | 277 | 30.5 | 920 | 220 |
| 810 | 1740 | 6.90E+03 | 1.70E+04 | 50 | 1.20E+04 | 1.38E+04 |
| 121 | 684 | 450 | 2.60E+03 | 22.8 | 730 | 660 |
| 114 | 649 | 334 | 1430 | 34.4 | 750 | 600 |
| 96.8 | 490 | 223 | 1048 | 56 | Below LOD | 128 |
| 66.2 | 495 | 148 | 1224 | 47.3 | 80 | 185 |
| 51.4 | 420 | 125 | 1238 | 25 | 230 | 236 |

| K ppm_m39 | Ca ppm_m44 | Ti ppm_m47 | V ppm_m51 | Cr ppm_m52 | Mn ppm_m55 | Fe ppm_m57 |
|---|---|---|---|---|---|---|
| 15.5 | 3.81E+05 | 15.5 | 2.7 | 11.8 | 5.33 | 280 |
| 12.8 | 3.81E+05 | 8.4 | 0.88 | 8.5 | 32 | 139 |

Appendix 1:  Analytical Results from Samples – Mosaic Project – Eric Doehne

| K ppm_m39 | Ca ppm_m44 | Ti ppm_m47 | V ppm_m51 | Cr ppm_m52 | Mn ppm_m55 | Fe ppm_m57 |
|---|---|---|---|---|---|---|
| 15.5 | 3.77E+05 | 12.4 | 1.5 | 11.2 | 5.79 | 209 |
| 730 | 3.93E+05 | 360 | 28 | 45 | 107 | 750 |
| 109 | 3.86E+05 | 29 | 6.2 | 12.15 | 17.8 | 216 |
| 78 | 3.84E+05 | 20.1 | 6.4 | 12.2 | 14.8 | 370 |
| 49.6 | 3.85E+05 | 30.5 | 2.7 | 15.8 | 7.7 | 340 |
| 32.7 | 3.83E+05 | 18.1 | 1.25 | 13.84 | 7.28 | 181 |
| 20.3 | 3.74E+05 | 50 | 1 | 12.08 | 6.19 | 158 |

| Co ppm_m59 | Ni ppm_m60 | Cu ppm_m63 | Zn ppm_m66 | As ppm_m75 | Sr ppm_m88 | Mo ppm_m95 |
|---|---|---|---|---|---|---|
| 0.185 | 2.4 | 1 | 3.51 | 0.91 | 41.1 | 0.055 |
| 0.209 | 2.42 | 1.07 | 3.49 | 0.78 | 29.4 | 0.033 |
| 0.175 | 1.55 | 1.062 | 3.73 | 0.61 | 38.6 | 0.0222 |
| 0.89 | 12.1 | 10.4 | 10.7 | 7.2 | 99 | 1.2 |
| 0.208 | 2.75 | 2.57 | 3.16 | 1.24 | 87.4 | 0.205 |
| 0.29 | 3.5 | 6.3 | 8.4 | 1.06 | 85.2 | 0.12 |
| 1.27 | 2.29 | 3 | 7.21 | 1.03 | 57.9 | 0.066 |
| 1.62 | 1.7 | 2.11 | 6.51 | 0.99 | 57.4 | 0.044 |
| 0.89 | 1.54 | 2.08 | 4.69 | 1.13 | 47.8 | 0.047 |

| Cd ppm_m111 | Sn ppm_m118 | Ba ppm_m137 | La ppm_m139 | Ce ppm_m140 | Pr ppm_m141 |
|---|---|---|---|---|---|
| 0.161 | 0.163 | 1.4 | 0.68 | 0.459 | 0.099 |
| 0.197 | 0.191 | 1.22 | 0.61 | 0.416 | 0.103 |
| 0.098 | 0.22 | 1.47 | 0.606 | 0.431 | 0.0904 |
| 1.2 | 5.9 | 28 | 4.5 | 5.7 | 0.43 |
| 0.144 | 0.41 | 3.1 | 0.693 | 0.64 | 0.087 |
| 0.155 | 2.3 | 2.04 | 0.667 | 0.611 | 0.084 |
| 0.123 | 1.16 | 3.46 | 0.991 | 0.729 | 0.142 |
| 0.165 | 0.461 | 3.04 | 0.816 | 0.644 | 0.1135 |

Appendix 1:  Analytical Results from Samples – Mosaic Project – Eric Doehne

| | | | | | |
|---:|---:|---:|---:|---:|---:|
| 0.12 | 0.263 | 2.16 | 0.81 | 0.561 | 0.117 |
| Nd ppm_m146 | Sm ppm_m147 | Eu ppm_m153 | Gd ppm_m157 | Tb ppm_m159 | Dy ppm_m163 |
| 0.458 | 0.105 | 0.0315 | 0.141 | 0.0174 | 0.106 |
| 0.45 | 0.092 | 0.03 | 0.106 | 0.016 | 0.092 |
| 0.397 | 0.09 | 0.0258 | 0.112 | 0.0148 | 0.095 |
| 1.7 | 0.089 | 0.13 | 0.47 | 0.09 | 0.65 |
| 0.386 | 0.095 | 0.0226 | 0.114 | 0.0156 | 0.108 |
| 0.389 | 0.072 | 0.0163 | 0.092 | 0.0132 | 0.099 |
| 0.62 | 0.141 | 0.0376 | 0.166 | 0.0279 | 0.155 |
| 0.508 | 0.104 | 0.0283 | 0.157 | 0.0184 | 0.117 |
| 0.474 | 0.111 | 0.0294 | 0.151 | 0.0183 | 0.144 |

End of Appendix 1 - Analytical Results from Samples – Mosaic Project

Eric Doehne – Conservation Sciences