# EXHIBIT A

Form Approved OMB No. 1651-0022
EXP. 03-31-2012

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. Customs and Border Protection**
**ENTRY SUMMARY**

| 1. Filer Code/Entry No. EJ2-0124857-5 | 2. Entry Type 01 ABI/A | 3. Summary Date 08/25/15 721 |
|---|---|---|
| 4. Surety No. 050 | 5. Bond Type 9 | 6. Port Code 2704 | 7. Entry Date 08/17/15 |

| 8. Importing Carrier CMA CGM GEMINI | 9. Mode of Transport 11 | 10. Country of Origin IL | 11. Import Date 08/13/15 |
| 12. B/L or AWB No. CMDUTR20332063 | 13. Manufacturer ID ILAHMBOS82HAT | 14. Exporting Country IL | 15. Export Date 06/07/15 |
| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading 48931 | 20. U.S. Port of Unlading 2704 |
| 21. Location of Goods/G.O. No. W182 PACIFIC CONTAINER(PCT)(LB | 22. Consignee No. SAME | 23. Importer No. ▮▮▮▮ | 24. Reference No. |

25. Ultimate Consignee Name and Address

26. Importer of Record Name and Address
MOHAMAD Y ALCHARIHI
36811 45TH ST EAST

City          State CA   Zip          City PALMDALE     State CA  Zip 93552

| 27. Line No. | 28. Description of Merchandise 29. A. HTSUS No. B. AD/CVD Case No. | 30. A. Gross Weight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. AD/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| | (82) PKGS  CTNG: 1763.00kg | | | NOT RELATED | | | |
| 001 | ORNAMENTAL ART OTH MATERIA N6913.90.5000  1450kg | | X | 1808 C1644 | FREE | NONE | |
| | HARBOR MAINTENANCE FEE | | | | .1250% | | 2.26 |
| 002 | CERAMIC,UNGLAZED,TILES,CUB N6907.10.0000  313kg | | 6 M2 | 391 C356 | FREE | NONE | |
| | HARBOR MAINTENANCE FEE | | | | .1250% | | .49 |
| | | | | 2199 | | | |

| Other Fee Summary for Block 39 501   2.75 UNDER $3.01 NOT REQUIRED | 35. Total Entered Value $ 2199 | CBP USE ONLY | | TOTALS |
| | Total Other Fees $ .00 | A. LIQ CODE | B. Ascertained Duty | 37. Duty .00 |
| | | REASON CODE | C. Ascertained Tax | 38. Tax .00 |
| 36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT | | D. Ascertained Other | 39. Other .00 |
| | | E. Ascertained Total | 40. Total .00 |

I declare that I am the ☐ Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above,  OR ☒ owner or purchaser or agent thereof.  I further declare that the merchandise ☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true,  OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief.   I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. DECLARANT NAME Amy Tsui | TITLE DATA ENTRY | SIGNATURE SOO HOO CUSTOMS BROKER INC.,A | DATE 10/22/15 |
| 42. Broker/Filer Information (Name, address, phone number) SOO HOO CUSTOMS BROKER INC. 6640 CORVETTE STREET COMMERCE, CA 90040 2136800083 | 43. Broker/Importer File No. 124857 AT |

For Paperwork Reduction Act information click below.
CBP Form 7501 (06/09)

71

ALC-GOV-000363