CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
ASHLEY MAHMOUDIAN (Bar No. 316638)
(E-Mail: ashley_mahmoudian@fd.org)
ISABEL BUSSARAKUM (Bar No. 295046)
(E-Mail: isabel_bussarakum@fd.org)
JOSHUA D. WEISS (Bar No. 338918)
(E-Mail: Josh_Weiss@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
MOHAMAD ALCHARIHI

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MOHAMAD ALCHARIHI, <br><br> Defendant. | Case No. CR 20-307-GW <br><br> **STIPULATION REGARDING DEPOSITION OF PROFESSOR DAVID PARRISH PRUSUANT TO RULE 15 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE** <br><br> Depo Date: 4/18/2023 <br> Depo Time: 9 a.m. PST/12 p.m. EST |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mark Williams, Matthew O'Brien, and Maxwell Coll, and Trial Attorney Christian Levesque, and defendant Mohamad Alcharihi, both individually and by and through his counsel of record, Ashley S. Mahmoudian, Isabel Bussarakum, and Josh Weiss, hereby stipulate as follows:

1

1. Rule 15 of the Federal Rules of Criminal Procedure states in pertinent part as follows:

> (a)(1) In General.  A party may move that a prospective witness be deposed in order to preserve testimony for trial.  The court may grant the motion because of exceptional circumstances and in the interest of justice.  If the court orders the deposition to be taken, it may also require the deponent to produce at the deposition any designated material that is not privileged, including any book, paper, document, records, recording, or data.

2. The defense has represented to the government that Professor Parrish suffered a bad fall in spring 2022.  As a result of the fall, Professor Parrish sustained injuries primarily to his back.  He was hospitalized for 3 months, during which he was immobilized and lost some use of his legs.  Since then, he has been recovering and undergoing rehabilitation.  However, his mobility is still limited.  Currently, Professor Parrish still walks with difficulty, and requires a quad cane to walk.  He also requires a certain amount of caregiving during the day to get around and to accomplish certain tasks.  Due to his back injuries and limited mobility, Professor Parrish cannot fly to Los Angeles to testify at trial in person.

3. Accordingly, the defense has requested that Professor Parrish be deposed prior to trial in West Lafayette, Indiana, and the government does not object.

4. The parties will depose Professor David C. Parrish, who has been noticed by Mr. Alcharihi.  The deposition will occur at Purdue University in West Lafayette, Indiana where Professor Parrish is located.  However, due to the pending trial date, both parties and Mr. Alcharihi have agreed to attend and participate in the deposition remotely by live video feed.

5. Mr. Alcharihi is released on a $25,000 unsecured appearance bond.  Defense counsel has advised him of his right to be present in-person at the deposition pursuant to Rule 15(c)(2).  Mr. Alcharihi is willing to waive this right, and to attend the deposition by live video feed.

6. The deposition will take place on April 18, 2023 at 9 a.m. PST, or 12 p.m. EST, or as close thereto as possible.

7. The deposition will be recorded verbatim by audio and video equipment. A court reporter will serve as the deposition officer and take stenographic notes of the deposition. The court reporting agency will arrange for both parties and Mr. Alcharihi to attend and participate in the deposition by live video. The defense will arrange for the court reporter, the recording equipment, and the live video feed.

8. Mr. Alcharihi is represented by the Office of the Federal Public Defender, and is unable to bear the deposition expenses. Pursuant to Rule 15(d)(2), the government will bear the costs of the court reporter, recording equipment, live video feed, and transcript.

9. The witness will be questioned by counsel for both parties.

10. The parties agree to present their objections regarding Professor Parrish's deposition to the Court pursuant to the following schedule:

    a. April 25, 2023: Parties' Joint Submission to the Court regarding objections to deposition testimony;

    b. April 27, 2023, 8:00 a.m.: Hearing on Deposition Objections.

11. By stipulating to the taking of the deposition, the parties are not conceding that any of the testimony given during the deposition is admissible at trial.

IT IS SO STIPULATED.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: April 13, 2023    By  /s/ Isabel Bussarakum
ASHLEY MAHMOUDIAN
ISABEL BUSSARAKUM
JOSHUA D. WEISS
Deputy Federal Public Defenders
Attorney for MOHAMAD ALCHARIHI

|   |   |
|---|---|
|   | E. MARTIN ESTRADA<br>United States Attorney |
| DATED: April 13, 2023 | By  */s/ with permission*<br>MARK A. WILLIAMS<br>MATTHEW O'BRIEN<br>MAXWELL COLL<br>Assistant United States Attorneys |
|   | KENNETH A. POLITE<br>Assistant Attorney General<br>Criminal Division |
| DATED: April 13, 2023 | By  */s/ with permission*<br>CHRISTIAN A. LEVESQUE<br>Trial Attorney |
|   | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |