# Exhibit A – Defense Supplemental Expert Disclosure (3/29/2023)

**FEDERAL PUBLIC DEFENDER**
CENTRAL DISTRICT OF CALIFORNIA
321 EAST 2nd STREET
LOS ANGELES, CALIFORNIA 90012-4202
213-894-2854
213-894-0081 FAX

**CUAUHTEMOC ORTEGA**
*Federal Public Defender*
**AMY M. KARLIN**
*Chief Deputy*

**ANGELA VIRAMONTES**
*Riverside Branch Chief*
**KELLEY MUNOZ**
*Santa Ana Branch Chief*
**K. ELIZABETH DAHLSTROM**
*Chief, Capital Habeas Unit*

Direct Dial: (213) 894-7537

March 29, 2023

Mark Williams
(mark.a.williams@usdoj.gov)
Matt O'Brien
(matthew.obrien@usdoj.gov)
312 North Spring Street
Los Angeles, CA 90012

VIA EMAIL

    Re:   **Mohamad Alcharihi, Case No. CR 20-307-GW**
             **Supplemental Expert Disclosure**

Dear Mark and Matt:

      Pursuant to Federal Rule of Criminal Procedure 16, Mr. Alcharihi provided his initial disclosure on January 17, 2023 regarding his intention to call Scott Case and David Parrish as experts at trial. We write to supplement our initial expert disclosure. With respect to David Parrish, a number of his opinions, and the bases and reasons for them, were set forth in Exhibit C of our initial expert disclosure and in the Memorandum that was produced to you on March 24, 2023 (ALCHARIHI-0001 - 0003). However, in an effort to respond to the issues you raised during our meet and confer call on March 24, 2023, attached is a supplemental statement regarding testimony that we anticipate Professor Parrish will provide at trial. Mr. Alcharihi reserves the right to further supplement his expert disclosures with additional information.

                            Sincerely,
                            /s/
                            Isabel Bussarakum
                            Ashley Mahmoudian
                            Deputy Federal Public Defenders

Enclosure

March 29, 2023
Page 2

**David Parrish**

Professor Parrish reviewed a photograph of the mosaic sent to him by Homeland Security Investigations Special Agent Razmik Madoyan in 2018. He then viewed the mosaic in person in Los Angeles, California on December 27, 2018. In December 2022 and March 2023, defense counsel for Mr. Alcharihi also showed Professor Parrish photos of the mosaic that were produced in discovery by the government.

Dr. Parrish believes that the mosaic is a modern replica because it is not stylistically and technically consistent with mosaics produced in Roman times. In particular, the mosaic is not consistent with iconographic tradition with regard to depictions of Prometheus's punishment, and the mosaic does not meet the standard of quality in terms of execution and craftsmanship typical of Roman mosaics.

Iconography refers to the subject matter and symbols used in a work of art. There are certain iconographic conventions or traditions in Roman mosaics. Professor Parrish has studied these iconographic traditions, and the following opinions are based on his knowledge of the iconography in Roman mosaics and his experience viewing numerous Roman mosaics. With regard to the depiction of Prometheus's punishment, it is not typical to depict Prometheus's wife and child in the same scene. Nor are the two male characters in the upper right of the mosaic part of the iconographic tradition of Prometheus's punishment. They do not contribute to the narrative of the mosaic in any way. The two figures in the upper right are not even linked to the rest of the terrain in the mosaic, which is odd. With regard to Prometheus, there are typically chains connecting his shackles to the rock because, according to the narrative, Prometheus was chained to a mountainside.

With regard to the quality of the mosaic, there are a number of examples where the execution or craftsmanship is not consistent with Roman mosaics. The following opinions about the quality of the mosaic are based on Professor Parrish's study and knowledge of, and experience with, Roman mosaics.

With regard to the poised squares in the border of the mosaic, the squares are not even in size and not evenly spaced. Some squares are larger, and some are narrower. Some are more closely spaced together than others. This is not typical of Roman craftsmanship. In Roman mosaics, the poised squares are typically evenly measured and spaced. This is particularly true of mosaics from the Antioch region, where the standard of quality was very high.

The lion skin draped over Heracles's left arm is not well executed. Typically, you would see the lion's head and claws depicted as part of the lion skin. The tail of the lion skin is usually longer. The lion skin in this mosaic is not convincing as a lion skin. The lion skin is a trophy from Hercules's first labor, in which he killed the Nemean Lion.

March 29, 2023
Page 3

Heracles's right foot is also turned in an awkward angle like a club foot. This is not consistent with Roman mosaics, which typically depict Heracles's feet in a more natural and realistic manner.

Prometheus also looks like he is floating in the air. His legs look like they are dangling or balancing delicately on the rocks. It does not look natural or realistic, which is more typical of Roman mosaics. Nor is it consistent with the story of Prometheus's punishment. Based on the story, Professor Parrish would expect Prometheus to look less comfortably positioned.

With regard to the clothing on Hesione and Deucalion, the drapery does not fall in a life-like manner. In late Roman mosaics, the drapery was depicted more realistically and more true-to-life.

In addition, there are examples in which different parts of the mosaic are not stylistically consistent with each other. Based on Professor Parrish's study and knowledge of, and experience with, Roman mosaics, it is more typical of Roman mosaics to be internally consistent with regard to stylistic elements.

There are cast shadows under Deucalion, Heracles, and Heracles's club, but not under Prometheus or Hesione. Or if there is one under Hesione, you cannot see it very well. It would be more typical of a late Roman mosaic to either have cast shadows throughout the mosaic, or no cast shadows at all. Professor Parrish would expect this element to be consistent throughout a Roman mosaic.

The rocks are also not consistent stylistically throughout the mosaic. The rocks to the upper left of Prometheus's head, the rocks that he is standing on, and the rocks in the upper right of the mosaic by the two male figures—all look very different. They are not depicted in a consistent style. The rocks in the upper right are poorly done, in particular, and do not look realistic as rocks. Professor Parrish would expect the rocks throughout the mosaic to be depicted realistically and to be consistent stylistically in a Roman mosaic.

The modeling and contouring of the figures are also not consistently done throughout the mosaic. For example, the modeling on Prometheus's limbs is more subtly done. There is a smoother gradation or progression from lighter shades to darker shades. In contrast, the modeling on Hesione is more awkwardly done. There is a sharper contrast between the heavy black line around the contours of her outstretched arm and the lighter shades therein. In other words, there is not as much of a transition between the lighter and darker shades on Hesione. It would be more typical of a Roman mosaic for the modeling and contouring of the figures to be done in a consistent style throughout the mosaic.

Professor Parrish will testify that, in general, there is a large black market of mosaic forgeries. There are some very good forgeries, and some that are not so good. Some of the individuals buying these forgeries know that they are forgeries, while others believe they are authentic. Professor Parrish has seen other modern replicas of ancient mosaics because

March 29, 2023
Page 4

sometimes people, knowing his experience and knowledge of Roman mosaics, ask for his opinion about whether a mosaic is authentic or modern.

Professor Parrish recalls that he reviewed a report by Eduardo Sanchez about the mosaic. But it did not persuade him that the mosaic was authentic. Even if some of the individual tesserae in the mosaic are ancient, modern forgers often reuse tesserae from ancient mosaics to make their replica more convincing.

Professor Parrish also notes that in the upper left of the mosaic, it looks as if a repair was done under the eagle. However, the tesserae in the repair look the same as the tesserae in the adjacent background area of the mosaic. It looks as if the repair and the rest of the mosaic were done at the same time, which is odd. It is also interesting that there was a repair under the eagle, but not in the lacuna below it. It is possible that the forgers could have included these features to make the mosaic seem more authentic.

With regard to whether the mosaic is from Turkey or Syria, Professor Parrish does not have an opinion. But he explained that Antakya, Turkey is the modern name for Antioch, which was an ancient Roman city. During Roman times, Antioch was the capital of the Roman province of Syria, which covers parts of modern-day Syria in the north. Modern-day Antakya is very close to the border between Turkey and Syria. In fact, modern-day Antakya was part of Syria until just before World War II when it was transferred to Turkey. Ancient Roman mosaics found in southeastern Turkey and northwestern Syria share stylistic similarities. Roman mosaics were produced by workshops that were located in various cities, but they were itinerant and traveled. So you did see some cross-over in the style and iconography of mosaics.

In general, the opinions above are based on Professor Parrish's study and knowledge of, and experience with, ancient Roman mosaics, particularly those from Turkey and Syria. In addition to studying the history and craft of Roman mosaics, Professor Parrish has viewed many ancient Roman mosaics from southeastern Turkey and northern Syria. He has studied them in publications, museums here in the United States, as well as in Turkey and Syria. Professor Parrish has been to Antakya, Turkey two to three times, and viewed mosaics in the museum there. He has also been to Gaziantep in southern Turkey, and viewed mosaics from the site of Zeugma. He has been to Istanbul multiple times, and viewed mosaics there. Finally, he has also traveled to Apamea and Hama in Syria, and viewed mosaics there.

Furthermore, while Professor Parrish is an art historian, and not an archaeologist, he has had some experience with archaeology. He participated in excavations in Utica, Tunisia and Cosa, Italy. For a few summers in a row, he also worked closely as an observer with an Austrian team excavating in Ephesus, Turkey. In addition, he has been to the excavation site in Zeugma, Turkey.

//

Finally, Professor Parrish has never testified in a deposition or trial.

March 29, 2023
Page 5

    I have reviewed the above statement of my opinions, and the bases and reasons for them. My signature below indicates my approval of the above statement of opinions.

DATED: 3/30/2023

_David Parrish_
David Parrish