# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | CR 20-307-GW |
| Date | May 4, 2023 |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

Interpreter: NONE

| Javier Gonzalez | Terri A. Hourigan | Mark A. Williams; Maxwell Coll; Matthew W. O'Brien |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Mohamad Yassin Alchirihi | ✔ | | ✔ | Isabel Bussarakum, DFPD<br>Ashley Mahmoudian, DFPD | ✔ | ✔ | |

**PROCEEDINGS:** **HEARING ON DEPOSITION OBJECTIONS**

Court and counsel confer. For reasons stated on the record, the Court requires the parties to file seven examples of the transcript for the Court to resolve by May 5, 2023. The hearing is continued to May 11, 2023 at 8:00 a.m.

The pretrial conference set for June 1, 2023 is continued to June 5, 2023 at 8:00 a.m. All pretrial documents (joint statement of the case, proposed jury instructions, proposed verdict form, exhibit and witness lists) are to be filed by May 31, 2023.

                                                                                                                       : 07

Initials of Deputy Clerk  JG