# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | CR 20-307-GW |
| Date | June 16, 2023 |
| Present: The Honorable | GEORGE H. WU, U.S. DISTRICT JUDGE |
| Interpreter | N/A |

| Javier Gonzalez / Paul Cruz | Terri A. Hourigan | Matthew W. O'Brien; Mark A. Williams; Maxwell Coll; Christian Levesque |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Mohamad Yassin Alcharihi | ✔ | | ✔ | Isabel Bussarakum, DFPD | ✔ | ✔ | |
| | | | | Ashley S. Mahmoudian, DFPD | ✔ | ✔ | |

___ Day COURT TRIAL    3rd Day JURY TRIAL    ___ Death Penalty Phase

___ One day trial;  ___ Begun (1st day);  ✔ Held & continued;  ___ Completed by jury verdict/submitted to court.

___ The Jury is impaneled and sworn.

___ Opening statements made _____

✔ Witnesses called, sworn and testified.

✔ Exhibits identified    ✔ Exhibits admitted

___ Government rests.    ___ Defendant(s) _____ rest.

___ Motion for mistrial by _____ is ___ granted ___ denied ___ submitted

___ Motion for judgment of acquittal (FRCrP 29) ___ is ___ granted ___ denied ___ submitted

___ Closing arguments made    ___ Court instructs jury    ___ Bailiff sworn

___ Alternates excused    ___ Jury retires to deliberate    ___ Jury resumes deliberations

___ Finding by Court as follows:    ___ Jury Verdict as follows:

Dft # ___ ___ Guilty on count(s) ___    ___ Not Guilty on count(s) ___

___ Jury polled    ___ Polling waived

___ Filed Witness & Exhibit lists    ___ Filed Jury notes    ___ Filed Jury Instructions    ___ Filed Jury Verdict

Dft # ___ ___ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

Dft # ___ ___ remanded to custody.    ___ Remand/Release# _____ issd.    Dft # ___ ___ released from custody.

___ Bond exonerated as to Dft # ___

✔ Case continued to    June 20, 2023 at 8:30 a.m.    for further trial.

___ Other: _____

| | 7 | : | 05 |
|---|---|---|---|
| Initials of Deputy Clerk | JG | | |