CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
ASHLEY MAHMOUDIAN (Bar No. 316638)
(E-Mail: ashley_mahmoudian@fd.org)
ISABEL BUSSARAKUM (Bar No. 295046)
(E-Mail: isabel_bussarakum@fd.org)
JOSHUA D. WEISS (Bar No. 338918)
(E-Mail: Josh_Weiss@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
MOHAMAD ALCHARIHI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MOHAMAD ALCHARIHI, <br><br> Defendant. | Case No. CR 20-307-GW <br><br> **ORDER ADVANCING HEARING ON POST-TRIAL MOTIONS** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the hearing on Defendant Mohamad Alcharihi's Motion for a Judgment of Acquittal under Rule 29, and Motion for a New Trial under Rule 33, be advanced from April 22, 2024, at 8:00 a.m., to April 18, 2024, at 8:00 a.m.

DATED: March 22, 2024     By _/s/ George H. Wu_

HON. GEORGE H. WU
United States District Judge

Presented by:

     /s/ *Isabel Bussarakum*
Deputy Federal Public Defender