CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
ANNE O'TOOLE (Bar No. 340469)
(E-Mail: annie_otoole@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
MOHAMAD ALCHARIHI

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MOHAMAD ALCHARIHI, <br><br> Defendant. | Case No. CR 20-307-GW <br><br> ***EX PARTE* APPLICATION TO CONTINUE SENTENCING HEARING; DECLARATION OF COUNSEL** |

Defendant Mohamad Alcharihi by and through Deputy Federal Public Defender Anne O'Toole, hereby moves this Honorable Court to continue his sentencing hearing from July 29, 2024 at 8:00 a.m. to August 26, 2024 at 8:00 a.m. This application is supported by the attached declaration of Counsel.

                                                  Respectfully submitted,

                                                  CUAUHTEMOC ORTEGA
                                                  Federal Public Defender

DATED: June 17, 2024            By: */s/ Anne O'Toole*
                                                    ANNE O'TOOLE
                                                  Deputy Federal Public Defender
                                                  Attorney for MOHAMAD ALCHARIHI

# DECLARATION OF ANNE O'TOOLE

I, Anne O'Toole, hereby state and declare as follows:

1. I am a Deputy Federal Public Defender in the Central District of California appointed to represent Mohamad Alcharihi in the above-entitled action.

2. On April 18, 2024, this Court held a hearing regarding Mr. Alcharihi's motion for judgment of acquittal under Fed. R. Crim. P. 29 and motion for a new trial under Fed. R. Crim. P. 33. *See* Dkt. 217. These motions stand submitted. *See id.* The Court has not yet issued a final ruling on the motions.

3. On April 25, 2024, the Court scheduled Mr. Alcharihi's sentencing hearing for July 29, 2024 at 8:00 a.m.

4. Defense counsel represents that she is now scheduled to be in trial beginning on July 29, 2024.

5. Accordingly, defense counsel requests that the Court continue Mr. Alcharihi's sentencing date to August 26, 2024.

6. This is the first request for a continuance of sentencing.

7. Based on the above, Mr. Alcharihi requests a continuance of the sentencing date to August 26, 2024.

8. On June 17, 2024, I communicated with Assistant United States Attorney Matthew O'Brien, who indicated the government opposes the continuance request.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: June 17, 2024     By  */s/ Anne O'Toole*
                              ANNE O'TOOLE
                              Deputy Federal Public Defender
                              Attorney for MOHAMAD ALCHARIHI