E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
MARK A. WILLIAMS (Cal. Bar No. 239351)
Assistant United States Attorney
Chief, Environmental Crimes and Consumer Protection Section
MATTHEW W. O'BRIEN (Cal. Bar No. 261568)
Assistant United States Attorney
MAXWELL COLL (Cal. Bar No. 312651)
Assistant United States Attorney
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-3359/8644/1785
     E-mail:    Mark.A.Williams@usdoj.gov
                Matthew.O'Brien@usdoj.gov
                Maxwell.Coll@usdoj.gov

NICOLE M. ARGENTIERI
Principal Deputy Assistant Attorney General
Head of the Criminal Division
CHRISTIAN A. LEVESQUE (D.C. Bar No. 501778)
Trial Attorney
Human Rights and Special Prosecutions Section
United States Department of Justice
     1301 New York Ave
     Washington, DC 20530
     Telephone:  (202) 538-2373
     E-mail:    Christian.Levesque@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 20-307-GW |
|---|---|
| Plaintiff, | GOVERNMENT'S OPPOSITION TO DEFENDANT'S EX PARTE APPLICATION TO CONTINUE SENTENCING FOR THE FOURTH TIME |
| v. | |
| MOHAMAD YASSIN ALCHARIHI, aka "Mohamad al-Sharihi" and "Mohamad AlCharihi, | |
| Defendant. | |

The United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Mark Williams, Matthew O'Brien, and Maxwell Coll, and Trial Attorney Christian Levesque, hereby files this Opposition to Defendant's <u>Ex Parte</u> Application to Continue Sentencing (Dkt. 222).

Defendant was found guilty a year ago, on June 21, 2023. (Dkt. 157.) The Court has already continued defendant's sentencing three times: (1) from August 31, 2023 to February 1, 2024, because two of defendant's three trial attorneys gave birth shortly after trial (Dkt. 174); (2) from February 1, 2024 to April 11, 2024, so that the same three defense attorneys would have even more time to prepare their post-trial motions (Dkt. 194); and (3) from April 11, 2024 to July 29, 2024, so that defendant's fifth Deputy Federal Public Defender could get up to speed (Dkt. 221).

There is no good cause for a fourth continuance. If defense counsel's trial actually goes forward on July 29, 2024 (the <u>ex parte</u> provides no details about the trial, or if and when defense counsel stipulated to the trial date, or if she has co-counsel), the sentencing can take place as scheduled at 8:00 a.m. on July 29, 2024, before the trial commences. If, as so often happens, that trial gets continued, then the scheduling conflict disappears.

//
//
//

Defendant should have been sentenced and surrendered long ago. The Court should not indulge the defense's latest request for delay.

Dated: June 18, 2024          Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division


           /s/
MARK A. WILLIAMS
MATTHEW W. O'BRIEN
MAXWELL COLL
Assistant United States Attorneys

NICOLE M. ARGENTIERI
Principal Deputy Assistant Attorney General
Head of the Criminal Division


           /s/
CHRISTIAN A. LEVESQUE
Trial Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA